UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATES RESOURCES CORPORATION

v.

MICHAEL CAPIZZI                                    CASE NO. 04 10095 DPW
CATHERINE CAPIZZI
THE ARCHITECTURAL TEAM, INC.
GARRETT, INC.
JOHN CONNELLY, JR.
MASSACHUSETTS DEPARTMENT OF REVENUE
JAMES GRUMBACH

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance as attorney for the Defendant, James Grumbach in the

above-entitled action.

Nicholas A. Iannuzzi, Jr. , Esquire
Rothenberg, Estner, Orsi, Arone &
Grumbach, LLP
20 William Street, Suite 245
Wellesley, MA 02481
(781) 239-8900
BBO #559537

Dated: February 17, 2004