UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATES RESOURCES CORPORATION

v.

MICHAEL CAPIZZI
CATHERINE CAPIZZI
THE ARCHITECTURAL TEAM, INC.
GARRETT, INC.
JOHN CONNELLY, JR.
MASSACHUSETTS DEPARTMENT OF REVENUE
JAMES GRUMBACH

CASE NO. 04 10095 DPW

## CERTIFICATE OF SERVICE

I, Nicholas A. Iannuzzi, Jr. do hereby certify that on this day I gave notice of the foregoing:

1.  Notice of Appearance

by first class mail, postage prepaid to Plaintiff's counsel of record, John A. Doonan, Esquire, and Erin E. Powers, Esquire, Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite 213C, Beverly, Massachusetts 01915.

Nicholas A. Iannuzzi, Jr.

Dated: February 17, 2004