UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.
04 10095-DPW

| | |
|---|---|
| STATE RESOURCES CORPORATION, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CAPIZZI, | ) |
| CATHERINE R. CAPIZZI, | ) |
| THE ARCHITECTURAL TEAM, INC., | ) |
| GARRETT, INC., | ) |
| JOHN CONNOLLY, JR., | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE, | ) |
| JAMES GRUMBACH, | ) |
| | ) |
| Defendants | ) |
| | ) |

## MOTION FOR ENLARGEMENT OF TIME PERIOD
## FOR DEFENDANTS' RESPONSIVE PLEADING

Now come the Defendants, Michael Capizzi and Catherine R. Capizzi, in the above-entitled action who hereby move this Honorable Court to grant an enlargement of the time period prescribed for the Defendants' responsive pleading to Monday, March 29, 2004, to allow the Defendants additional time to locate counsel to assist with the preparation of the response to the Interpleader that raises a substantial number of issues. Plaintiff will not be prejudiced by the allowance of this motion.

Michael Capizzi, pro se
236 Lincoln Road
Lincoln, Massachusetts 01773
(781) 259-0918

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of above document was served upon the attorney of record for Plaintiff by mail on the date set forth below.

Date: March 15, 2004

Michael Capizzi