UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORP. )<br>    Plaintiff )<br>v. )<br>     )<br>MICHAEL CAPIZZI )<br>CATHERINE R. CAPIZZI )<br>THE ARCHITECTURAL )<br>    TEAM, INC. )<br>GARRET, INC. )<br>JOHN CONNOLLY JR. )<br>MASSACHUSETTS DEPT. )<br>    OF REVENUE )<br>JAMES GRUMBACH ) | Civil Action No. 04-10095DPW |

### NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter my appearance as attorney for the defendant John Connolly, Jr., in the above-captioned action.

Respectfully submitted,

**John Connolly, Jr.**
By his attorney,

_____
Joseph B. Harrington, Esq.
BBO #630391
CONNOLLY LAW OFFICES, LLC
545 Salem Street
Wakefield, MA 01880
(781) 557-2000

Date: March 17, 2004

UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORP.  )<br>    Plaintiff   )<br>                           )<br>v.                              )<br>                              )<br>MICHAEL CAPIZZI  )<br>CATHERINE R. CAPIZZI  )<br>THE ARCHITECTURAL  )<br>    TEAM, INC.  )<br>GARRET, INC.  )<br>JOHN CONNOLLY JR.  )<br>MASSACHUSETTS DEPT.  )<br>    OF REVENUE  )<br>JAMES GRUMBACH  ) | Civil Action No. 04-10095DPW |

CERTIFICATE OF SERVICE

I, Joseph B. Harrington, hereby certify that a copy of the foregoing Defendant John Connolly, Jr.'s Answer and Notice of Appearance was served upon the parties by mailing same, first class mail, postage prepaid to:

John A. Doonan, Esq.
Doonan, Graves and Longoria, LLC
100 Cummings Center, Suite 213C
Beverly, MA 01915

Nicholas A. Iannuzzi, Jr., Esq.
Rothenberg Estner Orsi Arone & Grumbach, LLP
20 William Street, Suite 245
Wellesley, MA 02481

Jordan Lewis Ring, Esq.
Jordan Lewis Ring & Associates
4 Longfellow Place, 37th Floor
Boston, MA 02114-1913

Richard S. Hackel, Esq.
Law Offices of Richard S. Hackel
98 No. Washington Street
Boston, MA 02114-1913

                                                          Joseph B. Harrington

Date: March 16, 2004