UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION <br><br> Plaintiff <br><br> v. <br><br> MICHAEL CAPIZZI, <br> CATHERINE R. CAPIZZI, <br> THE ARCHITECTURAL TEAM, INC., <br> GARRETT, INC., <br> JOHN CONNOLLY, JR., <br> MASSACHUSETTS DEPARTMENT OF REVENUE, <br> JAMES GRUMBACH <br><br> Defendants | Civil Action No. 04 10095 DPW |

**SUGGESTION OF BANKRUPTCY**

Defendant, Catherine R. Capizzi ("Capizzi"), filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code on May 20, 2003, in the United States Bankruptcy Court for the District of Massachusetts Eastern Division. Said case was assigned case number 03-14266-JNF. On November 7, 2003, Capizzi filed an Emergency Motion to Dismiss Case, which the Court granted on November 10, 2003. On March 18, 2004, the Chapter 11 Trustee filed a Motion to Vacate the Conditional Order of Dismissal and to Convert Case to Chapter 7, as Capizzi has failed to pay the administrative claims pursuant to the Court's Order

dated November 10, 2003, and the Trustee believes it would better benefit Capizzi's creditors if the case were converted to Chapter 7.

Under the pains of penalty and perjury, I declare the foregoing is true and correct.

Date: March 25, 2004

John A. Doonan, Esq.
BBO# 547838
Erin E. Powers, Esq.
BBO# 654644
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA  01915
(978) 921-2670

UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION )<br>)<br>Plaintiff )<br>)<br>)<br>) Civil Action No. 04 10095 DPW<br>)<br>v. )<br>)<br>MICHAEL CAPIZZI, )<br>CATHERINE R. CAPIZZI, )<br>THE ARCHITECTURAL TEAM, INC., )<br>GARRETT, INC., )<br>JOHN CONNOLLY, JR., )<br>MASSACHUSETTS DEPARTMENT OF REVENUE, )<br>JAMES GRUMBACH )<br>)<br>Defendants )<br>) | |

**CERTIFICATE OF SERVICE**

I, Erin E. Powers, hereby certify that a true and correct copy of the Suggestion of Bankruptcy has been served by placing same in the United States Mail, postage prepaid, on this the 26 day of March 2004, to all of the individuals on the following service list.

_Erin Powers_
Erin E. Powers, Esq.

**SERVICE LIST**

Michael Capizzi
236 Lincoln Rd.
Lincoln, MA 01773

Catherine R. Capizzi
236 Lincoln Rd.
Lincoln, MA 01773

Garrett, Inc.
76 High Street
Danvers, MA 01923

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn: Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

The Architectural Team
50 Commandants Way
Chelsea, MA 02150

Law Offices of John Connolly, Jr.
Attn: Joseph B. Harrington
545 Salem Street
Wakefield, MA 01880

Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
Attn: Nicholas A. Iannuzzi, Jr.
20 Williams St., Suite 245
Wellesley, MA 02481