UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10095-DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION,<br>          Plaintiff<br><br>v.<br><br>MICHAEL CAPIZZI,<br>CATHERINE R. CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.<br>GARRETT, INC.<br>JOHN CONNOLLY, JR.<br>MASSACHUSETTS DEPARTMENT OF REVENUE,<br>JAMES GRUMBACH,<br>          Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION FOR ENLARGEMENT OF TIME PERIOD FOR DEFENDANTS' RESPONSIVE PLEADING

Now come the Defendants, Michael Capizzi and Catherine R. Capizzi, in the above entitled action who hereby move this Honorable Court to grant an enlargement of time period prescribed for the Defendants' responsive pleading to Friday, May 7, 2004, to allow the Defendants additional time to locate counsel to assist with the preparation of a response to the Interpleader. The eviction and relocation from Defendants' residence has severely impacted upon and interfered with Defendants' ability to prepare a response to the Interpleader.

Dated: April 7, 2004

Michael Capizzi
236 Lincoln Road
Lincoln, Massachusetts 01773
(781) 259-0918

Catherine R. Capizzi
236 Lincoln Road
Lincoln, Massachusetts 01773
(781) 254-1846

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of above document was served upon the attorney of record for Plaintiff by mail on the date set forth below.

Date: April 7, 2004

*Michael Capizzi*
Michael Capizzi