# United States District Court
# Eastern District of Massachusetts

Civil Action No. 04 10095 DPW

_____

**STATES RESOURCES CORPORATION,**

**Plaintiff**

**v.**

**MICHAEL CAPIZZI,**
**CATHERINE E. CAPIZZI,**
**THE ARCHITECTURAL TEAM, INC.,**
**GARRETT, INC.**
**JOHN CONNOLLY, JR.,**
**MASSACHUSETTS DEPARTMENT OF REVENUE,**
**JAMES GRUMBACH**

**Defendants**

_____

### MOTION TO AMEND THE ANSWER, AFFIRMITIVE DEFENSES, COUNTER CLAIMS, CROSS-CLAIMS OF THE ARCHITECTURAL TEAM, INC. BY THE ADDITION OF A FURTHER COUNTERCLAIM AS AGAINST THE PLAINTIFF, STATES RESOURCES CORPORATION AND MICHAEL CAPIZZI

Pursuant to <u>Federal Rules of Civil Procedure, Rule 15 (a)</u> THE ARCHITECTURAL TEAM, INC., moves to add to its previously filed Answer et al, filed <u>March 15, 2004</u>, as Docket item numbered <u>3</u>, an additional counterclaim (COUNTERCLAIN FOURTH) required by the filing of the Answer of Defendant Garrett, Inc., filed <u>April 7, 2004</u>, as Docket item <u>8</u>, no answer or responsive pleading having been filed by the Plaintiff, Defendant

in Counter Claim, STATES RESOURCES CORPORATION and no answer filed by Michael Capizzi.

Further, respectfully <u>Local Rules for the Dist. Court of MA. Rule 3.01 (b)</u> is not relevant since no answer to the counterclaim of THE ARCHITECTURAL TEAM, INC., as against STATES RESOURCES CORPORATION has been filed as of this filing and that the time for filing such answer by STATES RESOURCES CORPORATION is now overdue, such notice thereof of such failure to timely file having been electronically given by THE ARCHITECTURAL TEAM, INC., to counsel for STATES RESOURCES CORPORATION at the e-mail address noted in the ECF of the docket.

Wherefore, THE ARCHITECTURAL TEAM, INC., prays the allowance of the

<u>**AMENDED ANSWER, COUNTER CLAIMS, CROSS-CLAIMS, AND AFFIRIMATIVE DEFENSES OF THE ARCHITECTURAL TEAM, INC. TO INTERPLEADER COMPLAINT AND JURY DEMAND**</u>

<u>April 20, 2004</u>

Respectfully submitted.
By its Attorney,

  s/Jordan Lewis Ring
Jordan Lewis Ring, Esquire
Attorney for:
The Architectural Team, Inc.
RING LAW FIRM
4 Longfellow Place 37th Floor
Boston, Massachusetts 02114
BBO# 420980
jordanlewisring@masslawyer.us
617-558-9800/fax 617-558-9801

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MASSACHUSETTS
# CIVIL ACTION NO 04-10095DPW

**STATES RESOURCES CORPORATION,**

**Plaintiff**

**v.**

**MICHAEL CAPIZZI,**
**CATHERINE R. CAPIZZI,**
**THE ARCHITECTURAL TEAM, INC.,**
**JOHN CONNOLLY, JR.,**
**GARRETT, INC.**
**MASSACHUSETTS DEPARTMENT OF REVENUE,**
**JAMES GRUMBACH**

**Defendants**

## CERTIFICATE OF SERVICE

**I Jordan Lewis Ring, hereby certify that on this date I caused to be served a copy of this <u>Motion</u> To Amend**

**ELECTRONIC FILING AND BY**

**sending the same first class mail, postage prepaid to:**

**Michael Capizzi**
**236 Lincoln Road**
**Lincoln, MA 01773**

**AND TO:**

**Catherine Capizzi**
**236 Lincoln Road**
**Lincoln, MA 01773**

**AND TO:**

**Nicholas A. Iannuzzi, Esq**
**20 William Street**
**Suite 254**
**Wellesley, MA 02481**

AND TO:

Carmen A. Frattaroili, Esq
Stephanie Williams, Esq
76 Lafayette Street
Salem, MA 01970

April 20 ,2004

                                  **Respectfully submitted.**
                                  **By its Attorney,**

                                        s/Jordan Lewis Ring
**Jordan Lewis Ring, Esquire**
**Attorney for:**
**The Architectural Team, Inc.**
**RING LAW FIRM**
**4 Longfellow Place 37th Floor**
**Boston, Massachusetts 02114**
**BBO# 420980**
**jordanlewisring@masslawyer.us**
**617-558-9800/fax 617-558-9801**