UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION )<br> )<br>      Plaintiff    )<br> )<br> )<br> )<br>    v.    )<br> )<br>MICHAEL CAPIZZI, )<br>CATHERINE R. CAPIZZI, )<br>THE ARCHITECTURAL TEAM, INC., )<br>GARRETT, INC., )<br>JOHN CONNOLLY, JR., )<br>MASSACHUSETTS DEPARTMENT OF REVENUE, )<br>JAMES GRUMBACH )<br> )<br>      Defendants    )<br> )| Civil Action No. 04 10095 DPW |

### STATES RESOURCES CORPORATION'S ASSENTED MOTION ALLOWING STATES RESOURCES CORPORATION TO FILE LATE ITS REPLY TO THE AMENDED COUNTERCLAIMS OF THE ARCHITECTURAL TEAM, INC.

NOW COMES the Plaintiff, States Resources Corporation ("States"), by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this Honorable Court, to grant its assented motion allowing States to file late its Reply to the Amended Counterclaims of The Architectural Team, Inc. ("TAT"). States notes that TAT assents to the filing of this motion and the relief requested herein.

Because this motion relates specifically to the Amended Counterclaims alleged by TAT against States, States and TAT are the only parties affected by this Motion. Therefore, because no party will be prejudiced by States's late filing, States requests that this Court grant its

Assented Motion and accept the filing of State's Reply to the Amended Counterclaims of TAT at this time.

WHEREFORE, Plaintiff respectfully request that this Honorable Court grant States Resources Corporation's Assented Motion Allowing States Resources Corporation to File Late its Reply to the Amended Counterclaims of The Architectural Team, Inc.

Date:  May 5, 2004                                          /s/ John Doonan
                                                            John A. Doonan, Esq.  (BBO# 547838)
                                                            Doonan, Graves & Longoria, L.L.C.
                                                            100 Cummings Center, Suite 213C
                                                            Beverly, MA  01915
                                                            (978) 921-2670


Assented to:

The Architectural Team, Inc.
By Its Attorney,

/s/ Jordan Lewis Ring (by permission J.A.D)
Jordan Lewis Ring, Esq.
The Ring Law Firm
4 Longfellow Place, 37th Fl.
Boston, MA 02114
(617) 558-9800

UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

_____
STATES RESOURCES CORPORATION            )
                                        )
        Plaintiff                       )
                                        )
                                        )   Civil Action No. 04 10095 DPW
                                        )
        v.                              )
                                        )
MICHAEL CAPIZZI,                        )
CATHERINE R. CAPIZZI,                   )
THE ARCHITECTURAL TEAM, INC.,           )
GARRETT, INC.,                          )
JOHN CONNOLLY, JR.,                     )
MASSACHUSETTS DEPARTMENT OF REVENUE,    )
JAMES GRUMBACH                          )
                                        )
        Defendants                      )
_____          )

## CERTIFICATE OF SERVICE

    I, John A. Doonan, hereby certify that a true and correct copy of the **STATES RESOURCES CORPORATION'S ASSENTED MOTION ALLOWING STATES RESOURCES CORPORATION TO FILE LATE ITS REPLY TO THE AMENDED COUNTERCLAIMS OF THE ARCHITECTURAL TEAM, INC.** has been served by placing same in the United States Mail, postage prepaid, on this the 5th day of May 2004, to all of the individuals on the following service list.

                                                   /s/ John Doonan
                                                   John A. Doonan, Esq.

## SERVICE LIST

Michael Capizzi
1725 Wedgewood Common
Concord, MA 01742


Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA 01742

Law Office of Carmen A. Frattaroli
Attn:  Stephanie Williams
76 Lafayette Street
Salem, MA 01970

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn:  Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Ring Law Firm
Attn: Jordan Lewis Ring
4 Longfellow Place, 37th Fl.
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn:  Joseph B. Harrington
545 Salem Street
Wakefield, MA 01880

Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
Attn:  Nicholas A. Iannuzzi, Jr.
20 Williams St., Suite 245
Wellesley, MA 02481