UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Civil Action No. 04 10095 DPW |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CAPIZZI, ) | |
| CATHERINE R. CAPIZZI, ) | |
| THE ARCHITECTURAL TEAM, INC., ) | |
| GARRETT, INC., ) | |
| JOHN CONNOLLY, JR., ) | |
| MASSACHUSETTS DEPARTMENT OF REVENUE, ) | |
| JAMES GRUMBACH ) | |
| ) | |
| Defendants ) | |

**CERTIFICATE OF SERVICE**

I, John A. Doonan, hereby certify that a true and correct copy of the Notice of Scheduling Conference, Order for Joint Statement and Certifications, and Order for Electronic Filing has been served by emailing same, placing same in the United States Mail, postage prepaid, and informing Michael Capizzi by telephone, on this the 5th day of May 2004, to all of the individuals on the following service list.

/s/John Doonan
John A. Doonan, Esq.

**SERVICE LIST**

Michael Capizzi
1725 Wedgewood Common
Concord, MA 01742

Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA 01742

Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
Attn: Nicholas A. Iannuzzi, Jr.
20 Williams St., Suite 245
Wellesley, MA 02481