UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

---

STATES RESOURCES CORPORATION )
)
    Plaintiff )
)
) Civil Action No. 04 10095 DPW
)
v. )
)
MICHAEL CAPIZZI, )
CATHERINE R. CAPIZZI, )
THE ARCHITECTURAL TEAM, INC., )
GARRETT, INC., )
JOHN CONNOLLY, JR., )
MASSACHUSETTS DEPARTMENT OF REVENUE, )
JAMES GRUMBACH )
)
    Defendants )
)

---

### CERTIFICATE OF SERVICE

I, John A. Doonan, hereby certify that a true and correct copy of the STATES RESOURCES CORPORATION'S VERIFIED REPLY TO THE COUNTERCLAIMS OF GARRETT, INC. has been served by placing same in the United States Mail, postage prepaid, on this the 27th day of April 2004, to all of the individuals on the following service list.

                              John A. Doonan, Esq.

### SERVICE LIST

Michael Capizzi
236 Lincoln Rd.
Lincoln, MA 01773

Catherine R. Capizzi
236 Lincoln Rd.
Lincoln, MA 01773

Law Office of Carmen A. Frattaroli
Attn: Stephanie Williams
76 Lafayette Street
Salem, MA 01970

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn: Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Ring Law Firm
Attn: Jordan Lewis Ring
4 Longfellow Place, 37th Fl.
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn: Joseph B. Harrington
545 Salem Street
Wakefield, MA 01880

Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
Attn: Nicholas A. Iannuzzi, Jr.
20 Williams St., Suite 245
Wellesley, MA 02481