# UNITED STATES DISTRICT COURT

_____ District of _____

States Resources Corporation

              V.

Michael Capizzi
Catherine R. Capizzi
The Architectural Team, Inc.
Garrett, Inc.
John Connolly, Jr.
Massachusetts Department of Revenue
James Grumbach

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10095 DPW

TO: (Name and address of Defendant)

    The Architectural Team, Inc.
    50 Commandants Way
    Chelsea, MA 02150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Doonan, Graves & Longoria, LLC
    100 Cummings Center, Suite 213C
    Beverly, MA 01915

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JAN 1 5 2004

DATE

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

March 24, 2004

I hereby certify and return that on 3/1/2004 at 10:50:00 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to K. McKenna,Mgr, agent, person in charge at the time of service for The Architectural Team, Inc, at , 50 Commandants Way, Chelsea, MA 02150. Basic Service Fee (IH) ($35.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $48.52

Deputy Sheriff Arthur Isberg

*Deputy Sheriff*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ *Signature of Server*

*Address of Server*