# UNITED STATES DISTRICT COURT

_____ District of _____

States Resources Corporation

              V.

Michael Capizzi
Catherine R. Capizzi
The Architectural Team, Inc.
Garrett, Inc.
John Connolly, Jr.
Massachusetts Department of Revenue
James Grumbach

**SUMMONS IN A CIVIL ACTION**

# 04 10095 DPW

CASE NUMBER:

TO: (Name and address of Defendant)
    Michael Capizzi, 236 Lincoln Rd., Lincoln, MA 01773

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
    Doonan, Graves & Longoria, LLC
    100 Cummings Center, Suite 213C
    Beverly, MA 01915

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JAN 15 2004

DATE