%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

States Resources Corporation

V.

Michael Capizzi
Catherine R. Capizzi
The Architectural Team, Inc.
Garrett, Inc.
John Connolly, Jr.
Massachusetts Department of Revenue
James Grumbach

**SUMMONS IN A CIVIL ACTION**

**04    10095 DPW**

CASE NUMBER:

TO: (Name and address of Defendant)

Catherine R. Capizzi, 236 Lincoln Rd., Lincoln, MA 01773

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 213C
Beverly, MA 01915

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

JAN 15 2004

CLERK

DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 17, 2004

I hereby certify and return that on 2/9/2004 at 11:17 AM I served a true and attested copy of the SUMMONS, COMPLAINT WITH ATTACHMENTS, CIVIL COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of CAPIZZI, 236 LINCOLN Road, LINCOLN, MA 01773. Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($8.96) Total Charges $49.46

_____
Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                   Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.