# UNITED STATES DISTRICT COURT

_____ District of _____

States Resources Corporation

          V.

Michael Capizzi
Catherine R. Capizzi
The Architectural Team, Inc.
Garrett, Inc.
John Connolly, Jr.
Massachusetts Department of Revenue
James Grumbach

**SUMMONS IN A CIVIL ACTION**

04  10095 DPW

CASE NUMBER:

TO: (Name and address of Defendant)
James Connolly, Jr.
1 Common Street
Wakefield, MA 01880

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 213C
Beverly, MA 01915

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: JAN 15 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 11, 2004

I hereby certify and return that on 2/5/2004 at 2:05PM I served a true and attested copy of the SUMMONS, COMPLAINT WITH ATTACHMENTS, CIVIL COVER SHEET in this action in the following manner: To wit, by delivering in hand to JAMES CONNOLLY, JR. at , 545 SALEM Street, WAKEFIELD, MA 01880. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.30), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.70

*Albert Frapane*

Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.