# UNITED STATES DISTRICT COURT

_____ District of _____

States Resources Corporation

V.

Michael Capizzi
Catherine R. Capizzi
The Architectural Team, Inc.
Garrett, Inc.
John Connolly, Jr.
Massachusetts Department of Revenue
James Grumbach

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10095 DPW

TO: (Name and address of Defendant)

James Grumbach
7 Winthrop Road
Wayland, MA 01778

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 213C
Beverly, MA 01915

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    JAN 1 5 2004



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 11, 2004

I hereby certify and return that on 2/9/2004 at 10:00AM I served a true and attested copy of the SUMMONS AND COMPLAINT, CIVIL ACTION COVER SHEET, EXIBITS in this action in the following manner: To wit, by leaving at the last and usual place of abode of JAMES E. GRUMBACH, , 7 WINTHROP Road WAYLAND, MA 01778 and by mailing 1st class to the above address on 2/10/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($10.88) Total Charges $48.38

FRAMINGHAM

*Ron Hanson*

Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.