# UNITED STATES DISTRICT COURT

_____ District of _____

States Resources Corporation
V.
Michael Capizzi
Catherine R. Capizzi
The Architectural Team, Inc.
Garrett, Inc.
John Connolly, Jr.
Massachusetts Department of Revenue
James Grumbach

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10095 DPW

TO: (Name and address of Defendant)
Garrett, Inc.
76 High Street
Danvers, MA 01923

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 213C
Beverly, MA 01915

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: JAN 15 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

STATEMENT OF SERVICE FEES

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*                                                    February 10, 2004

I hereby certify and return that on 2/7/2004 at 10:00 am I served a true and attested copy of the summons and interpleader complaint in this action in the following manner: To wit, by delivering in hand to Antionette Alizio, Receptionist, agent, person in charge at the time of service for Garrett, Inc., 76 High Street, Danvers, MA 01923. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

*Phil Bouchard*
Deputy Sheriff

Deputy Sheriff Phillip Bouchard

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.