# ROTHENBERG · ESTNER
# ORSI · ARONE & GRUMBACH, LLP

ATTORNEYS AT LAW

*Martin I. Estner* • *Eric P. Rothenberg* • *James E. Grumbach*
*Robert Orsi* • *Nicholas A. Iannuzzi Jr.* • *Robert L. Arone* • *Gerald J. Turner*
OF COUNSEL: *Theresa Kelly Banash* • *Frank M. Di Maria*
Writer's e-mail: jgrumbach@reoag.com

May 12, 2004

Civil Clerk's Office
United States District Court
John Joseph Moakley US Courthouse
One Courthouse Way
Boston, MA 02210

Re: State Resources Corp. v. Michael Capizzi, et al
CA# 04 10095 DPW

Dear Sir or Madam:

I have been named as a defendant in this interpleader action, as a result of a 1998 attachment (Complaint, ¶33). I have not filed an Answer and do not claim an interest in the property which is the subject of the Complaint. I do not plan to participate in the proceeding.

I am writing this letter since counsel and the court continue to copy me on pleadings and correspondence. Kindly remove me from the service list.

Very truly yours,

James E. Grumbach

cc: John A. Doonan, Esq.
Jordan Lewis Ring, Esq.
Michael and Catherine Capizzi
Carmen A. Frattaroli, Esq.
Massachusetts Department of Revenue
Joseph B. Harrington, Esq.
Nicholas A. Iannuzzi, Esq.