## CONNOLLY LAW OFFICES, LLC

545 Salem Street
Wakefield, Massachusetts 01880-1227
jconnolly@wakefieldlaw.com

JOHN CONNOLLY, JR.*
JOSEPH B. HARRINGTON**
KEVIN P. GEANEY

(*ALSO ADMITTED IN MAINE)
(**ALSO ADMITTED IN NEW HAMPSHIRE)

TELEPHONE
(781) 557-2000
FAX
(781) 246-4114

May 12, 2004

Docket Clerk
Judge Woodlock
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    RE:    *STATES RESOURCES v. CAPIZZI, ET AL*
           *DOCKET NO. 04-CV10095-DPW*

Dear Clerk:

    Be advised that I have an appearance on file in the above-referenced case on behalf of the defendant John Connolly, Jr., and have filed a crossclaim against the Capizzis to establish our claim. I also have an appearance in the United States Bankruptcy Court for the District of Massachusetts wherein the defendant Catherine Capizzi has a pending Chapter 7 (converted) proceeding, Docket No. 03-14266-JNF.

    I write to advise the Court that both this Court and the Bankruptcy Court issued notices the same date scheduling activities in each proceeding at the same time. A copy of the Bankruptcy Court's Notice of the Creditor's meeting is enclosed, paper number 193 in the bankruptcy docket.

    Mrs. Capizzi is appearing pro se and may not have the wherewithal to request one court or the other to reschedule its event. Manifestly, Mrs. Capizzi cannot comply with the obligation to appear in both places at the same time.

    Please note that this letter is not intended to be in lieu of a motion to continue. If the court doesn't take action sua sponte to reschedule the conference, I will file such a motion if need be.

    Thank you for your kind attention to this matter.

Docket Clerk
Judge Woodlock
May 12, 2004
Page Two

Very truly yours,

CONNOLLY LAW OFFICES, LLC

Joseph B. Harrington, Esquire

JBH/cf

Enclosure