UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION )<br>)<br>Plaintiff )<br>)<br>) Civil Action No. 04 10095 DPW<br>)<br>v. )<br>)<br>MICHAEL CAPIZZI, )<br>CATHERINE R. CAPIZZI, )<br>THE ARCHITECTURAL TEAM, INC., )<br>GARRETT, INC., )<br>JOHN CONNOLLY, JR., )<br>MASSACHUSETTS DEPARTMENT OF REVENUE, )<br>JAMES GRUMBACH )<br>)<br>Defendants )<br>) | |

## **STATES RESOURCES CORPORATION'S PARTIALLY ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

NOW COMES the Plaintiff, States Resources Corporation ("States"), by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this Honorable Court, to grant its partially assented to motion to continue the June 3, 2004 scheduling conference to July 14, 2004 or July 21, 2004.  Please note that this is States first request for a continuance in this action and that The Architectural Team, Inc., Garrett, Inc. and John Connolly, Jr., assent to the filing of this motion and the relief requested herein.

The initial scheduling conference for the above-entitled action is scheduled for June 3, 2004, at 2:30 p.m.  A continuance is necessary as a result of a scheduling conflict with Catherine Capizzi's Chapter 7 bankruptcy case, case no. 03-14266.  A 341(a) meeting is scheduled for the

same date and time as the scheduling conference, June 3, 2004, at 2:30 p.m. *See* Exhibit A (a true and correct copy of the 341 Notice is attached hereto).

Additionally, Michael and Catherine Capizzi have brought claims against Kevin Duffy, a third party, in their Answer, Counterclaims, Cross-Claims and Answer to Cross-Claims of Defendants Michael Capizzi and Catherine R. Capizzi ("Answer").  With the introduction of this third party defendant, a continuance is needed in order to allow said defendant time to respond to the Capizzis' allegations and to allow all parties time to address the issues raised by the introduction of a third party.  Further, based on the Capizzis' Certificate of Service in their Answer, there is no indication that Kevin Duffy has been served a copy of the Answer.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant States Resources Corporation's partially assented to motion to continue the June 3, 2004 scheduling conference to July 14, 2004 or July 21, 2004.

Date:  May 19, 2004                           /s/ John Doonan
                                              John A. Doonan, Esq.  (BBO# 547838)
                                              Doonan, Graves & Longoria, L.L.C.
                                              100 Cummings Center, Suite 213C
                                              Beverly, MA  01915
                                              (978) 921-2670

Assented to by:

The Architectural Team, Inc.
By its Attorney,

/s/ Jordan Lewis Ring (by permission J.A.D.)
Jordan Lewis Ring, Esq.
The Ring Law Firm
4 Longfellow Place, 37th Fl.
Boston, MA 02114
(617) 558-9800

John Connolly, Jr.
By his Attorney,

/s/ Joseph B. Harrington (by permission J.A.D.)
Joseph B. Harrington, Esq.
Law Offices of John Connolly, Jr.
545 Salem Street
Wakefield, MA 01880
(781) 557-2000


Garrett, Inc.
By its Attorney,

/s/ Stephanie Williams (by permission J.A.D.)
Stephanie Williams, Esq.
Law Office of Carmen A. Frattaroli
76 Lafayette Street
Salem, MA 01970
(978) 740-9501

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)   Case Number 03-14266-jnf

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 5/20/03 and was converted to a case under chapter 7 on 4/26/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office is prohibited from giving legal advice.

**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) and address):
Catherine R. Capizzi
aka Catherine Claire Rowley Capizzi
236 Lincoln Rd.
Lincoln, MA 01773

Case Number:
03-14266

Social Security/Taxpayer ID Nos.:
xxx-xx-4937

Attorney for Debtor(s) (name and address):

Bankruptcy Trustee (name and address):
Joseph Braunstein
Reimer and Braunstein
3 Center Plaza
Boston, MA 02108
Telephone number: 617-523-9000

### Meeting of Creditors:
Date: June 3, 2004   Time: 02:30 AM
Location: 1101 Thomas P. O'Neill Federal Buil, 10 Causeway Street, Room 255-B, Boston, MA 02222

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 8/2/04**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

Address of the Bankruptcy Clerk's Office:
U. S. Bankruptcy Court
10 Causeway Street
Room 1101
Boston, MA 02222
Telephone number: 617-565-6054
Hours Open: Monday - Friday 8:30 AM - 5:00 PM
On-Line: www.mab.uscourts.gov

For the Court:
Clerk of the Bankruptcy Court:
James M. Lynch

Date: 5/4/04


EXHIBIT A