UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION )<br>)<br>Plaintiff )<br>)<br>) Civil Action No. 04 10095 DPW<br>)<br>v. )<br>)<br>MICHAEL CAPIZZI, )<br>CATHERINE R. CAPIZZI, )<br>THE ARCHITECTURAL TEAM, INC., )<br>GARRETT, INC., )<br>JOHN CONNOLLY, JR., )<br>MASSACHUSETTS DEPARTMENT OF REVENUE, )<br>JAMES GRUMBACH )<br>)<br>Defendants )<br>) | |

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I, John A. Doonan, attorney for States Resources Corporation, hereby certify that I have attempted to confer and have attempted in good faith to resolve and narrow the issues pertaining to this action. The Architectural Team, Inc., Garrett, Inc., John Connolly, Jr., and Mr. and Mrs. Capizzi were sent an email concerning this motion on May 17, 2004. The Architectural Team, Inc., Garrett, Inc. and John Connolly, Jr., agreed to assent to the filing of this motion and the relief requested. In addition to sending an email to Mr. and Mrs. Capizzi at their last known email address, I also sent a copy of the proposed motion to Mr. and Mrs. Capizzi at their 1725 Wedgewood Common address (the return address provided in their last correspondence to my office) on May 17, 2004, via next day air, and asked that they both respond by 5:00 p.m. on May 19, 2004. Mr. Capizzi contacted my office on May 19, 2004 and stated that both he and his wife refuse to assent to the motion. Mrs. Capizzi did not personally contact my office. Further, as of

this date, Mrs. Capizzi has yet to submit a motion in her bankruptcy case requesting that the creditors meeting, which is currently scheduled for exactly the same date and time as the scheduling conference in this case, be continued to a later date, so as not to conflict with this action's scheduling conference and your Honor's Procedural Order, dated May 11, 2004, requiring her to attend the scheduling conference, in the absence of a showing of a medical incapacity.  *See* Exhibit A (a true and correct copy of the History of Catherine Capizzi's bankruptcy case is attached hereto).


Dated: May 19, 2004                    /s/ John Doonan
                                                     John A. Doonan, Esq.  (BBO# 547838)
                                                     Doonan, Graves & Longoria, L.L.C.
                                                     100 Cummings Center, Suite 213C
                                                     Beverly, MA  01915
                                                     (978) 921-2670

**03-14266** Catherine R. Capizzi
Case type: bk **Chapter:** 7 **Asset:** Yes **Vol:** v **Judge:** Joan N. Feeney
Date filed: 05/20/2003 Date of last filing: 05/17/2004

# History

| Doc. No. | Dates | Description |
|---|---|---|
| -- | Filed & Entered: 05/20/2003 | Matrix |
| -- | Filed & Entered: 05/20/2003 | Order to Update |
| 1 | Filed & Entered: 05/20/2003 | Voluntary Petition (Chapter 11) |
| 2 | Filed & Entered: 05/20/2003 | Order to Update |
| 3 | Filed & Entered: 05/20/2003 | Motion to Dismiss Case |
| 3 | Filed & Entered: 05/20/2003 | Motion for Relief From Stay |
| 4 | Filed & Entered: 05/20/2003  Terminated: 05/20/2003 | Motion to Expedite Hearing |
| 5 | Filed & Entered: 05/20/2003 | Order on Motion to Expedited Hearing |
| -- | Filed: 05/21/2003  Entered: 05/28/2003 | Receipt Number and Filing Fee |
| 6 | Filed & Entered: 05/22/2003 | Hearing Scheduled |
| 7 | Filed: 05/22/2003  Entered: 05/23/2003 | BNC Certificate of Mailing - PDF Document |
| 8 | Filed & Entered: 05/23/2003  Terminated: 05/28/2003 | Motion for Relief From Stay |
| 9 | Filed & Entered: 05/23/2003 | Brief/Memorandum |
| 10 | Filed & Entered: 05/23/2003  Terminated: 05/23/2003 | Motion to Expedite Hearing |
| 11 | Filed & Entered: 05/23/2003 | Certificate of Service |
| 12 | Filed & Entered: 05/23/2003 | Certificate of Service |
| 14 | Filed: 05/23/2003  Entered: 05/27/2003 | Order on Motion to Expedited Hearing |
| 13 | Filed: 05/24/2003  Entered: 05/27/2003 | BNC Certificate of Mailing - Hearing |
| -- | Filed & Entered: 05/27/2003 | Hearing Scheduled |
| -- | Filed & Entered: 05/27/2003 | Meeting of Creditors Chapter 11 & 12 |
| -- | Filed: 05/28/2003  Entered: 05/29/2003 | Hearing Held |
| 15 | Filed: 05/28/2003  Entered: 05/29/2003 | Notice of Appearance |
| 16 | Filed: 05/28/2003  Entered: 05/29/2003 | Order on Motion For Relief From Stay |
| 17 | Filed: 05/28/2003 | Order |

EXHIBIT A

|    | Entered: | 05/29/2003 |                                               |
|----|----------|------------|-----------------------------------------------|
| 20 | Filed:   | 05/28/2003 | Motion for Relief From Stay                   |
|    | Entered: | 05/30/2003 |                                               |
| 21 | Filed:   | 05/28/2003 | Motion to Dismiss Case                        |
|    | Entered: | 05/30/2003 |                                               |
| 22 | Filed:   | 05/28/2003 | Certificate of Service                        |
|    | Entered: | 05/30/2003 |                                               |
| 18 | Filed:   | 05/29/2003 | BNC Certificate of Mailing - PDF Document     |
|    | Entered: | 05/30/2003 |                                               |
| 19 | Filed:   | 05/29/2003 | Certificate of Service                        |
|    | Entered: | 05/30/2003 |                                               |
| 23 | Filed:   | 05/29/2003 | Certificate of Service                        |
|    | Entered: | 05/30/2003 |                                               |

| Doc. No. | Dates |  | Description |
|----------|-------|--|-------------|
| --       | Filed:    | 05/30/2003 | Receipt Number and Filing Fee |
|          | Entered:  | 06/02/2003 |                               |
| 24       | Filed:    | 05/31/2003 | BNC Certificate of Mailing - PDF Document |
|          | Entered:  | 06/01/2003 |                               |
| 25       | Filed:    | 05/31/2003 | BNC Certificate of Mailing - PDF Document |
|          | Entered:  | 06/01/2003 |                               |
| 26       | Filed & Entered: | 06/02/2003 | Hearing Scheduled |
| 27       | Filed:    | 06/03/2003 | Certificate of Service |
|          | Entered:  | 06/04/2003 |                         |
| 28       | Filed & Entered: | 06/04/2003 | Court's Notice of 341 sent - 11 Individual |
| 30       | Filed:    | 06/04/2003 | Statement of Financial Affairs |
|          | Entered:  | 06/11/2003 |                                 |
| 29       | Filed:    | 06/06/2003 | BNC Certificate of Mailing - Meeting of Creditors |
|          | Entered:  | 06/07/2003 |                                                    |
| 35       | Filed:    | 06/10/2003 | Notice of Appearance |
|          | Entered:  | 06/16/2003 |                       |
| 31       | Filed & Entered: | 06/11/2003 | 20 Largest Unsecured Creditors |
| 32       | Filed:    | 06/11/2003 | Response |
|          | Entered:  | 06/12/2003 |           |
| 33       | Filed:    | 06/11/2003 | Application to Employ |
|          | Entered:  | 06/12/2003 |                        |
|          | Terminated: | 06/24/2003 |                      |
| 34       | Filed:    | 06/12/2003 | Response |
|          | Entered:  | 06/13/2003 |           |
| 36       | Filed:    | 06/16/2003 | Document |
|          | Entered:  | 06/17/2003 |           |
| --       | Filed:    | 06/18/2003 | Hearing Held |

|     |                          |            | Description                              |
| --- | ------------------------ | ---------- | ---------------------------------------- |
|     | *Entered:*               | 06/19/2003 |                                          |
| --  | *Filed:* <br> *Entered:* | 06/18/2003 <br> 06/19/2003 | Hearing Held                  |
| 37  | *Filed:* <br> *Entered:* | 06/18/2003 <br> 06/19/2003 | Response                      |
| 38  | *Filed:* <br> *Entered:* | 06/18/2003 <br> 06/19/2003 | Order                         |
| 39  | *Filed:* <br> *Entered:* | 06/18/2003 <br> 06/19/2003 | Order                         |
| 40  | *Filed:* <br> *Entered:* | 06/19/2003 <br> 06/20/2003 | Supplemental Document         |
| 41  | *Filed:* <br> *Entered:* | 06/19/2003 <br> 06/20/2003 | Certificate of Service        |
| 42  | *Filed:* <br> *Entered:* | 06/21/2003 <br> 06/22/2003 | BNC Certificate of Mailing - PDF Document |
| 43  | *Filed:* <br> *Entered:* | 06/21/2003 <br> 06/22/2003 | BNC Certificate of Mailing - PDF Document |
| 44  | *Filed & Entered:* 06/24/2003 | | Memorandum of Decision               |
| 45  | *Filed & Entered:* 06/24/2003 | | Order                                |
| 46  | *Filed:* <br> *Entered:* | 06/24/2003 <br> 06/25/2003 | Order on Application to Employ |
| 47  | *Filed:* <br> *Entered:* | 06/27/2003 <br> 06/28/2003 | BNC Certificate of Mailing - PDF Document |
| 48  | *Filed:* <br> *Entered:* | 06/27/2003 <br> 06/30/2003 | Motion to Appoint Trustee/Examiner |
| 49  | *Filed & Entered:* 06/30/2003 | | Notice of Appearance                 |
| 50  | *Filed:* <br> *Entered:* | 06/30/2003 <br> 07/01/2003 | Bond                          |

| Doc. No. | Dates | Description |
| --- | --- | --- |
| 51 | *Filed:* 07/01/2003 <br> *Entered:* 07/02/2003 | Affidavit/Declaration |
| 52 | *Filed & Entered:* 07/08/2003 <br> *Terminated:* 07/15/2003 | Application to Employ |
| 53 | *Filed & Entered:* 07/09/2003 | Bond |
| 54 | *Filed:* 07/15/2003 <br> *Entered:* 07/17/2003 | Order on Application to Employ |
| 58 | *Filed:* 07/17/2003 <br> *Entered:* 07/21/2003 | Notice of Appearance |
| 55 | *Filed & Entered:* 07/18/2003 <br> *Terminated:* 07/23/2003 | Motion To Stay |
| 57 | *Filed:* 07/18/2003 | Motion to Recuse Judge |

| Doc. No. | Dates | Description |
|---|---|---|
|  | Entered: 07/21/2003<br>Terminated: 07/23/2003 |  |
| 56 | Filed: 07/19/2003<br>Entered: 07/20/2003 | 🌐 BNC Certificate of Mailing - PDF Document |
| -- | Filed & Entered: 07/21/2003 | 🌐 Hearing Scheduled |
| 59 | Filed & Entered: 07/21/2003 | 🌐 Certificate of Service |
| 60 | Filed & Entered: 07/21/2003<br>Terminated: 07/23/2003 | 🌐 Amended Motion |
| 64 | Filed: 07/21/2003<br>Entered: 07/23/2003 | 🌐 Notice of Appearance |
| 61 | Filed & Entered: 07/22/2003 | 🌐 Request |
| 62 | Filed & Entered: 07/22/2003 | 🌐 Asset Notice Report |
| 63 | Filed: 07/22/2003<br>Entered: 07/23/2003 | 🌐 Notice of Hearing |
| -- | Filed: 07/23/2003<br>Entered: 07/24/2003 | 🌐 Hearing Held |
| -- | Filed: 07/23/2003<br>Entered: 07/24/2003 | 🌐 Hearing Held |
| 65 | Filed & Entered: 07/23/2003 | 🌐 Opposition |
| 66 | Filed & Entered: 07/23/2003 | 🌐 Certificate of Service |
| 67 | Filed & Entered: 07/23/2003 | 🌐 Amended Document |
| 68 | Filed & Entered: 07/23/2003 | 🌐 Objection |
| 69 | Filed & Entered: 07/23/2003 | 🌐 Opposition |
| 70 | Filed: 07/23/2003<br>Entered: 07/24/2003 | 🌐 Order on Motion to Stay |
| 70 | Filed: 07/23/2003<br>Entered: 07/24/2003 | 🌐 Order on Amended Motion |
| 71 | Filed: 07/23/2003<br>Entered: 07/24/2003 | 🌐 Order on Motion to Recuse Judge |
| 72 | Filed: 07/23/2003<br>Entered: 07/24/2003 | 🌐 Amended Document |
| 73 | Filed: 07/23/2003<br>Entered: 07/24/2003 | 🌐 Amended Document |
| 75 | Filed: 07/23/2003<br>Entered: 07/25/2003 | 🌐 Hearing Scheduled |
| 74 | Filed: 07/24/2003<br>Entered: 07/25/2003 | 🌐 BNC Certificate of Mailing - Notice |
| 79 | Filed: 07/25/2003<br>Entered: 07/29/2003 | 🌐 Status Report |

| Doc. No. | Dates | Description |
|---|---|---|

| # | Filed / Entered / Terminated | Description |
|---|---|---|
| 76 | Filed: 07/26/2003<br>Entered: 07/27/2003 | BNC Certificate of Mailing - PDF Document |
| 77 | Filed: 07/26/2003<br>Entered: 07/27/2003 | BNC Certificate of Mailing - PDF Document |
| 78 | Filed & Entered: 07/28/2003 | Certificate of Service |
| 80 | Filed: 07/30/2003<br>Entered: 07/31/2003 | Certificate of Service |
| -- | Filed: 09/09/2003<br>Entered: 09/10/2003 | Hearing Held |
| 81 | Filed: 09/09/2003<br>Entered: 09/10/2003 | Order |
| 82 | Filed: 09/12/2003<br>Entered: 09/15/2003 | Motion to Convert Case to Chapter 7 |
| 83 | Filed & Entered: 09/16/2003 | Hearing Scheduled |
| 84 | Filed: 09/18/2003<br>Entered: 09/19/2003 | BNC Certificate of Mailing - Hearing |
| 85 | Filed: 09/23/2003<br>Entered: 09/24/2003 | Certificate of Service |
| 86 | Filed: 10/03/2003<br>Entered: 10/06/2003 | Statement |
| 87 | Filed: 10/08/2003<br>Entered: 10/10/2003 | Chapter 11 Plan |
| 88 | Filed: 10/17/2003<br>Entered: 10/20/2003<br>Terminated: 11/10/2003 | Motion for Relief From Stay |
| -- | Filed: 10/21/2003<br>Entered: 10/24/2003 | Hearing Held |
| -- | Filed: 10/21/2003<br>Entered: 10/24/2003 | Hearing Held |
| 89 | Filed: 10/21/2003<br>Entered: 10/24/2003 | Order |
| 90 | Filed: 10/21/2003<br>Entered: 10/24/2003 | Order on Motion to Convert Case to Chapter 7 |
| 91 | Filed: 10/23/2003<br>Entered: 10/24/2003<br>Terminated: 10/24/2003 | Motion to Appoint Trustee/Examiner |
| 92 | Filed: 10/23/2003<br>Entered: 10/24/2003 | Bond |
| 93 | Filed: 10/23/2003<br>Entered: 10/24/2003 | Statement |
| -- | Filed & Entered: 10/24/2003 | Hearing Scheduled |
| 97 | Filed: 10/24/2003<br>Entered: 10/27/2003 | Order on Motion to Appoint Trustee |

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 98 | Filed: Entered: | 10/24/2003 10/27/2003 | Trustee Appointment Rejection |
| 94 | Filed: Entered: | 10/26/2003 10/27/2003 | BNC Certificate of Mailing - PDF Document |
| 95 | Filed: Entered: | 10/26/2003 10/27/2003 | BNC Certificate of Mailing - PDF Document |
| 96 | Filed & Entered: | 10/27/2003 | Order |
| 99 | Filed: Entered: | 10/28/2003 10/29/2003 | Objection |
| 100 | Filed: Entered: | 10/29/2003 10/30/2003 | Application to Employ |
| 101 | Filed & Entered: | 10/31/2003 | Hearing Scheduled |
| 102 | Filed & Entered: | 10/31/2003 | Court Certificate of Mailing |

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 103 | Filed: Entered: Terminated: | 11/04/2003 11/05/2003 11/05/2003 | Motion to Extend |
| 104 | Filed: Entered: | 11/05/2003 11/06/2003 | Order on Motion to Extend |
| 105 | Filed & Entered: | 11/06/2003 | Bond |
| -- | Filed & Entered: | 11/07/2003 | Hearing Scheduled |
| 106 | Filed & Entered: | 11/07/2003 | Waiver |
| 107 | Filed & Entered: | 11/07/2003 | Certificate of Service |
| 108 | Filed & Entered: Terminated: | 11/07/2003 11/10/2003 | Motion to Dismiss Case |
| -- | Filed: Entered: | 11/10/2003 11/12/2003 | Hearing Held |
| -- | Filed: Entered: | 11/10/2003 11/12/2003 | Hearing Held |
| -- | Filed: Entered: | 11/10/2003 11/14/2003 | Hearing Held |
| 109 | Filed & Entered: | 11/10/2003 | Chapter 11 Plan |
| 110 | Filed: Entered: | 11/10/2003 11/12/2003 | Order on Motion to Convert Case to Chapter 7 |
| 111 | Filed: Entered: | 11/10/2003 11/12/2003 | Order on Motion For Relief From Stay |
| 112 | Filed: Entered: | 11/10/2003 11/14/2003 | Order on Motion to Dismiss Case |
| 113 | Filed: Entered: | 11/14/2003 11/15/2003 | BNC Certificate of Mailing - PDF Document |

| Doc. No. | Dates | Description |
|---|---|---|
| 114 | Filed: 11/14/2003<br>Entered: 11/15/2003 | BNC Certificate of Mailing - PDF Document |
| 115 | Filed: 11/16/2003<br>Entered: 11/17/2003 | BNC Certificate of Mailing - PDF Document |
| 116 | Filed: 11/17/2003<br>Entered: 11/20/2003 | Application for Administrative Expenses |
| 117 | Filed & Entered: 11/20/2003<br>Terminated: 01/21/2004 | Application for Compensation |
| 118 | Filed & Entered: 11/20/2003<br>Terminated: 01/21/2004 | Application for Compensation |
| 119 | Filed & Entered: 11/20/2003<br>Terminated: 01/21/2004 | Application for Administrative Expenses |
| 120 | Filed & Entered: 11/20/2003 | Notice |
| 121 | Filed & Entered: 11/25/2003 | Hearing Scheduled |
| 122 | Filed & Entered: 11/25/2003 | Hearing Scheduled |
| 123 | Filed & Entered: 11/25/2003 | Hearing Scheduled |
| 124 | Filed & Entered: 11/25/2003 | Hearing Scheduled |
| 125 | Filed: 11/27/2003<br>Entered: 11/28/2003 | BNC Certificate of Mailing - Hearing |
| 126 | Filed: 11/27/2003<br>Entered: 11/28/2003 | BNC Certificate of Mailing - Hearing |
| 127 | Filed: 11/27/2003<br>Entered: 11/28/2003 | BNC Certificate of Mailing - Hearing |
| 128 | Filed: 12/02/2003<br>Entered: 12/03/2003 | Order on Application for Administrative Expenses |

| Doc. No. | Dates | Description |
|---|---|---|
| 128 | Filed: 12/02/2003<br>Entered: 12/03/2003 | Order on Application for Compensation |
| 128 | Filed: 12/02/2003<br>Entered: 12/03/2003 | Order on Application for Compensation |
| 128 | Filed: 12/02/2003<br>Entered: 12/03/2003 | Order on Application for Administrative Expenses |
| 129 | Filed: 12/05/2003<br>Entered: 12/06/2003 | BNC Certificate of Mailing - PDF Document |
| 130 | Filed: 12/05/2003<br>Entered: 12/08/2003<br>Terminated: 12/11/2003 | Motion to Extend |
| 131 | Filed & Entered: 12/08/2003<br>Terminated: 01/21/2004 | Miscellaneous Motion |
| 131 | Filed & Entered: 12/08/2003 | Motion to Set Hearing |
| 132 | Filed & Entered: 12/08/2003 | Waiver |

| | | | |
|---|---|---|---|
| 133 | Filed & Entered: | 12/10/2003 | Opposition |
| 134 | Filed: Entered: | 12/11/2003 12/12/2003 | Order on Motion to Extend |
| 135 | Filed: Entered: | 12/11/2003 12/12/2003 | Order Vacating Order |
| 136 | Filed: Entered: | 12/14/2003 12/15/2003 | BNC Certificate of Mailing - PDF Document |
| 137 | Filed & Entered: | 12/15/2003 | Hearing Scheduled |
| 138 | Filed: Entered: | 12/17/2003 12/18/2003 | BNC Certificate of Mailing - Hearing |
| 139 | Filed: Entered: | 12/22/2003 12/23/2003 | Certificate of Service |
| 140 | Filed: Entered: | 01/09/2004 01/13/2004 | Notice of Change of Address |
| -- | Filed: Entered: | 01/21/2004 01/28/2004 | Hearing Held |
| -- | Filed: Entered: | 01/21/2004 01/28/2004 | Hearing Held |
| -- | Filed: Entered: | 01/21/2004 01/28/2004 | Hearing Held |
| -- | Filed: Entered: | 01/21/2004 01/29/2004 | Hearing Held |
| 141 | Filed: Entered: | 01/21/2004 01/23/2004 | Order |
| 143 | Filed: Entered: | 01/21/2004 01/28/2004 | Order on Generic Motion |
| 143 | Filed: Entered: | 01/21/2004 01/28/2004 | Order on Motion To Set Hearing |
| 144 | Filed: Entered: | 01/21/2004 01/28/2004 | Order on Application for Compensation |
| 145 | Filed: Entered: | 01/21/2004 01/28/2004 | Order on Application for Compensation |
| 146 | Filed: Entered: | 01/21/2004 01/28/2004 | Document |
| 148 | Filed: Entered: | 01/21/2004 01/29/2004 | Order on Application for Administrative Expenses |
| 147 | Filed: Entered: | 01/22/2004 01/28/2004 | Order |
| 142 | Filed: Entered: | 01/25/2004 01/26/2004 | BNC Certificate of Mailing - PDF Document |
| 149 | Filed: Entered: | 01/30/2004 01/31/2004 | BNC Certificate of Mailing - PDF Document |

| Doc. No. | Dates | Description |
|---|---|---|
| 150 | Filed: 01/30/2004<br>Entered: 01/31/2004 | BNC Certificate of Mailing - PDF Document |
| 151 | Filed: 01/30/2004<br>Entered: 01/31/2004 | BNC Certificate of Mailing - PDF Document |
| 152 | Filed: 01/30/2004<br>Entered: 01/31/2004 | BNC Certificate of Mailing - PDF Document |
| 153 | Filed: 01/31/2004<br>Entered: 02/02/2004 | BNC Certificate of Mailing - PDF Document |
| 154 | Filed & Entered: 02/17/2004 | Notice |
| 155 | Filed & Entered: 02/19/2004 | Motion to Appoint Trustee/Examiner |
| 156 | Filed: 02/19/2004<br>Entered: 02/23/2004 | Statement |
| 157 | Filed: 02/19/2004<br>Entered: 02/24/2004 | Order |
| 158 | Filed: 02/23/2004<br>Entered: 02/24/2004 | Bond |
| 159 | Filed: 02/26/2004<br>Entered: 02/27/2004 | BNC Certificate of Mailing - PDF Document |
| 160 | Filed & Entered: 03/18/2004<br>Terminated: 04/26/2004 | Motion to Vacate |
| 161 | Filed & Entered: 03/18/2004 | Certificate of Service |
| 162 | Filed: 03/19/2004<br>Entered: 03/30/2004 | Notice of Appearance |
| 163 | Filed & Entered: 04/05/2004 | Miscellaneous Motion |
| 164 | Filed & Entered: 04/05/2004 | Certificate of Service |
| 165 | Filed & Entered: 04/06/2004<br>Terminated: 05/05/2004 | Motion for Relief From Stay |
| 166 | Filed & Entered: 04/09/2004 | Hearing Scheduled |
| 167 | Filed: 04/11/2004<br>Entered: 04/12/2004 | BNC Certificate of Mailing - Hearing |
| 168 | Filed: 04/16/2004<br>Entered: 04/19/2004 | Certificate of Service of Notice of Hearing |
| -- | Filed: 04/26/2004<br>Entered: 04/28/2004 | Convert Case |
| 169 | Filed: 04/26/2004<br>Entered: 04/28/2004 | Order on Motion to Vacate |
| 170 | Filed & Entered: 04/28/2004 | Order to Update |
| -- | Filed & Entered: 04/29/2004 | Meeting of Creditors Chapter 7 No Asset |
| 171 | Filed & Entered: 04/29/2004 | Certificate of Appointment of Trustee |
| 172 | Filed & Entered: 04/30/2004 | Motion for Relief From Stay |

| Doc. No. | Dates | Description |
|---|---|---|
| 173 | Filed & Entered: 04/30/2004 | Internet Payment Made |
| 174 | Filed: 04/30/2004 Entered: 05/01/2004 | BNC Certificate of Mailing - PDF Document |
| 175 | Filed & Entered: 05/03/2004 Terminated: 05/17/2004 | Application to Employ |
| 176 | Filed & Entered: 05/03/2004 | Certificate of Service |
| 177 | Filed & Entered: 05/03/2004 | Objection |

| Doc. No. | Dates | Description |
|---|---|---|
| 178 | Filed & Entered: 05/03/2004 | Certificate of Service |
| 179 | Filed & Entered: 05/04/2004 | Court's Notice of 341 sent Indivudal No Asset |
| -- | Filed & Entered: 05/05/2004 | Hearing Held |
| 180 | Filed & Entered: 05/05/2004 | Request for Bar Date |
| 181 | Filed & Entered: 05/05/2004 Terminated: 05/05/2004 | Application to Employ |
| 182 | Filed & Entered: 05/05/2004 | Certificate of Service |
| 183 | Filed & Entered: 05/05/2004 | Order on Motion For Relief From Stay |
| 184 | Filed & Entered: 05/05/2004 | Asset Notice Report |
| 185 | Filed: 05/05/2004 Entered: 05/06/2004 | Order on Application to Employ |
| 186 | Filed & Entered: 05/06/2004 | Hearing Scheduled |
| 187 | Filed: 05/06/2004 Entered: 05/07/2004 | BNC Certificate of Mailing - Meeting of Creditors |
| 188 | Filed: 05/07/2004 Entered: 05/08/2004 | BNC Certificate of Mailing - Notice |
| 189 | Filed: 05/07/2004 Entered: 05/08/2004 | BNC Certificate of Mailing - PDF Document |
| 193 | Filed: 05/07/2004 Entered: 05/11/2004 | Order |
| 190 | Filed: 05/08/2004 Entered: 05/10/2004 | BNC Certificate of Mailing - Hearing |
| 191 | Filed: 05/08/2004 Entered: 05/10/2004 | BNC Certificate of Mailing - PDF Document |
| 192 | Filed & Entered: 05/11/2004 | Notice |
| 194 | Filed: 05/13/2004 Entered: 05/14/2004 | BNC Certificate of Mailing - PDF Document |
| 195 | Filed: 05/14/2004 Entered: 05/17/2004 | Notice of Change of Address |
| 196 | Filed: 05/17/2004 Entered: 05/18/2004 | Order on Application to Employ |

History/Documents Query

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/19/2004 16:55:50 | | | |
| PACER Login: | dg0130 | Client Code: | |
| Description: | HistDocQry | Case Number: | 03-14266 |
| Billable Pages: | 6 | Cost: | 0.42 |

https://ecf.mab.uscourts.gov/cgi-bin/HistDocQry.pl?103201158760879-L_404_0-1    5/19/2004

Page 11 of 11