UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION )<br>)<br>    Plaintiff )<br>)<br>) Civil Action No. 04 10095 DPW<br>)<br>v. )<br>)<br>MICHAEL CAPIZZI, )<br>CATHERINE R. CAPIZZI, )<br>THE ARCHITECTURAL TEAM, INC., )<br>GARRETT, INC., )<br>JOHN CONNOLLY, JR., )<br>MASSACHUSETTS DEPARTMENT OF REVENUE, )<br>JAMES GRUMBACH )<br>)<br>    Defendants )<br>) | |

**CERTIFICATE OF SERVICE**

    I, John A. Doonan, hereby certify that a true and correct copy of STATES RESOURCES CORPORATION'S MOTION TO CONTINUE SCHEDULING CONFERENCE has been served by placing same in the United States Mail, postage prepaid, on this the 20th day of May 2004, to all of the individuals on the following service list. This motion has also been served electronically to Garrett, Inc., The Architectural Team and John Connolly, Jr. In addition to serving a true and correct copy of this motion on Mr. and Mrs. Capizzi, I also served a copy of Judge Woodlock's Procedural Order, dated May 11, 2004, ordering Mrs. Capizzi to appear at the scheduling conference, on Mr. and Mrs. Capizzi, by placing same in the United States Mail, postage prepaid, on this 20th day of May 2004.

                                                      /s/ John Doonan
                                                      John A. Doonan, Esq.

**SERVICE LIST**

Michael Capizzi
1725 Wedgewood Common
Concord, MA 01742

Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA 01742

Law Office of Carmen A. Frattaroli
Attn:  Stephanie Williams
76 Lafayette Street
Salem, MA 01970

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn:  Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Ring Law Firm
Attn: Jordan Lewis Ring
4 Longfellow Place, 37th Fl.
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn:  Joseph B. Harrington
545 Salem Street
Wakefield, MA 01880

Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
Attn:  Nicholas A. Iannuzzi, Jr.
20 Williams St., Suite 245
Wellesley, MA 02481