UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

_____
STATES RESOURCES CORPORATION )
 )
    Plaintiff )
 )
 )
 ) Civil Action No. 04 10095 DPW
 )
v. )
 )
MICHAEL CAPIZZI, )
CATHERINE R. CAPIZZI, )
THE ARCHITECTURAL TEAM, INC., )
GARRETT, INC., )
JOHN CONNOLLY, JR., )
MASSACHUSETTS DEPARTMENT OF REVENUE, )
JAMES GRUMBACH )
 )
    Defendants )
_____ )

**JOINT STATEMENT CONTAINING PROPOSED PRETRIAL SCHEDULE**

The parties submit the following Joint Statement in accordance with Fed R. Civ.P. 26(f) and Local Rule 16.1(B), (C), and (D):

**A. Agenda for Scheduling Conference**

- Status of the third-party defendant complaint against Kevin Duffy

- Related Massachusetts State Court litigation

- Catherine and Michael Capizzi's email address

- Amendments and/or supplements to pleadings

- Motions to Dismiss

- Motions for Summary Judgment

    o In response to Garrett, Inc.'s recent filing of its Motion for Summary Judgment, The Architectural Team would like to discuss a request for a continuance pursuant to Fed. R. Civ. P. 56(f) to permit affidavits to be obtained or depositions to be taken or discovery to be had or such other order as is just.

- Discovery

- Settlement negotiations

- Pretrial disclosures

- Final pretrial conference

**B. Trial Before a Magistrate Judge**

- States Resources, Garrett, Inc. and The Architectural Team consent to trial before a Magistrate Judge.  Michael and Catherine Capizzi do not consent to trial before a Magistrate Judge.

**C. Settlement Proposals**

- Settlement offers have been made.

**D. Joint Discovery Plan and Proposed Schedule for the Filing of Motions**

1. **Phase I**

- Within forty-five (45) days after the scheduling conference, the third-party defendant, Kevin Duffy, shall be served and his answer filed with the Court;

- Amendment and/or Supplements to the pleadings shall be filed by _____ \_\_\_, 2004;

- Thirty (30) days after the filing of the third-party defendant's answer, Motions to Dismiss shall be filed with the Court;

2. **Phase II**

- Thirty (30) days after the filing of Motions to Dismiss, Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A), (B), (C) and (D) shall take place;  [Garrett, Inc. would like initial disclosures to be made by July 5, 2004]; [Capizzis would like to begin Initial Disclosures 90 days after the filing of Motions to Dismiss]

- - The parties agree that by disclosing said documents the disclosing party is not waiving its right to object to the admissibility of same at trial as privileged, work product, or on any other lawful basis;
  - Objections shall be noted at the time of disclosing;
  - Unless objected to within 5 days, copies shall be equal to originals;

3. **Phase III**

   - Ninety (90) days after Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A), (B), (C) and (D) are made, the parties may serve Interrogatories, Requests for Production of Documents and Requests for Admissions;[*] [Garrett, Inc. would like the parties to serve discovery as allowed for by the federal and local rules, as long as they have made their initial disclosures]; [Capizzis would like to begin Discovery 120 days after Initial Disclosures are made]

   - Ninety (90) days after service of Interrogatories, Requests for Production of Documents and Requests for Admissions, the parties may take testimony by Deposition pursuant to Fed. Rs. Civ. P. 30 and 31;[*]

   - All trial experts shall be designated and disclosure of information pursuant to Fed. R. Civ. P. 26(a)(2) made by November 4, 2004;

   - Discovery is to be completed by _____, 2004, unless shortened or enlarged by Court Order.

4. **Phase IV**

   - Thirty (30) days after the taking of testimony by Deposition pursuant to Fed. Rs. Civ. P. 30 and 31, the parties may file Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56. [Capizzis would like the filing of Motions for Summary Judgment to begin 60 days after the taking of testimony by Deposition]

E. **Certifications required by Local Rule 16.1 (D) (3)**

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and alternative courses—of litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Doug Bartzatt
States Resources Corporation

---

[*] The parties agree that in addition to the limitations listed above, discovery shall also be limited in accordance with Local Rule 26.1(c), but a party may request additional discovery in accordance with Local Rule 26.2(B).

/s/ John A. Doonan
John A. Doonan, Esq.
Attorney for States Resources Corporation


/s/ Garrett Healey (by permission J.A.D.)
Garrett, Inc.

/s/ Carmen A. Frattaroli (by permission J.A.D.)
Carmen A. Frattaroli, Esq.
Attorney for Garrett, Inc.


/s/ John Connolly, Jr. (by permission J.A.D.)
John Connolly, Jr.

/s/ Joseph B. Harrington (by permission J.A.D.)
Joseph B. Harrington, Esq.
Attorney for John Connolly, Jr.


 /s/ Robert J. Verrier (by permission J.A.D.)
The Architectural Team

/s/ Jordan Lewis Ring (by permission J.A.D.)
Jordan Lewis Ring, Esq.
Attorney for The Architectural Team



_____
Catherine R. Capizzi, Pro Se


_____
Michael Capizzi, Pro Se


_____
James Grumbach


_____
Nicholas A. Iannuzzi, Esq.
Attorney for James Grumbach

                                                     Respectfully submitted,
                                                     States Resources Corporation
                                                     By Its Attorneys

Date:  May 28, 2004                       /s/ John A. Doonan
                                                   John A. Doonan, Esq., BBO# 547838
                                                   Reneau J. Longoria, Esq., BBO# 635118
                                                   Doonan, Graves & Longoria, L.L.C.
                                                   100 Cummings Center, Suite 213C
                                                   Beverly, MA  01915
                                                   (978) 921-2670