UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> MICHAEL CAPIZZI, ) <br> CATHERINE R. CAPIZZI, ) <br> THE ARCHITECTURAL TEAM, INC., ) <br> GARRETT, INC., ) <br> JOHN CONNOLLY, JR., ) <br> MASSACHUSETTS DEPARTMENT OF REVENUE, ) <br> JAMES GRUMBACH ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 04 10095 DPW |

FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.3(A) STATEMENT

     Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(A) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for States Resources Corporation (a private non-governmental party) certifies that States Resources Corporation does not have any corporate parents, affiliates and/or subsidiaries and that no such corporation owns 10% or more of its stocks.

Date: May 28, 2004

/s/ John A. Doonan
John A. Doonan, Esq. (BBO# 547838)
Reneau J. Longoria, Esq. (BBO# 654644)
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA 01915
(978) 921-2670