# United States District Court
# Eastern District of Massachusetts

Civil Action No. 04 10095 DPW

_____

STATES RESOURCES CORPORATION,

Plaintiff

v.

MICHAEL CAPIZZI,
CATHERINE R. CAPIZZI,
THE ARCHITECTURAL TEAM, INC.,
JOHN CONNOLLY, JR.,
GARRETT, INC.
MASSACHUSETTS DEPARTMENT OF REVENUE,
JAMES GRUMBACH

Defendants

_____

## FEDERAL RULE OF CIVIL PROCEDURE LOCAL RULE 7.3 (A) STATEMENT

Pursuant to Local Rule 7.3 (A) and to enable District Judges and Magistrate Judges of the Court to evaluate disqualification or recusal, the undersigned counsel for The Architectural Team, Inc. (a private non-governmental party) certifies that The Architectural Team, Inc. does not have any corporate parents, affiliates and subsidiaries and that no such corporation owns 10% or more of its stock.

**Date:   May 29, 2004**

                          **Respectfully submitted.**
                          **By its Attorney,**

                                s/Jordan Lewis Ring
                          **Jordan Lewis Ring, Esquire**
                          **Attorney for The Architectural Team, Inc.**
                          **RING LAW FIRM**
                          **4 Longfellow Place 37th Floor**
                          **Boston, Massachusetts 02114**
                          **BBO# 420980**
                          **jordanlewisring@masslawyer.us**
                          **617-558-9800/fax 617-558-9801**