```
          UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF MASSACHUSETTS
           CIVIL ACTION NO 04-10095DPW
```

**STATES RESOURCES CORPORATION,**

**Plaintiff**

**v.**

**MICHAEL CAPIZZI,**
**CATHERINE R. CAPIZZI,**
**THE ARCHITECTURAL TEAM, INC.,**
**JOHN CONNOLLY, JR.,**
**GARRETT, INC.**
**MASSACHUSETTS DEPARTMENT OF REVENUE,**
**JAMES GRUMBACH**

**Defendants**

## CERTIFICATE OF SERVICE

I Jordan Lewis Ring, hereby certify that on this date I caused to be served a copy of

## FEDERAL RULE OF CIVIL PROCEDURE LOCAL RULE 7.3 (A) STATEMENT

**ELECTRONIC FILING AND BY**

**sending the same first class mail, postage prepaid to:**

**Michael Capizzi**
**236 Lincoln Road**
**Lincoln, MA 01773**

**AND TO:**

**Catherine Capizzi**
**236 Lincoln Road**
**Lincoln, MA 01773**

**May 29, 2004**

                          **Respectfully submitted.**
                          **By its Attorney,**


                                **s/Jordan Lewis Ring**
                          **Jordan Lewis Ring, Esquire**
                          **Attorney for:**
                          **The Architectural Team, Inc.**
                          **RING LAW FIRM**
                          **4 Longfellow Place 37th Floor**
                          **Boston, Massachusetts 02114**
                          **BBO# 420980**
                          **jordanlewisring@masslawyer.us**
                          **617-558-9800/fax 617-558-9801**