UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10095DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION<br>**Plaintiff**<br><br>v.<br><br>MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, and JAMES GRUMBACH<br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SUMMARY JUDGMENT OF GARRETT, INC.

The Defendant, Garrett, Inc. ("Garrett"), hereby moves for summary judgment on the plaintiff's interpleader action. By virtue of the Motion, Garrett seeks payment in the amount of $48,459.20.

## REQUEST FOR ORAL ARGUMENT

Garrett hereby requests a hearing on the Motion.

The Defendant,
Garrett, Inc.,
By Its Attorneys,

/s/ Stephanie M. Williams
CARMEN A. FRATTAROLI, BBO#: 177960
STEPHANIE M. WILLIAMS, BBO#: 560149
Law Office of Carmen A. Frattaroli
76 Lafayette Street
Salem, MA 01970
(978) 740-9501

Date: May 19, 2004

1