Company Resume                                                    Page 4 of 7
Garrett, Inc.

**Allied Screw**
Contracted to sell, manage and oversee real estate and environmental cleanup of 17.3 acres, 94,000 sq ft building, Greenfield, MA. 1992

**Colt Press,**
Liquation auction of East Boston, MA 10,000 sq ft. waterfront real estate property, office furniture and printing equipment 2002

**NH Mainsail & Nautical Motels**
Ashworth Ave, Hampton, MA 74 unit motel, lot 7000 sq ft, 1992

**Main Street, Saugus MA**
Private auction of ½ acre of prime retail real estate abutting to commercial Route 1. 2002

**Marketplace 130**
2 acres Cape Cod real estate plus retail strip mall in Mashpee, MA 1992

**Mailly Estate**
Auction of 9 real estate parcels and machine shop, vehicles, equipment and personal property for *Mailly Blanchard Grinding Service* in Newbury, MA. 1997

**Eastern Star Mansion**
Sixty six room stone mansion with 48,000 sq ft carriage house sold for The Ladies of Eastern Star. Built by New Home Sewing Machine Company in 1911, 1.5 acres on Main Street, Orange, MA. 1993

**Augustine Plaza Strip Mall**
5.5 acres on prime commercial property in US Rt.1, Saugus. 2000


**VEHICLE AUCTIONS HIGHLIGHTS**

**Kruise International**
Exclusive auctioneer for *Kruise International/Winston Cup*, Laudon, NH. 1997-98-99

**Oste Chevrolet**
Auction of automobiles, tools, parts, and FF&E for New England's largest and oldest dealership. Boston, MA 1993

**Boston Subaru**
Dealership and FF&E, Boston, MA. 1993

**Commonwealth Ave. Boston**
Dealership, FF&E, Boston, MA.1993

**McKay Chrysler Plymouth**
Dealership and FF&E, Salisbury, MA

**City of Lynn**
Biannual auction of seized and abandoned cars, trucks, and motorcycles, Lynn, MA.

**US Bankruptcy Court**
Per order of US Court/US Roofing Boats/Mariner Equipment Auction, Peabody, MA 1999

Company Resume                                          Page 5 of 7
Garrett, Inc.


**Chrysler Credit Corporation**
Southfield, MI. Auction of reposed cars, 1992


## FF&E AUCTION HIGHLIGHTS

**US Bankruptcy Court**
Major liquidation 170,000 sq ft warehouse/distribution/officer of the *Schmid Co.,* the USA
largest importer of Hummels in the USA. 1995

**Sheriff's Department**
Court ordered seizure of antique toy train, car collection. 1,000 lots in Middleton, MA.
1995

**Middlesex Sheriff's Department**
Computers and FF&E of *Harvest Computer,* Cambridge, MA 1991

**Department of Justice, United States Marshall's Service**
Auction held for seized property. Thousands of items including fine metal, jewelry and
rare coins. 1990

**Boston Chicken**
Appraisal of furniture, fixtures and equipment. North Reading, MA. 1994

**Danvers Savings Bank**
Sale of equipment and fixtures of **Capri Restaurant** in Beverly, MA. 1994

**Northeastern Retail Lumber Association**
Post convention auction held to liquidate building supplies and materials on display,
Hynes Auditorium, Boston, MA. 1993

**Kneeland Construction Company**
Vehicles, heavy equipment, office equipment, computers and furnishings. Middleton, MA.
1993

**US Trust Co**
Auction of *BMW Auto Dealership* garage and office equipment, High Street, Danvers.
1992

**CA One Services, Inc.**
A Delaware North company at Logan Airport. CA One is an airport food service company.
Liquidation of the inventory of restaurants closing at Logan Airport terminal. 2001

**Liberty Welding & Fabrication Co.**
Welding/Machine Shop auction consisting of hundreds items including welding machines,
equipment, related items and vehicles in Bridgewater, MA. 1997

**Chestnut Multimedia CD-ROM**
Court Ordered sale of product of large CD publisher in Cambridge, MA 1996

Company Resume
Garrett, Inc.

## APPRAISALS HIGHLIGHTS

**First NH Bank**
Appraisal of *Holden Engineering and Surveying Co.* computer and related high tech equipment 1992

**Madore Ford**
Plymouth, NH. 1996

**Lannon Chevrolet**
Ipswich, MA. 1996

**Commonwealth Ambulance Co.**
Malden, MA. 1995

**Cabaret Lounge**
Appraisal of real estate and liquor license, Peabody, MA. 1993.

**Roadside Tavern**
Peabody, MA. 1994

**Honda of Boston**
Appraisal of office equipment, machinery, and tools, Everett, MA. 2002

**Boston Partners Asset Management**
Appraisal of technology equipment. Boston, MA. 1999

**Pierce Ford**
Equipment appraisal, Rochester, NH. 1996

**Freemark Communication, Inc**
Computer equipment appraisal, Cambridge, MA 1996

Company Resume
Garrett, Inc.

## CHARTIRTABLE HISTORY

A Better Chance
Aeronautics Club of New England
American Heart Association Heart Ball
Cardinal Cushing Foundation
Lahey Hitchcock Clinic
Middleton Historical Society
Massachusetts Arthritis Foundation
Muscular Dystrophy Foundation (since 1975)
National Basketball Association
St. John's Preparatory School
St. Mary of the Annunciation
The Catholic Bureau of the Archdioceses of Boston
The Clark School for Creative Learning
The Phoenix School
YMCA

## PROFESSIONAL ASSOCIATIONS AND ACCREDITATIONS

CAI - Certified Auctioneers Institute at Indiana University
National Auctioneers Association
Massachusetts Auctioneers Association
Accredited in Real Estate Environmental Procedure
Accredited in Auctioneer Real Estate
Licensed and Bonded Auctioneer/Appraiser in Massachusetts, #197
Licensed and Bonded Auctioneer/Appraiser in New Hampshire #2357
Licensed and Bonded Auctioneer/Appraiser in Maine, #985
Licensed and Bonded Auctioneer/Appraiser in Vermont, #107
Member of the National Auctioneers Association
Member of the Massachusetts State Auctioneers Association
Member of the Certified Auctioneers Institute

*Exhibit B*

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat    Sign Out

**msn**

**Hotmail**    Home   Inbox   Compose   Contacts   Options   Help

susan_auctions@msn.com

Free Newsletters | MSN Featured Offers    Want a b

To :  kap@doonanandgraves.com

Cc :

Bcc :

Subject :  Capizzi/Lincoln

Attachments :    Add/Edit Attachments

**Quick Address List**

Ann_Colors
anthony_mello
Boston_Globe
cmcintosh
cmcintosh2

Show All    Edit List

Post you
attract t

Tools        Copy Message to Sent Folder        Send   Save Draft   Cancel

Two Things:

1. Marketing expenses for the 6/24 auction are estimated to be $500.00. Do we have approval to do additional marketing?

2. Can you confirm with John that this is our commission for the auction:
Commission to auctioneer is 3.5% if sold to a 3rd party or $600 if brought back by Attorney/Client (Doonan, Graves, Longoria)

Susan
Garrett, Inc
978-774-6008

Send   Save Draft   Cancel

**Explore I**

**MSN Hor**
Autos
Business
Buy Ticke
Careers
City Guide
Download
Entertainr
Find Frien
Free Wire
Games
Greeting (
Health
Horoscop∈
House & I
Instant M
Internet A
Kids
Learning :
Love & Re
Maps & D
MSN 8 Int
News
Send Mon
Shopping
Sports by
Travel
Women

**MSN - More Useful Everyday**

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

© 2003 Microsoft Corporation. All rights reserved. TERMS OF USE   Advertise   TRUSTe Approved Privacy Statement   GetNetWise

*Exhibit C*

MSN Home  |  My MSN  |  Hotmail  |  Search  |  Shopping  |  Money  |  People & Chat



Your Breast Cancer Treatment OPTIONS?

Search the

**Hotmail**    Home    Inbox    Compose    Contacts    Options    Help

susan_auctions@msn.com    Free Newsletters | MSN Featured Offers | Find Message

Save Address(es) | Block    Previous  Next | Close

From : "Kerry A. Pass" <kap@doonanandgraves.com>
To : "Susan Kagdis" <susan_auctions@msn.com>
Subject : RE: Capizzi/Lincoln
Date : Thu, 29 May 2003 15:45:57 -0400

Reply | Reply All | Forward | Delete | Put in Folder...  ▼    Printer Friendly Version

In response to the below:

1) No advertising at this time.
2) Commission to auctioneer is 3.5% if sold to a third party - only if our
client is made whole and this is subject to court approval. Yes, $600.00 if
bought back by the bank. Thanks.

Kerry A. Pass
Paralegal
Doonan, Graves & Longoria, LLC
16 Front Street
Salem, MA 01970
Tel. (978) 741-2680 ext. 14
Fax (978) 744-8780
kap@doonanandgraves.com


-----Original Message-----
From: Susan Kagdis [mailto:susan_auctions@msn.com]
Sent: Tuesday, May 27, 2003 2:43 PM
To: kap@doonanandgraves.com
Subject: Capizzi/Lincoln


Two Things:

1. Marketing expenses for the 6/24 auction are estimated to be $500.00. Do
we have approval to do additional marketing?

2. Can you confirm with John that this is our commission for the auction:
Commission to auctioneer is 3.5% if sold to a 3rd party or $600 if brought
back by Attorney/Client (Doonan, Graves, Longoria)

Susan
Garrett, Inc
978-774-6008

The new MSN 8: smart spam protection and 2 months FREE*
http://join.msn.com/?page=features/junkmail




Ch
In
pla
ri

Broa

*Exhibit D*

# 2003 MORTGAGEE'S FORECLOSURE AUCTION

## PRICE SCHEDULE

### Simple Residential

Mortgagee Buyback at Auction                                     $650.00

Properties Sold to Third Parties at Auction          $750.00
- Plus 25% of the overage above the mortgagee's high bid at the auction
- Plus all advertising and promotional costs (payable 30 days from date of auction)

### Commercial Foreclosures

Mortgagee Buyback at Auction                                     $850.00

Properties Sold to Third Parties at Auction          $1,500.00
- Plus 25% of the overage above the mortgagee's high bid at auction.
- Plus all advertising and promotional costs (payable 30 days from date of auction)

### Cancellations/Postponements

Cancellations made within 5 days of initial booking          No Charge

Cancellations after 5 Business Days or Postponement of Sale          $375.00

**All prices Can Be Tailored To Suit Your Needs.**

*The Experience that
Guarantees Success*
**978-774-6008**
*www.garrettauctioneers.com*

*Exhibit E*



LEONARD FLORENCE    06-97
99 LYMAN ROAD
CHESTNUT HILL, MA 02467

BANK ONE TRUST COMPANY
NATIONAL ASSOCIATION
COLUMBUS, OH 43271
25-62/440

1814

8/4/2003

Pay to the
Order of    Garrett Inc.

$ **50,000.00

Fifty Thousand and 00/100************************************************    Dollars

memo

Deposit 236 Lincoln Rd, Lincoln MA

⑆0018L4⑆ ⑈0L4000804⑈ 960L550825825⑈

   Frank Smith® 

C.J. VANDER™
SHEFFIELD, ENGLAND

Syratech Corporation™

August 4, 2003

Mr. Garrett Healey
Garrett Inc.
76 High Street
Danvers, MA 01923

Dear Garrett:

I would like to make an offer of $2,000,000 for the purchase of the property at foreclosure located at 236 Lincoln Road in Lincoln, MA. Enclosed is a check for $50,000 to be applied toward the purchase.

If my offer is acceptable please be in touch with me regarding the details for consummating the sale.

Very truly yours,

Leonard Florence
Chairman of the Board

*Exhibit F*

Dec 15 03 12:37p    RICHARD S. HACKEL, ESQ.    617 742 2911

Dec 03 03 09:48a    Garrett Healley    978-774-4947    p.2




# GARRETT, INC.

*Specializing in Selling Real Estate at Auction*

76 High Street, Danvers, Massachusetts 01923 • Tel: (978) 774-6006 • Fax: (978) 774-4947

License #: MA 197 • NH 2357 • ME 985 • VT 701

Auctioneers
• Expert Witness
• Bankruptcy

Liquidators
• Business Consultants
• Foreclosures

Appraisers
• Environmental Experts
• NP Workouts

## CLOSING INVOICE

October 16, 2003

**236 LINCOLN ROAD**
**LINCOLN, MA 01773**

| DESCRIPTION | PRICE | TOTAL |
|---|---|---|
| Postponement 5/20 To 6/24 | $300.00 | $300.00 |
| Bosotn Globe Ad | $140.00 | $140.00 |
| Telemarketing 5/20 | $200.00 | $200.00 |
| Email Marketing | $60.00 | $60.00 |
| Mailer | $100.00 | $100.00 |
| Postponement 6/25 To 7/24 | $300.00 | $300.00 |
| Globe ad | $1,086.40 | $1,086.40 |
| AUCTION FEE FOR 7/24 | $1,500.00 | $1,500.00 |
| Postponement of 9/23/03 to 9/26/03 | $300.00 | $300.00 |
| BOSTON GLOBE AD 9/14/03 | $1,086.40 | $1,086.40 |
| BOSTON GLOBE AD 9/21/03 | $1,086.40 | $1,086.40 |
| COMMISSION 3.5% OF $1,200,000.00 | $42,000.00 | $42,000.00 |
| POSTPONMENT 9/26 FROM 11:30 TO 1:15 | $300.00 | $300.00 |

**TOTAL DUE**                    **$48,459.20**

**BALANCE DUE AT TIME OF CLOSING**



Ex. F

## CERTIFICATE OF SERVICE

I, Stephanie M. Williams, hereby certify, that on this 7th day of April, 2004, I served copies of the following:

1.    **Defendant Garrett, Inc.'s Answer and Counterclaim.**

by first class mail April 7, 2004.

John A. Doonan, Esq.
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213 C
Beverly, MA  01915

Massachusetts Department of Revenue
Counsel for the Commissioner
ATTN:  Eileen McAuliffe
100 Cambridge Street
Boston, MA  02114

Law Offices of John Connolly, Jr.
Attn:  Joseph B. Harrington
545 Salem Street
Wakefield, MA  01880

Michael & Catherine Capizzi
236 Lincoln Road
Lincoln,  MA  01773

The Architectural Team
50 Commandants Way
Chelsea, MA  02150

Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
Attn:  Nicholas A. Iannuzzi, Jr.
20 Williams St., Suite 245
Wellesley, MA  02481

*Stephanie M. Williams*

**STÉPHANIE M. WILLIAMS**

*Exhibit 2*

| 08360 |  | THE COMMONWEALTH OF MASSACHUSETTS | PHONE |
|---|---|---|---|

**08360**

CONTROL NO.

**197**

LICENSE NO.



THE COMMONWEALTH OF MASSACHUSETTS
DIVISION OF STANDARDS
ONE ASHBURTON PLACE, BOSTON, 02108

**STATE AUCTIONEER LICENSE**

PHONE
617-727-3480

DATE **4/29/03**

This is to certify that:
**LICENSEE :**
**ADDRESS :**
**CITY     :**
**STATE/ZIP:**

**GARRETT D. HEALEY**
**4 PORTER MEADOW RD.**
**TOPSFIELD, MA  01983**

This license is in effect as of date of issue. Said licensee must comply with the requirements of Sec. 10 of Chapter 100; said license shall remain in force until one year from date of issue, unless surrendered prior thereto for cancellation.

**EXPIRES:** **4/28/04**

THIS LICENSE IS <u>NOT TRANSFERABLE</u>.

(COPY OF LAW FURNISHED HEREWITH)

DIRECTOR OF STANDARDS



State of Maine

DEPARTMENT OF PROFESSIONAL & FINANCIAL REGULATION

BOARD OF LICENSING OF AUCTIONEERS

License # AUC985

Be it known that  GARRETT D. HEALEY

has qualified as required by Title 32 MRSA Chapter 5A and is

licensed as an

AUCTIONEER

ISSUE DATE
May 22, 2004

EXPIRATION DATE
Mar 31, 2005

Commissioner
Authorizing Signature

ME 63274