UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10095DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION<br>Plaintiff<br><br>v.<br><br>MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, and JAMES GRUMBACH<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1 (a)(2) CERTIFICATION

Counsel for Garrett, Inc. hereby certifies that all parties were conferred with in an effort to resolve or narrow the issues raised by Garrett, Inc.'s Motion for Summary Judgment.

Respectfully submitted,
The Defendant,
Garrett, Inc.
By Their Attorney,

_____
STEPHANIE M. WILLIAMS, BBO #560149
CARMEN A. FRATTAROLI, BBO # 177960
Law Office of Carmen A. Frattaroli
76 Lafayette Street
Salem, MA  01970
(978) 740-9501

Date: 5/26/04

## CERTIFICATE OF SERVICE

I, Stephanie M. Williams, hereby certify, that I served copies of the following:

1. Motion for Summary Judgment of Garrett, Inc.
2. Memorandum in Support of Motion for Summary Judgment of Garrett, Inc.
3. Statement of Undisputed Material Facts Submitted by of Garrett, Inc. Pursuant to Local Rule 56.1.

on the parties identified below by first class mail on May 19, 2004.

John A. Doonan, Esq.
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213 C
Beverly, MA 01915

Michael & Catherine Capizzi
1725 Wedgewood Common
Concord, MA 01742

Massachusetts Department of Revenue
Counsel for the Commissioner
ATTN: Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Ring Law Firm
ATTN: Jordan Lewis Ring
4 Longfellow Place, 37th Floor
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn: Joseph B. Harrington
545 Salem Street
Wakefield, MA 01880

Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
Attn: Nicholas A. Iannuzzi, Jr.
20 Williams St., Suite 245
Wellesley, MA 02481

Additionally, the foregoing documents were served on Joseph Connors, counsel for Kevin Duffy by facsimile on May 25, 2004. The Local Rule 7.1(a)(2) Certification was served on all parties by first class mail on May 26, 2004.

_____
STEPHANIE M. WILLIAMS