# United States District Court
# Eastern District of Massachusetts

Civil Action No. 04 10095 DPW

_____

STATES RESOURCES CORPORATION,

Plaintiff

v.

MICHAEL CAPIZZI,
CATHERINE R. CAPIZZI,
THE ARCHITECTURAL TEAM, INC.,
JOHN CONNOLLY, JR.,
GARRETT, INC.
MASSACHUSETTS DEPARTMENT OF REVENUE,
JAMES GRUMBACH

Defendants

_____

**MOTION OF THE ARCHITECTURAL TEAM, INC. UNDER LOCAL RULE 7.1 (A) (2) AND FEDERAL RULE OF CIVIL PROCEDURE 56 (f) FOR ADDITIONAL TIME TO RESPOND TO GARRETT, INC MOTION FOR SUMMARY JUDGMENT
AND
REQUEST FOR HEARING**

Pursuant to Federal Rule of Civil Procedure 56 (f) The Architectural Team, Inc. requests additional time to respond to the Motion for Summary Judgment of Garrett, Inc., in order to obtain full and complete discovery of all matters relating to the engagement, conduct, and right to a commission sought by Garrett, Inc. as more particular set forth in the memorandum filed herewith noting no discovery

**deadlines have been designated, no pretrial scheduling conference held, and no discovery had as of this filing.**

**The Architectural Team, Inc. request a hearing upon the Motion**

<u>**June 2, 2004**</u>

                **Respectfully submitted.**
                **By its Attorney,**

                    **s/Jordan Lewis Ring**
                **Jordan Lewis Ring, Esquire**
                **Attorney for:**
                **The Architectural Team, Inc.**
                **RING LAW FIRM**
                **4 Longfellow Place 37th Floor**
                **Boston, Massachusetts 02114**
                **BBO# 420980**
                **jordanlewisring@masslawyer.us**
                **617-558-9800/fax 617-558-9801**