```
             UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF MASSACHUSETTS
              CIVIL ACTION NO 04-10095DPW
```

**STATES RESOURCES CORPORATION,**

**Plaintiff**

**v.**

**MICHAEL CAPIZZI,**
**CATHERINE R. CAPIZZI,**
**THE ARCHITECTURAL TEAM, INC.,**
**JOHN CONNOLLY, JR.,**
**GARRETT, INC.**
**MASSACHUSETTS DEPARTMENT OF REVENUE,**
**JAMES GRUMBACH**

**Defendants**

<u>CERTIFICATE OF SERVICE</u>

I Jordan Lewis Ring, hereby certify that on this date I caused to be served a copy of\

<u>**MOTION OF THE ARCHITECTURAL TEAM, INC. UNDER LOCAL RULE 7.1 (A) (2) AND FEDERAL RULE OF CIVIL PROCEDURE 56 (f) FOR ADDITIONAL TIME TO RESPOND TO GARRETT, INC MOTION FOR SUMMARY JUDGMENT**
**AND**
**REQUEST FOR HEARING**</u>

<u>**And**</u>

<u>**MEMORANDUM IN SUPPORT OF MOTION OF THE ARCHITECTURAL TEAM, INC. UNDER LOCAL RULE 7.1 (A) (2)**
**AND**
**FEDERAL RULE OF CIVIL PROCEDURE 56 (f) FOR ADDITIONAL TIME TO RESPOND TO GARRETT, INC MOTION FOR SUMMARY JUDGMENT**
**AND**
**REQUEST FOR HEARING**</u>

**ELECTRONIC FILING AND BY**

sending the same first class mail, postage prepaid to:

**Michael Capizzi**
**236 Lincoln Road**
**Lincoln, MA 01773**

**AND TO:**

**Catherine Capizzi**
**236 Lincoln Road**
**Lincoln, MA 01773**

**June 2, 2004**

                                       **Respectfully submitted.**
                                       **By its Attorney,**


                                           **s/Jordan Lewis Ring**
                                       **Jordan Lewis Ring, Esquire**
                                       **Attorney for:**
                                       **The Architectural Team, Inc.**
                                       **RING LAW FIRM**
                                       **4 Longfellow Place 37th Floor**
                                       **Boston, Massachusetts 02114**
                                       **BBO# 420980**
                                       **jordanlewisring@masslawyer.us**
                                       **617-558-9800/fax 617-558-9801**