UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATES RESOURCES CORPORATION

v.

MICHAEL CAPIZZI
CATHERINE CAPIZZI
THE ARCHITECTURAL TEAM, INC.
GARRETT, INC.
JOHN CONNELLY, JR.
MASSACHUSETTS DEPARTMENT OF REVENUE
JAMES GRUMBACH

CASE NO. 04 10095 DPW

## NOTICE OF WITHDRAWAL

Nicholas A. Iannuzzi, Jr., Esquire, counsel for the defendant James E. Grumbach, Esquire pursuant to F.R.C.P. 11, hereby notices his withdrawal as counsel for the Defendant. In support thereof, he submits that no Answer has been filed on behalf of the Defendant; and that the Defendant has elected to disclaim any interest in the property which is the subject of this interpleader action; not to participate in the proceedings; and to cease receiving copies of pleadings and correspondence. A copy of Mr. Grumbach's letter to the Clerk, dated May 12, 2004, is attached hereto as Exhibit A.

Nicholas A. Iannuzzi, Jr., Esquire
Rothenberg, Estner, Orsi, Arone &
Grumbach, LLP
20 William Street, Suite 245
Wellesley, MA 02481
(781) 239-8900
BBO #559537

Dated: June 2, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATES RESOURCES CORPORATION

v.

MICHAEL CAPIZZI                              CASE NO. 04 10095 DPW
CATHERINE CAPIZZI
THE ARCHITECTURAL TEAM, INC.
GARRETT, INC.
JOHN CONNELLY, JR.
MASSACHUSETTS DEPARTMENT OF REVENUE
JAMES GRUMBACH

### CERTIFICATE OF SERVICE

I, Nicholas A. Iannuzzi, Jr. do hereby certify that on this day I gave notice of the foregoing:

1. Notice of Appearance

by first class mail, postage prepaid to Plaintiff's counsel of record, John A. Doonan, Esquire, and Erin E. Powers, Esquire, Doonan, Graves & Longoria, LLC, 100 Cummings Center, Suite 213C, Beverly, Massachusetts 01915.

_____
Nicholas A. Iannuzzi, Jr.

Dated: June 2, 2004

# ROTHENBERG ESTNER
# ORSI ARONE & GRUMBACH, LLP

ATTORNEYS AT LAW

*Martin I. Estner • Eric P. Rothenberg • James E. Grumbach*
*Robert Orsi • Nicholas A. Iannuzzi Jr. • Robert L. Arone • Gerald J. Turner*
**OF COUNSEL:** *Theresa Kelly Banash • Frank M. Di Maria*
*Writer's e-mail: jgrumbach@reoag.com*

May 12, 2004

Civil Clerk's Office
United States District Court
John Joseph Moakley US Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    State Resources Corp. v. Michael Capizzi, et al
    CA#   04 10095 DPW

Dear Sir or Madam:

I have been named as a defendant in this interpleader action, as a result of a 1998 attachment (Complaint, ¶33). I have not filed an Answer and do not claim an interest in the property which is the subject of the Complaint. I do not plan to participate in the proceeding.

I am writing this letter since counsel and the court continue to copy me on pleadings and correspondence. Kindly remove me from the service list.

Very truly yours,

James E. Grumbach

cc:    John A. Doonan, Esq.
       Jordan Lewis Ring, Esq.
       Michael and Catherine Capizzi
       Carmen A. Frattaroli, Esq.
       Massachusetts Department of Revenue
       Joseph B. Harrington, Esq.
       Nicholas A. Iannuzzi, Esq.