UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 15 P 12: 06
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| STATES RESOURCES CORP. )<br>Plaintiff )<br>v. )<br> )<br>MICHAEL CAPIZZI )<br>CATHERINE R. CAPIZZI )<br>THE ARCHITECTURAL )<br>    TEAM, INC. )<br>GARRET, INC. )<br>JOHN CONNOLLY JR. )<br>MASSACHUSETTS DEPT. )<br>    OF REVENUE )<br>JAMES GRUMBACH )<br>    Defendants ) | Civil Action No. 04-10095DPW |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter my appearance in behalf of the defendant John Connolly, Jr.

Respectfully submitted,

Kevin P. Geaney, BBO #637750
CONNOLLY LAW OFFICES, LLC
545 Salem Street
Wakefield, MA 01880
(781) 557-2000

Date: June 14, 2004