UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15 P 12: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STATES RESOURCES CORP.<br>  Plaintiff<br>v.<br><br>MICHAEL CAPIZZI<br>CATHERINE R. CAPIZZI<br>THE ARCHITECTURAL<br>  TEAM, INC.<br>GARRET, INC.<br>JOHN CONNOLLY JR.<br>MASSACHUSETTS DEPT.<br>  OF REVENUE<br>JAMES GRUMBACH<br>  Defendants | Civil Action No. 04-10095DPW |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter my appearance in behalf of the defendant John Connolly, Jr.

Respectfully submitted,

John Connolly, Jr., BBO# 094900
CONNOLLY LAW OFFICES, LLC
545 Salem Street
Wakefield, MA 01880
(781) 557-2000

Date: June 14, 2004