UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15 P 12: 06

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| STATES RESOURCES CORP.<br>    Plaintiff<br>v.<br><br>MICHAEL CAPIZZI<br>CATHERINE R. CAPIZZI<br>THE ARCHITECTURAL<br>    TEAM, INC.<br>GARRET, INC.<br>JOHN CONNOLLY JR.<br>MASSACHUSETTS DEPT.<br>    OF REVENUE<br>JAMES GRUMBACH<br>    Defendants | Civil Action No. 04-10095DPW |

CERTIFICATE OF SERVICE

I, John Connolly, Jr., hereby certify that a copy of the foregoing Notice of Appearance was served upon the parties by mailing same, first class mail, postage prepaid to:

| | |
|---|---|
| Michael Capizzi<br>1725 Wedgwood Common<br>Concord, MA 01742 | Defendant |
| Catherine R. Capizzi<br>1725 Wedgwood Common<br>Concord, MA 01742 | Defendant |
| John A. Doonan, Esq.<br>Doonan, Graves and Longoria, LLC<br>100 Cummings Center, Suite 213C<br>Beverly, MA 01915 | representing State Resources Corp. |
| Nicholas A. Iannuzzi, Jr., Esq.<br>Rothenberg Estner Orsi Arone & Grumbach,<br>  LLP<br>20 William Street, Suite 245<br>Wellesley, MA 02481 | representing James Grumbach |

Jordan Lewis Ring, Esq.  representing The Architectural Team, Inc.
Jordan Lewis Ring & Associates
4 Longfellow Place, 37th Floor
Boston, MA 02114-1913

*/s/ John Connolly, Jr.*

Date: June 14, 2004