UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORP.<br>　　Plaintiff<br>v.<br><br>MICHAEL CAPIZZI<br>CATHERINE R. CAPIZZI<br>THE ARCHITECTURAL<br>　　TEAM, INC.<br>GARRET, INC.<br>JOHN CONNOLLY JR.<br>MASSACHUSETTS DEPT.<br>　　OF REVENUE<br>JAMES GRUMBACH<br>　　Defendants | )<br>)<br>)　Civil Action No. 04-10095DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
CLERKS OFFICE

2004 JUN 18 P 1:29

U.S. DISTRICT COURT
DISTRICT OF MASS

### NOTICE OF WITHDRAWAL APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please withdraw my appearance as attorney for the defendant John Connolly, Jr., in the above-captioned action.

Respectfully submitted,

Joseph B. Harrington, Esq.
BBO #630391
50 Salem Street, Bldg. B
Lynnfield, MA 01940
(781) 246-0065

Date: June 17, 2004