FILED
UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS
2004 JUN 18 P 1:29

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| STATES RESOURCES CORP. )<br>　　Plaintiff　　　　　　　　　) <br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>MICHAEL CAPIZZI　　　　　　)<br>CATHERINE R. CAPIZZI　　　)<br>THE ARCHITECTURAL　　　　)<br>　　TEAM, INC.　　　　　　　　)<br>GARRET, INC.　　　　　　　　)<br>JOHN CONNOLLY JR.　　　　　)<br>MASSACHUSETTS DEPT.　　　)<br>　　OF REVENUE　　　　　　　　)<br>JAMES GRUMBACH　　　　　　)<br>　　Defendants　　　　　　　　)| Civil Action No. 04-10095DPW |

CERTIFICATE OF SERVICE

I, Joseph B. Harrington, hereby certify that a copy of the foregoing Notice of Withdrawal of Appearance was served upon the parties by mailing same, first class mail, postage prepaid to:

Michael Capizzi                              Defendant
1725 Wedgwood Common
Concord, MA 01742

Catherine R. Capizzi                         Defendant
1725 Wedgwood Common
Concord, MA 01742

John A. Doonan, Esq.                         representing State Resources Corp.
Doonan, Graves and Longoria, LLC
100 Cummings Center, Suite 213C
Beverly, MA 01915

Nicholas A. Iannuzzi, Jr., Esq.              representing James Grumbach
Rothenberg Estner Orsi Arone & Grumbach, LLP
20 William Street, Suite 245
Wellesley, MA 02481

Jordan Lewis Ring, Esq.  representing The Architectural Team, Inc.
Jordan Lewis Ring & Associates
4 Longfellow Place, 37th Floor
Boston, MA 02114-1913

_____
Joseph B. Harrington

Date: June 12, 2004