# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

STATES RESOURCES CORP.

V.

MICHAEL CAPIZZI
CATHERINE CAPIZZI
THE ARCHITECTURAL TEAM
GARRETT INC.
JOHN CONNOLLY JR
MASS. DEPT OF REVENUE
JAMES GRUMBACH

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CIVIL ACTION NO.
04 10095 DPW

FILED
IN CLERKS OFFICE
2004 JUN 24 P 2:56
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

KEVIN DUFFY
44 EATON ROAD
LEXINGTON, MASS

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL CAPIZZI
1725 WEDGEWOOD COMMONS
CONCORD, MASS
01742

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE May 26, 2004

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

June 3, 2004

I hereby certify and return that on 6/3/2004 at 11:12AM I served a true and attested copy of the SUMMONS AND COMPLAINT(ANSWER, COUNTERCLAIMS, CROSS CLAIMS AND ANSWER TO CROSS CLAIMS & JURY TRIAL DEMAND in this action in the following manner: To wit, by leaving at the last and usual place of abode of KEVIN DUFFY, , 44 EATON Road, , LEXINGTON, MA. Basic Service Fee ($20.00), Conveyance ($3.00), Postage and Handling ($6.00), Travel ($6.40) Total Charges $35.40

*Deputy Sheriff*

04017970

AO 440 (Rev. 8/01) Summons in a Civil Action

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

*Address of Server*