# United States District Court
# Eastern District of Massachusetts

Civil Action No. 04 10095 DPW

_____

**STATES RESOURCES CORPORATION**

**Plaintiff**

v.

MICHAEL CAPIZZI,
CATHERINE E. CAPIZZI,
THE ARCHITECTURAL TEAM, INC.,
GARRETT, INC.
JOHN CONNOLLY, JR.,
MASSACHUSETTS DEPARTMENT OF REVENUE,
JAMES GRUMBACH
KEVIN DUFFY

**Defendants**

_____

**MOTION TO AMEND THE ANSWER, AFFIRMITIVE DEFENSES, COUNTER CLAIMS, CROSS-CLAIMS OF THE ARCHITECTURAL TEAM, INC. BY THE ADDITION OF A FURTHER COUNTERCLAIM (COUNTERCLAIM FIVE) AS AGAINST THE PLAINTIFF, STATES RESOURCES CORPORATION, GARRETT, INC. AND MICHAEL CAPIZZI AND REQUST FOR HEARING**

Pursuant to Federal Rules of Civil Procedure, Rule 15 (a) THE ARCHITECTURAL TEAM, INC., respectfully moves by leave of Court to add to its previously filed Answer et al, filed March 15, 2004, as Docket item numbered 3, and amended April 20, 2004, docket numbers 10 and 11, an

additional counterclaim (COUNTERCLAIM FIVE) required by the disclosure of facts and documents produced through automatic discovery.

Further, respectfully <u>Local Rules for the Dist. Court of MA. Rule 7.1 (A) (2)</u> has been complied with by counsel.

Wherefore, THE ARCHITECTURAL TEAM, INC., prays the allowance of the

<u>SECOND AMENDED
ANSWER,
COUNTER CLAIMS,
CROSS-CLAIMS,
AND AFFIRIMATIVE DEFENSES
OF THE ARCHITECTURAL TEAM, INC. TO INTERPLEADER COMPLAINT
AND JURY DEMAND AND REQUEST FOR HEARING FOR INJUNCTION</u>

<u>JULY 8, 2004</u>

Respectfully submitted.
By its Attorney,

 s/Jordan Lewis Ring
Jordan Lewis Ring, Esquire
Attorney for:
The Architectural Team, Inc.
RING LAW FIRM
4 Longfellow Place 37th Floor
Boston, Massachusetts 02114
BBO# 420980
jordanlewisring@masslawyer.us
617-558-9800/fax 617-558-9801