# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MASSACHUSETTS
# CIVIL ACTION NO 04-10095DPW

**STATES RESOURCES CORPORATION**

**Plaintiff**

**v.**

**MICHAEL CAPIZZI,**
**CATHERINE R. CAPIZZI,**
**THE ARCHITECTURAL TEAM, INC.,**
**JOHN CONNOLLY, JR.,**
**GARRETT, INC.**
**MASSACHUSETTS DEPARTMENT OF REVENUE,**
**JAMES GRUMBACH**
**KEVIN DUFFY**

**Defendants**

## CERTIFICATE OF SERVICE

**I Jordan Lewis Ring, hereby certify that on this date I caused to be served a copy of**
## SECOND AMENDED
## ANSWER,
## COUNTERCLAIMS,
## CROSS-CLAIMS,
## AND AFFIRIMATIVE DEFENSES
## OF THE ARCHITECTURAL TEAM, INC. TO INTERPLEADER COMPLAINT
## AND JURY DEMAND AND REQUEST FOR HEARING FOR INJUNCTION

**ELECTRONIC FILING AND BY**

**sending the same first class mail, postage prepaid to:**

**Michael Capizzi**
**1725 Wedgewood Common**
**Concord, MA  01742**

**AND TO:**

**Catherine Capizzi**
**1725 Wedgewood Common**
**Concord, MA  01742**

**JULY 8, 2004**

**Respectfully submitted,**
**By its Attorney,**


**s/Jordan Lewis Ring**
**Jordan Lewis Ring, Esquire**
**Attorney for:**
**The Architectural Team, Inc.**
**RING LAW FIRM**
**4 Longfellow Place 37th Floor**
**Boston, Massachusetts 02114**
**BBO# 420980**
**jordanlewisring@masslawyer.us**
**617-558-9800/fax 617-558-9801**