UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION )<br>)<br>**Plaintiff** )<br>)<br>)<br>)<br>v. )<br>)<br>MICHAEL CAPIZZI, )<br>CATHERINE R. CAPIZZI, )<br>THE ARCHITECTURAL TEAM, INC., )<br>GARRETT, INC., )<br>JOHN CONNOLLY, JR., )<br>MASSACHUSETTS DEPARTMENT OF REVENUE, )<br>JAMES GRUMBACH )<br>)<br>**Defendants** )<br>) | Civil Action No. 04 10095 DPW |

**PLAINTIFF'S OPPOSITION TO MOTION TO PERMIT THE FILING OF AMENDED VERIFIED COUNTERCLAIMS OF DEFENDANTS MICHAEL CAPIZZI AND CATHERINE R. CAPIZZI**

NOW COMES, the Plaintiff, States Resources Corporation, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this court to deny Defendants Michael Capizzi and Catherine R. Capizzi's Motion to Permit the Filing of Amended Verified Counterclaims pursuant to Fed. R. Civ. P. 15(a). In support of its opposition to the Capizzis' motion, States Resources Corporation submits the attached memorandum in law.

Date: July 12, 2004         /s/ John A. Doonan
                            John A. Doonan, Esq.  (BBO# 547838)
                            Reneau J. Longoria, Esq. (BBO#635118)

Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA  01915
Tel. (978) 921-2670