UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION )<br>)<br>Plaintiff )<br>)<br>) Civil Action No. 04 10095 DPW<br>)<br>v. )<br>)<br>MICHAEL CAPIZZI, )<br>CATHERINE R. CAPIZZI, )<br>THE ARCHITECTURAL TEAM, INC., )<br>GARRETT, INC., )<br>JOHN CONNOLLY, JR., )<br>MASSACHUSETTS DEPARTMENT OF REVENUE, )<br>JAMES GRUMBACH )<br>)<br>Defendants )  | |

**CERTIFICATE OF SERVICE**

I, John A. Doonan, hereby certify that true and correct copies of the PLAINTIFF'S OPPOSITION TO MOTION TO PERMIT THE FILING OF AMENDED VERIFIED COUNTERCLAIMS OF DEFENDANTS MICHAEL CAPIZZI AND CATHERINE R. CAPIZZI and supporting papers have been served by placing same in the United States Mail, postage prepaid, on this the 12th day of July 2004, to all of the individuals on the following service list.

/s/ John Doonan
John A. Doonan, Esq.

**SERVICE LIST**

Michael Capizzi
1725 Wedgewood Common
Concord, MA 01742

Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA 01742

Law Office of Carmen A. Frattaroli
Attn: Stephanie Williams
76 Lafayette Street
Salem, MA 01970

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn: Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Ring Law Firm
Attn: Jordan Lewis Ring
4 Longfellow Place, 37th Fl.
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn: John Connolly, Jr.
Kevin P. Geaney
545 Salem Street
Wakefield, MA 01880

LeClair, Quinn, Scimone, Noonan & Connors, LLP
Attn: Joseph M. Conners, Jr.
24 Lexington Street
Waltham, MA 02154