UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10095-DPW

STATES RESOURCES CORPORATION,      )
                                    )
                    Plaintiff       )
v.                                  )
                                    )
MICHAEL CAPIZZI,                    )
CATHERINE R. CAPIZZI,               )
THE ARCHITECTURAL TEAM, INC.,       )
GARRETT, INC.,                      )
JOHN CONNOLLY, JR.,                 )
MASSACHUSETTS DEPARTMENT OF REVENUE,)
JAMES GRUMBACH,                     )
KEVIN DUFFY                         )
                                    )
                    Defendants      )
_____)

## EMERGENCY MOTION FOR PERMISSION TO RECORD MEMORANDUM OF *LIS PENDENS*

Plaintiffs-in-Counterclaim, Michael Capizzi and Catherine R. Capizzi, hereby bring this emergency motion for the entry of an order under Massachusetts General Laws, Chapter 184, sec. 15, for permission to record a Memorandum of *Lis Pendens* and state as grounds for the Motion the following:

1.  The Counterclaim of Michael Capizzi and Catherine R. Capizzi in this is an action (the "Capizzi Counterclaim") seeks, among other things, to set aside an invalid and fraudulent foreclosure and an invalid foreclosure sale of real estate in Lincoln, Massachusetts, and as such concerns "a claim of right to title to real property…" M.G.L. c. 184, sec. 15.

Bankruptcy Court, and in connection with the foreclosure sale of the Lincoln Property.

9. States illegally ignored the Capizzis' request to reinstate the Mortgager prior to the foreclosure as provided in the Mortgage.

10. In its notice of the foreclosure sale published in the <u>Boston Globe</u>, a copy of which is attached as Exhibit B hereto, States falsely advertised a sale of less than half the amount of land than was sold in the foreclosure sale and otherwise falsely described the Lincoln Property.

11. In its pleadings herein, Defendant The Architectural Team, Inc. alleges that States and Defendant Garrett, Inc., the auctioneer of the foreclosure of the Lincoln Property, ignored a substantially higher bid for the Lincoln Property at the foreclosure sale and that Defendant Garrett, Inc. wrongfully deposited into a non-escrow or non-fiduciary account the deposit made by that bidder.

12. Duffy and his attorney both acknowledged to Michael Capizzi prior to the foreclosure sale that Duffy was buying the property for 20% of its fair market value, even though Duffy had been notified by the Capizzis that the Note and Mortgage on the Lincoln Property were not in default and that the foreclosure was fraudulent and invalid.

## CLAIMS FOR DAMAGES

In addition to the action to set aside the unlawful and fraudulent foreclosure, the Capizzis are seeking a Declaratory Judgment of monies due and an accounting of monies paid to States

3

Resources Corporation and other mortgagees, claims for breach of contract, and claims for violation under Chapter 93A for unfair and deceptive trade practices.

**WHEREFORE**, Plaintiffs-in-Counterclaim, Michael Capizzi and Catherine R. Capizzi, pray for the entry of an Order under Massachusetts General Laws, Chapter 184, section 15, for permission to record a memorandum of *lis pendens* in the Registry of Deeds for Middlesex County, against the real property identified in Exhibit A to this Motion since this action includes a claim of right to title to that real property.

Dated: July 12, 2004

Respectfully submitted,

MICHAEL CAPIZZI AND
CATHERINE R. CAPIZZI

_____
Michael Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusetts 01742
(978) 369-4894

_____
Catherine R. Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusetts 01742
(978) 369-4894

4

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the date set forth below.

Date: July 12, 2004

_____
Michael Capizzi

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10095-DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION,<br><br>         **Plaintiff**<br>v.<br><br>MICHAEL CAPIZZI,<br>CATHERINE R. CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC.,<br>JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF REVENUE,<br>JAMES GRUMBACH,<br>KEVIN DUFFY<br><br>         **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MICHAEL CAPIZZI FOR EMERGENCY MOTION FOR PERMISSION TO RECORD MEMORANDUM OF *LIS PENDENS*

I, Michael Capizzi, one of the Defendants and Plaintiffs-in-Counterclaim herein, after being first duly sworn do state the following:

1. My name is Michael Capizzi and I am a resident of the Commonwealth of Massachusetts,

2. My wife, Catherine R. Capizzi, is also a Defendant and Plaintiff-in-Counterclaim herein and a resident of the Commonwealth of Massachusetts.

3. I have read all of the allegations of the Counterclaim of Michael Capizzi and Catherine R. Capizzi and the Emergency Motion for Permission to

Record a Memorandum of *Lis Pendens*, and all allegations and statements therein are true to the best of my knowledge information and belief..

4. In addition, I have become aware that one of the Defendants-in-Counterclaim, specifically Kevin Duffy who acquired legal title to the property in question on or about October 26, 2003 through an invalid foreclosure sale and who acquired possession of the property on or about March 17, 2004, upon execution of a summary process judgment, is now actively attempting to market and sell the property.

5. Defendant Duffy and his attorney were informed by Plaintiff-in-Counterclaim Michael Capizzi before the foreclosure sale that Defendant-in-Counterclaim States Resources Corporation, the prior mortgagee, acquired fraudulent and invalid title to the property through the foreclosure, yet Defendant-in-Counterclaim Duffy is now attempting to sell the property to a third party.

6. I firmly believe that, unless a *lis pendens* is recorded promptly, Defendant Kevin Duffy will convey his interest in the property as soon as possible in an effort to avoid potential liability for the fraudulent foreclosure sale.

SWORN TO under the pains and penalties of perjury.

July 12, 2004

_____
Michael Capizzi

2

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF MIDDLESEX

Before me appeared on the date below written Michael Capizzi, to me known, who did state under oath that the foregoing was true and correct to the best of his knowledge, information and belief.

July 12, 2004

_____
Notary Public
My Commission Expires: SEPTEMBER 18, 2009

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10095-DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CAPIZZI, | ) |
| CATHERINE R. CAPIZZI, | ) |
| THE ARCHITECTURAL TEAM, INC., | ) |
| GARRETT, INC., | ) |
| JOHN CONNOLLY, JR., | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE, | ) |
| JAMES GRUMBACH, | ) |
| KEVIN DUFFY | ) |
| | ) |
| **Defendants** | ) |

## MEMORANDUM OF *LIS PENDENS*

The Court, having been presented with an Emergency Motion for Permission to Record Memorandum of *Lis Pendens*, hereby finds that the Verified Counterclaim of Michael Capizzi and Catherine R. Capizzi filed on May 7, 2004 in this action constitutes a claim of a right to title to real property and as such, Michael Capizzi and Catherine R. Capizzi, the Plaintiffs-in-Counterclaim herein, are authorized to record this Memorandum of *lis pendens* against the property at 236 Lincoln Road, Lincoln, Massachusetts, described in Exhibit A to this Memorandum.

Date: July    , 2004

_____
Justice, United States District Court
District of Massachusetts

UNITED STATES DISTRICT COURT    FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

CIVIL ACTION NO.
04-10095-DPW

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STATES RESOURCES CORPORATION, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| MICHAEL CAPIZZI, | ) |
| CATHERINE R. CAPIZZI, | ) |
| THE ARCHITECTURAL TEAM, INC., | ) |
| GARRETT, INC., | ) |
| JOHN CONNOLLY, JR., | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE, | ) |
| JAMES GRUMBACH, | ) |
| KEVIN DUFFY | ) |
| | ) |
| Defendants | ) |

# AFFIDAVIT OF PLAINTIFF-IN-COUNTERCLAIM PRO SE
## TO RECORD MEMORANDUM OF *LIS PENDENS*

I, Michael Capizzi, Plaintiff-in-Counterclaim Pro Se herein, caused to be mailed, certified mail, a notice of the allowance of an Emergency Motion for Permission to Record Memorandum of *Lis Pendens* addressed to all parties hereto prior to the recording of the Memorandum.

_____
Michael Capizzi

COMMONWEALTH OF MASACHUSETTS          July  , 2004
COUNTY OF MIDDLESEX

Before me appeared on the date above written, Michael Capizzi to me known who did state under oath that the foregoing was true and correct to the best of his knowledge, information and belief.

_____
Notary Public
My Commission Expires: