UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10095-DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION, | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) |
| | ) |
| MICHAEL CAPIZZI, | ) |
| CATHERINE R. CAPIZZI, | ) |
| THE ARCHITECTURAL TEAM, INC., | ) |
| GARRETT, INC., | ) |
| JOHN CONNOLLY, JR., | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE, | ) |
| JAMES GRUMBACH, | ) |
| KEVIN DUFFY | ) |
| | ) |
| **Defendants** | ) |

## AFFIDAVIT OF MICHAEL CAPIZZI FOR EMERGENCY MOTION FOR PERMISSION TO RECORD MEMORANDUM OF *LIS PENDENS*

I, Michael Capizzi, one of the Defendants and Plaintiffs-in-Counterclaim herein, after being first duly sworn do state the following:

1. My name is Michael Capizzi and I am a resident of the Commonwealth of Massachusetts,

2. My wife, Catherine R. Capizzi, is also a Defendant and Plaintiff-in-Counterclaim herein and a resident of the Commonwealth of Massachusetts.

3. I have read all of the allegations of the Counterclaim of Michael Capizzi and Catherine R. Capizzi and the Emergency Motion for Permission to

Record a Memorandum of *Lis Pendens*, and all allegations and statements therein are true to the best of my knowledge information and belief..

4. In addition, I have become aware that one of the Defendants-in-Counterclaim, specifically Kevin Duffy who acquired legal title to the property in question on or about October 26, 2003 through an invalid foreclosure sale and who acquired possession of the property on or about March 17, 2004, upon execution of a summary process judgment, is now actively attempting to market and sell the property.

5. Defendant Duffy and his attorney were informed by Plaintiff-in-Counterclaim Michael Capizzi before the foreclosure sale that Defendant-in-Counterclaim States Resources Corporation, the prior mortgagee, acquired fraudulent and invalid title to the property through the foreclosure, yet Defendant-in-Counterclaim Duffy is now attempting to sell the property to a third party.

6. I firmly believe that, unless a *lis pendens* is recorded promptly, Defendant Kevin Duffy will convey his interest in the property as soon as possible in an effort to avoid potential liability for the fraudulent foreclosure sale.

SWORN TO under the pains and penalties of perjury.

July 12, 2004

Michael Capizzi

2

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF MIDDLESEX

Before me appeared on the date below written Michael Capizzi, to me known, who did state under oath that the foregoing was true and correct to the best of his knowledge, information and belief.

July 12, 2004

_____
Notary Public
My Commission Expires: SEPTEMBER 18, 2009