UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10095-DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| MICHAEL CAPIZZI, | ) |
| CATHERINE R. CAPIZZI, | ) |
| THE ARCHITECTURAL TEAM, INC., | ) |
| GARRETT, INC., | ) |
| JOHN CONNOLLY, JR., | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE, | ) |
| JAMES GRUMBACH, | ) |
| KEVIN DUFFY | ) |
| | ) |
| Defendants | ) |

## MEMORANDUM OF *LIS PENDENS*

The Court, having been presented with an Emergency Motion for Permission to Record Memorandum of *Lis Pendens*, hereby finds that the Verified Counterclaim of Michael Capizzi and Catherine R. Capizzi filed on May 7, 2004 in this action constitutes a claim of a right to title to real property and as such, Michael Capizzi and Catherine R. Capizzi, the Plaintiffs-in-Counterclaim herein, are authorized to record this Memorandum of *lis pendens* against the property at 236 Lincoln Road, Lincoln, Massachusetts, described in Exhibit A to this Memorandum.

Date: July   , 2004

_____
Justice, United States District Court
District of Massachusetts

UNITED STATES DISTRICT COURT    FILED
DISTRICT OF MASSACHUSETTS  CLERKS OFFICE

CIVIL ACTION NO.
04-10095-DPW

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STATES RESOURCES CORPORATION, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| MICHAEL CAPIZZI, | ) |
| CATHERINE R. CAPIZZI, | ) |
| THE ARCHITECTURAL TEAM, INC., | ) |
| GARRETT, INC., | ) |
| JOHN CONNOLLY, JR., | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE, | ) |
| JAMES GRUMBACH, | ) |
| KEVIN DUFFY | ) |
| | ) |
| Defendants | ) |

## AFFIDAVIT OF PLAINTIFF-IN-COUNTERCLAIM PRO SE
### TO RECORD MEMORANDUM OF *LIS PENDENS*

I, Michael Capizzi, Plaintiff-in-Counterclaim Pro Se herein, caused to be mailed, certified mail, a notice of the allowance of an Emergency Motion for Permission to Record Memorandum of *Lis Pendens* addressed to all parties hereto prior to the recording of the Memorandum.

_____
Michael Capizzi

COMMONWEALTH OF MASACHUSETTS          July  , 2004
COUNTY OF MIDDLESEX

Before me appeared on the date above written, Michael Capizzi to me known who did state under oath that the foregoing was true and correct to the best of his knowledge, information and belief.

_____
Notary Public
My Commission Expires: