# UNITED STATES OF AMERICA
## DISTRICT COURT OF MASSACHUSETTS

**C.A. NO. 04-10095 DPW**

|  |  |
|---|---|
| STATES RESOURCES CORPORATION, **PLAINTIFF** | ) ) ) ) |
| V. | ) ) ) |
| MICHAEL CAPIZZI AND CATHERINE R. CAPIZZI, THE ARCHITECTURAL TEAM, INC. GARRETT, INC., JOHN J. CONNOLLY, JR., MASSACHUSETTS DEPARTMENT OF REVENUE, JAMES GRUMBACK, **DEFENDANTS** | ) ) ) ) ) ) ) ) ) ) |

## THIRD PARTY DEFENDANT KEVIN DUFFY'S MOTION FOR PERMISSION TO FILE OPPOSITION TO EMERGENCY MOTION FOR A LIS PENDENS IN PAPER AND NOT ELECTRONICALLY

Now comes Kevin Duffy and respectfully requests permission from this Honorable Court to file his Opposition to Michael Capizzi and Catherine R. Capizzi's Emergency Motion for Permission to Record Memorandum of Lis Pendens.

As grounds therefore, I Joseph M. Connors, Jr., as Attorney for Kevin Duffy, have just recently registered with the Electronic Case Filing System, and I have not yet received a login name and password.

Kevin Duffy,
By his Attorney,


Joseph M. Connors, Jr.
BBO# 548622
Law Offices of Joseph M. Connors, Jr., P.C.
135 Beaver Street
Waltham, Massachusetts  02452
781-893-8200

## CERTIFICATE OF SERVICE

I, Joseph M. Connors, Jr., hereby certify that a true copy of the above document was served by first class mail, postage prepaid on the following identified below on July 14, 2004.

John A. Doonan, Esq.
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite, 213 C
Beverly, MA  01915

Massachusetts Department of Revenue
Counsel for the Commissioner
ATTN:  Eileen McAuliffe
100 Cambridge Street
Boston, MA  02114

Law Offices of John Connolly, Jr.
Attn:   Joseph B. Harrington
545 Salem Street
Wakefield, MA 01880

Michael & Catherine Capizzi
1725 Wedgewood Common
Concord, MA  01742

Ring Law Firm
ATTN: Jordan Lewis Ring
4 Longfellow Place, 37th Floor
Boston, MA  02114

Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
Attn:  Nicholas A. Iannuzzi, Jr.
20 Williams Street, Suite 245
Wellesley, MA 02481

Joseph M. Connors, Jr.