UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION )<br>)<br>**Plaintiff** )<br>)<br>)<br>)<br>v. )<br>)<br>MICHAEL CAPIZZI, )<br>CATHERINE R. CAPIZZI, )<br>THE ARCHITECTURAL TEAM, INC., )<br>GARRETT, INC., )<br>JOHN CONNOLLY, JR., )<br>MASSACHUSETTS DEPARTMENT OF REVENUE, )<br>JAMES GRUMBACH )<br>)<br>**Defendants** )<br>) | Civil Action No. 04 10095 DPW |

**STATES RESOURCES CORPORATION'S OPPOSITION TO MICHAEL CAPIZZI AND CATHERINE R. CAPIZZI'S MOTION FOR PERMISSION TO RECORD MEMORANDUM OF LIS PENDENS AND SPECIAL MOTION TO DISMISS THE CAPIZZIS' COUNTERCLAIMS AGAINST STATES RESOURCES CORPORATION**

NOW COMES, the Plaintiff, States Resources Corporation, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this court to deny Defendants Michael Capizzi and Catherine R. Capizzi's Motion to for Permission to Record Memorandum of Lis Pendens and further to dismiss Michael and Catherine R. Capizzi's counterclaims against States Resources Corporation pursuant to Mass. Gen. Laws c. 184, § 15(c). In support of its opposition to the Capizzis' motion, States Resources Corporation submits the attached memorandum of law.

Dated: July 16, 2004    /s/ John A. Doonan
John A. Doonan, Esq. (BBO# 547838)
Reneau J. Longoria, Esq. (BBO#635118)
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA  01915
Tel. (978) 921-2670