UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION )<br>)<br>    **Plaintiff** )<br>)<br>) Civil Action No. 04 10095 DPW<br>)<br>    v. )<br>)<br>MICHAEL CAPIZZI, )<br>CATHERINE R. CAPIZZI, )<br>THE ARCHITECTURAL TEAM, INC., )<br>GARRETT, INC., )<br>JOHN CONNOLLY, JR., )<br>MASSACHUSETTS DEPARTMENT OF REVENUE, )<br>JAMES GRUMBACH )<br>)<br>    **Defendants** )<br>) | |

**PLAINTIFF'S OPPOSITION TO THE ARCHITECTURAL TEAM, INC'S
MOTION TO AMEND THE ANSWER, AFFIRMATIVE DEFENSES,
COUNTERCLAIMS, CROSS-CLAIMS OF THE ARCHITECTURAL TEAM,
INC. BY THE ADDITION OF A FURTHER COUNTERCLAIM
(COUNTERCLAIM FIVE)
AS AGAINST THE PLAINTIFF, STATES RESOURCES CORPORATION,
GARRETT, INC. AND MICHAEL CAPIZZI**

NOW COMES, the Plaintiff, States Resources Corporation, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this court to deny The Architectural Team, Inc.'s Motion to Amend pursuant to Fed. R. Civ. P. 15(a). In support of its opposition to The Architectural Team, Inc.'s motion, States Resources Corporation submits the attached memorandum of law.

| | |
|---|---|
| Date: July 19, 2004 | /s/ Reneau J. Longoria<br>John A. Doonan, Esq.  (BBO# 547838)<br>Reneau J. Longoria, Esq. (BBO#635118)<br>Doonan, Graves & Longoria, L.L.C.<br>100 Cummings Center, Suite 213C<br>Beverly, MA  01915<br>Tel. (978) 921-2670 |