UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

_____
STATES RESOURCES CORPORATION           )
                                       )
        Plaintiff                      )
                                       )
                                       )   Civil Action No. 04 10095 DPW
                                       )
        v.                             )
                                       )
MICHAEL CAPIZZI,                       )
CATHERINE R. CAPIZZI,                  )
THE ARCHITECTURAL TEAM, INC.,          )
GARRETT, INC.,                         )
JOHN CONNOLLY, JR.,                    )
MASSACHUSETTS DEPARTMENT OF REVENUE,   )
JAMES GRUMBACH                         )
                                       )
        Defendants                     )
_____    )

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, hereby certify that true and correct copies of the PLAINTIFF'S OPPOSITION TO THE ARCHITECTURAL TEAM, INC.'S MOTION TO AMEND and supporting papers have been served by placing same in the United States Mail, postage prepaid, on this the 19th day of July 2004, to all of the individuals on the following service list.

/s/ Reneau J. Longoria
Reneau J. Longoria, Esq.

**SERVICE LIST**

Michael Capizzi
1725 Wedgewood Common
Concord, MA 01742

Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA 01742

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn: Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn: John Connolly, Jr.
Kevin P. Geaney
545 Salem Street
Wakefield, MA 01880

Joseph M. Connors, P.C.
Attn: Joseph M. Conners, Jr.
135 Beaver Street
Waltham, MA 02452