UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10095-DPW

```
STATES RESOURCES CORPORATION,             )
                                          )
                     Plaintiff            )
                                          )
v.                                        )
                                          )
MICHAEL CAPIZZI,                          )
CATHERINE R. CAPIZZI,                     )
THE ARCHITECTURAL TEAM, INC.,             )
GARRETT, INC.,                            )
JOHN CONNOLLY, JR.,                       )
MASSACHUSETTS DEPARTMENT OF REVENUE,      )
JAMES GRUMBACH,                           )
KEVIN DUFFY                               )
                                          )
                     Defendants           )
                                          )
```

## NOTICE OF NEW ADDRESS, PHONE NUMBER AND E-MAIL ADDRESS

Please take notice that the current residential address, telephone number and e-mail address of Defendants Michael Capizzi and Catherine R. Capizzi are as follows:

Michael and Catherine R. Capizzi
1725 Wedgewood Common
Concord, Massachusetts 01742
(978) 369-4894
e-mail: ccapizzi@aol.com

Date: July 16, 2004

Michael Capizzi

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the date set forth below.

Date: July 17, 2004

Michael Capizzi