UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION,    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | |
| ) | **Civil Action No. 04 10095 DPW** |
| ) | |
| **v.**    ) | |
| ) | |
| MICHAEL CAPIZZI,    ) | |
| CATHERINE R. CAPIZZI,    ) | |
| THE ARCHITECTURAL TEAM, INC.,    ) | |
| GARRETT, INC.,    ) | |
| JOHN CONNOLLY, JR.,    ) | |
| MASSACHUSETTS DEPARTMENT OF REVENUE,    ) | |
| JAMES GRUMBACH,    ) | |
| ) | |
| **Defendants.**    ) | |

**STATES RESOURCES CORPORATION'S MOTION FOR A PROTECTIVE ORDER**

Now Comes States Resources Corporation, ("States"), by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves the Court to enter a Protective Order pursuant to Fed. R. Civ. P. 26(c) and Local Rule 37.1 with respect to The Architectural Team's, ("TAT"), Notice of Taking Deposition. Plaintiff requests that this Court allow the deposition of States to be taken by telephone pursuant to Fed. R. Civ. P. 30(7).

In support of Plaintiff's Motion for a Protective Order, Plaintiff submits the attached memorandum of law and affidavit of Robin Oberg.

CERTIFICATION OF CONFERENCE

1

Garrett, Inc., John Connolly, Jr., and Kevin Duffy assent to States having its deposition taken by telephone. States hereby certifies that its counsel, John A. Doonan, conferred with Attorney Ring, counsel for The Architectural Team, Inc., ("TAT"), in writing on Tuesday, July 13, 2004, explaining States's request to be deposed by telephone. After numerous email communications, Attorney Doonan spoke with Attorney Ring orally on July 23, 2004, for approximately thirty minutes, in a good faith attempt to resolve or narrow the issue described in this Motion. This conversation and subsequent e-mails resulted in TAT assenting to this motion.[1] TAT's assent was further confirmed in a letter from Attorney Doonan to Attorney Ring, dated July 30, 2004, and sent via courier service, along with the requested documents. *See* Exhibit A (a true and correct copy of the letter is attached hereto). However, on Sunday, August 1, 2004, TAT withdrew its consent. Counsel for States sent Mr. and Mrs. Capizzi a letter via next day air requesting them to contact Attorney Doonan to discuss this motion. Mr. Capizzi contacted Attorney Doonan on July 30, 2004, and stated that he and his wife would not give their assent.

WHEREFORE the Plaintiff respectfully requests that this Court grant its Motion for a Protective Order.

Respectfully Submitted,

Date: August 3, 2004

/s/ Reneau J. Longoria
John A. Doonan, Esq. (BBO# 547838)
Reneau J. Longoria, Esq. (BBO#635118)
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA  01915
(978) 921-2670

---

[1] The emails are available for the Court to review, at the Court's discretion.

2

# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

*Serving Massachusetts, Maine,*
*New York & Washington*

*www.dgandl.com*

100 Cummings Center
Suite 213C
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

July 30, 2004

Jordan Lewis Ring, Esq.
"The Towers"
250 Hammond Pond Parkway
Penthouse, 1701 North Tower
Chestnut Hill, MA  02467.1529

**RE:**   **State Resources Corp. v. Michael Capizzi, et al.**
         *Civil Action No. 04 10095 DPW*

Dear Attorney Ring:

    Enclosed please find States Resources Corporation's Response to the Notice to Produce Documents propounded by The Architectural Team, Inc.

    Although we have received your assent (Thank You) and the assents of John Connolly, Jr., and Garrett, Inc. to conduct the States Resources Corporation deposition by telephone, the Capizzis have refused to assent.  As a result, we will be filing a Motion for a Protective Order.  Accordingly, the deposition of States Resources Corporation scheduled for August 4, 2004 at 9:00 a.m. will have to be postponed pending the Court's decision.

    If you have any questions or need further information, I may be reached at 978-921-2670, ext. 12 or at jad@dgandl.com.

                                              Thank you,

                                              John A. Doonan, Esq.

Encl.

EXHIBIT A