UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| **STATES RESOURCES CORPORATION,** | ) |
| **Plaintiff,** | ) ) ) ) ) **Civil Action No. 04 10095 DPW** |
| **v.** | ) ) ) |
| **MICHAEL CAPIZZI,** **CATHERINE R. CAPIZZI,** **THE ARCHITECTURAL TEAM, INC.,** **GARRETT, INC.,** **JOHN CONNOLLY, JR.,** **MASSACHUSETTS DEPARTMENT OF REVENUE,** **JAMES GRUMBACH,** | ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I, Reneau J. Longoria, attorney for States Resources Corporation, hereby certify that this office has attempted to confer and have attempted in good faith to resolve and narrow the issues pertaining to this action. Mr. and Mrs. Capizzi and counsel for The Architectural Team, Inc., Garrett, Inc., John Connolly, Jr., and Kevin Duffy were contacted concerning this motion. Garrett, Inc., Kevin Duffy and John Connolly, Jr., assent to States Resources Corporation having its deposition taken by telephone. The Architectural Team, Inc. does not assent to this motion. After sending a letter to Mr. and Mrs. Capizzi via next day air requesting them to contact Attorney Doonan to discuss this motion, Mr. Capizzi contacted my office on July 30, 2004, and stated that he and his wife would not give their assent.

Dated:  August 3, 2004                                    /s/ Reneau J. Longoria
                                                          Reneau J. Longoria, Esq. (BBO# 635118)
                                                          John A. Doonan, Esq.  (BBO# 547838)
                                                          Doonan, Graves & Longoria, L.L.C.
                                                          100 Cummings Center, Suite 213C
                                                          Beverly, MA  01915
                                                          (978) 921-2670