### UNITED STATES OF AMERICA
### DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION** )<br>)<br>**Plaintiff** )<br>)<br>)<br>                              )<br>v.                          )<br>)<br>**MICHAEL CAPIZZI,** )<br>**CATHERINE R. CAPIZZI,** )<br>**THE ARCHITECTURAL TEAM, INC.,** )<br>**GARRETT, INC.,** )<br>**JOHN CONNOLLY, JR.,** )<br>**MASSACHUSETTS DEPARTMENT OF REVENUE,** )<br>**JAMES GRUMBACH** )<br>)<br>**Defendants** )<br>                              ) | **Civil Action No. 04 10095 DPW** |

### CERTIFICATE OF SERVICE

   I, Reneau J. Longoria, hereby certify that true and correct copies of the States Resources Corporation's Motion for a Protective Order and supporting documents have been served by placing same in the United States Mail, postage prepaid, on this the 3rd day of August 2004, to all of the individuals on the following service list.

                              /s/ Reneau J. Longoria
                              Reneau J. Longoria, Esq.

### SERVICE LIST

Michael Capizzi
1725 Wedgewood Common
Concord, MA 01742

Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA 01742

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn: Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn: John Connolly, Jr.
Kevin P. Geaney
545 Salem Street
Wakefield, MA 01880

Joseph M. Connors, P.C.
Attn: Joseph M. Connors, Jr.
135 Beaver Street
Waltham, MA 02452