UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

**civil action No.: 04-10095DPW**

_____
                                        )
STATES RESOURCES CORPORATION            )
    Plaintiff                           )
                                        )
v.                                      )
                                        )
MICHAEL CAPIZZI, CATHERINE CAPIZZI,     )
THE ARCHITECTURAL TEAM, INC.,           )
GARRETT, INC., JOHN CONNOLLY, JR.,      )
MASSACHUSETTS DEPARTMENT OF             )
REVENUE, and JAMES GRUMBACH             )
    Defendants                          )
_____)

## CERTIFICATE OF SERVICE

I, Stephanie M. Williams, hereby certify, that I served copies of the following:

1. **Garrett, Inc.'s Opposition to The Architectural Team, Inc.'s Motion to Amend (Second) Answer.**
2. **Exhibits Submitted in Support of Garrett, Inc.'s Opposition to The Architectural Team, Inc.'s Motion to Amend (Second) Answer.**

on the parties identified below by first class mail on July 21, 2004.

Michael & Catherine Capizzi
1725 Wedgewood Common
Concord, MA  01742

Joseph M. Connors
Law Office of Joseph M. Connors, Jr., Esq.
135 Beaver Street
Waltham, MA  01880

Massachusetts Department of Revenue
Counsel for the Commissioner
ATTN:  Eileen McAuliffe
100 Cambridge Street
Boston, MA  02114

Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
Attn:  Nicholas A. Iannuzzi, Jr.
20 Williams St., Suite 245
Wellesley, MA  02481


/s/ Stephanie M. Williams
**STEPHANIE M. WILLIAMS**