UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION** )<br>)<br>**Plaintiff** )<br>)<br>) **Civil Action No. 04 10095 DPW**<br>)<br>**v.** )<br>)<br>**MICHAEL CAPIZZI,** )<br>**CATHERINE R. CAPIZZI,** )<br>**THE ARCHITECTURAL TEAM, INC.,** )<br>**GARRETT, INC.,** )<br>**JOHN CONNOLLY, JR.,** )<br>**MASSACHUSETTS DEPARTMENT OF REVENUE,** )<br>**JAMES GRUMBACH** )<br>)<br>**Defendants** )<br>) | |

**PLAINTIFF'S OPPOSITION TO MOTION TO PERMIT THE FILING OF AMENDED VERIFIED COUNTERCLAIMS OF DEFENDANTS MICHAEL CAPIZZI AND CATHERINE R. CAPIZZI**

NOW COMES, the Plaintiff, States Resources Corporation, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this court to deny Defendants Michael Capizzi and Catherine R. Capizzi's Motion to Permit the Filing of Amended Verified Counterclaims filed as Document No. 73.

The Capizzis filed this Motion originally on July 1, 2004 as Document No. 51. This current Motion is identical to the Motion filed on July 1, 2004, with the only difference being that Document No. 73 includes the Local Rule 7.1 Certification. As a result, States Resources Corporation incorporates by reference its prior Opposition to the Capizizs' Motion to Permit the

Filing of Amended Verified Counterclaims and Memorandum of Law filed on July 12, 2004, as Document No. 56 and Document No. 57. States Resources Corporation relies on Document Nos. 56 and 57 as responsive to the Capizzis' recently filed Motion to Permit the Filing of Amended Verified Counterclaims (Document No. 73) and, therefore, no additional or supplemental opposition is required.

Date:  August 4, 2004

/s/ John A. Doonan
John A. Doonan, Esq.  (BBO# 547838)
Reneau J. Longoria, Esq. (BBO#635118)
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA  01915
Tel. (978) 921-2670