UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.:  04-10095-DPW

|  |  |
|---|---|
| STATE RESOURCES CORPORATION, <br> Plaintiff <br><br> v. <br><br> MICHAEL CAPIZZI, <br> CATHERINE R. CAPIZZI, <br> THE ARCHITECTURAL TEAM, INC., <br> GARRET, INC., <br> JOHN CONNOLLY, JR., <br> MASSACHUSETTS DEPARTMENT OF REVENUE, and <br> JAMES GRUMBACH, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIRD PARTY DEFENDANT, KEVIN DUFFY'S OPPOSITION TO MOTION TO PERMIT THE FILING OF AMENDED VERIFIED COUNTERCLAIMS OF DEFENDANTS MICHAEL CAPIZZI AND CATHERINE R. CAPIZZI**

NOW COMES, the Third Party Defendant, Kevin Duffy, and hereby moves this court to deny Defendants Michael Capizzi and Catherine R. Capizzi's Motion to Permit the Filing of Amended Verified Counterclaims pursuant to Fed. R. Civ. P. 15(a).  In support of its opposition to the Capizzis' motion, Kevin Duffy submits the attached memorandum in law.

Date:   August 16, 2004                 /s/ Joseph M. Connors, Jr.
                                        Joseph M. Connors, Jr.
                                        BBO No.:  548622
                                        Law Offices of Joseph M. Connors, Jr., P.C.
                                        135 Beaver Street
                                        Waltham, Massachusetts  02452
                                        (781) 893-8200
                                        jmc@conversent.net