UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10095DPW

_____
                                                                    )
STATES RESOURCES CORPORATION     )
    Plaintiff                                                     )
                                                                    )
v.                                                                 )
                                                                    )
MICHAEL CAPIZZI, CATHERINE CAPIZZI, )
THE ARCHITECTURAL TEAM, INC.,          )
GARRETT, INC., JOHN CONNOLLY, JR.,   )
MASSACHUSETTS DEPARTMENT OF      )
REVENUE, and JAMES GRUMBACH         )
    Defendants                                                )
_____)

**RENEWED MOTION FOR SUMMARY JUDGMENT OF GARRETT, INC.**

Defendant and Plaintiff-In-Counterclaim, Garrett, Inc., hereby moves for Summary Judgment on the Plaintiff's interpleader action and requests that judgment enter on Garrett's behalf in the amount of $48,459.20.

                                        Respectfully submitted,
                                        The Defendant,
                                        Garrett, Inc.,
                                        By Its Attorneys,

/s/ Stephanie M. Williams_____
CARMEN A. FRATTAROLI, BBO#: 177960
STEPHANIE M. WILLIAMS, BBO#: 560149
Law Office of Carmen A. Frattaroli
76 Lafayette Street
Salem, MA 01970
Date: October 4, 2004                     (978) 740-9501