UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10095DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION<br>    Plaintiff<br><br>v.<br><br>MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, and JAMES GRUMBACH<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**LOCAL RULE 7.1 (a)(2) CERTIFICATION**

    Counsel for Garrett, Inc. hereby certifies that all parties were conferred with in an effort to resolve or narrow the issues raised by Garrett, Inc.'s Renewed Motion for Summary Judgment.

    Respectfully submitted,
    The Defendant,
    Garrett, Inc.
    By Their Attorney,


    /s/ Stephanie M. Williams
    STEPHANIE M. WILLIAMS, BBO #560149
    CARMEN A. FRATTAROLI, BBO # 177960
    Law Office of Carmen A. Frattaroli
    76 Lafayette Street
    Salem, MA 01970
Date: October 4, 2004    (978) 740-9501