## UNITED STATES OF AMERICA
## DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION,** )<br>)<br>**Plaintiff** )<br>)<br>) **Civil Action No. 04 10095 DPW**<br>)<br>**v.** )<br>)<br>**MICHAEL CAPIZZI, ET AL.** )<br>)<br>)<br>**Defendants** )<br>) | |

### STATES RESOURCES CORPORATION'S MOTION
### FOR PARTIAL SUMMARY JUDGMENT

NOW COMES the Plaintiff, States Resources Corporation ("States"), by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this Honorable Court, to grant its motion for partial summary judgment, pursuant to Fed. R. Civ. P. 56.

In support of Plaintiff's Motion for Partial Summary Judgment, Plaintiff submits the attached memorandum of law and affidavit of Robin Oberg.

### REQUEST FOR ORAL ARGUMENT

States hereby requests a hearing on this Motion.

Date: October 6, 2004         /s/ John Doonan
John A. Doonan, Esq.  (BBO# 547838)
Reneau J. Longoria, Esq. (BBO# 635118)
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA  01915
(978) 921-2670