UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION, )<br>)<br>  Plaintiff )<br>)<br> )<br>)<br> v. )<br>)<br>MICHAEL CAPIZZI, ET AL. )<br>)<br>  Defendants )<br> ) | Civil Action No. 04 10095 DPW |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I, John A. Doonan, attorney for States Resources Corporation, hereby certify that this office has received a significant number of emails concerning the issues raised in these pleadings over the course of this litigation. These emails have clearly indicated that the parties differ significantly in their views of the issues involved herein. On October 5, 2004, this office distributed an email to all counsel and parties seeking to, in good faith, resolve or narrow the issues addressed in this Motion for Partial Summary Judgment.


Dated: October 6, 2004                    /s/ John A. Doonan
                                          Reneau J. Longoria, Esq. (BBO# 635118)
                                          John A. Doonan, Esq.  (BBO# 547838)
                                          Doonan, Graves & Longoria, L.L.C.
                                          100 Cummings Center, Suite 213C
                                          Beverly, MA  01915
                                          (978) 921-2670