EXHIBIT 1

## CARMEN A. FRATTAROLI AND ASSOCIATES
ATTORNEYS AND COUNSELORS AT LAW
THE METCOM BUILDING
76 LAFAYETTE STREET
SALEM, MASSACHUSETTS 01970

CARMEN A. FRATTAROLI

STEPHANIE M. WILLIAMS
JOHN C. FARRELL, JR.

TELEPHONE
(978) 740-9501
FACSIMILE
(978) 740-9692

May 19, 2004

Michael and Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA  01742

Massachusetts Department of Revenue
Counsel for the Commissioner
ATTN:  Eileen McAuliffe
100 Cambridge Street
Boston, MA  02114

John A. Doonan, Esq.
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213 C
Beverly, MA  01915

Ring Law Firm
ATTN:  Jordan Lewis Ring
4 Longfellow Place, 37th Floor
Boston, MA  02114

Law Offices of John Connolly, Jr.
ATTN:  Joseph B. Harriangton
545 Salem Street
Wakefield, MA  01880

Rothenberg, Estner, Orsi, Arone & Grumbach, LLP
ATTN:  Nicholas A. Iannuzzi, Jr.
20 Williams St., Suite 245
Wellesley, MA  02481

RE:   States Resources Corporation v. Michael Capizzi, et al
      U.S. District Court
      Civil Action No.: 04-10095DPW

Dear Counsel and Mr. and Mrs. Capizzi:

Pursuant to Local Rule 7.1, enclosed herewith is the Motion for Summary Judgment of Garrett, Inc. and supporting documents. Please advise me by no later than Tuesday, May 25, 2004 as to whether or not it will be possible to agree upon or narrow any of the issues raised herein.

Thank you for your attention to this matter.

Very truly yours,

Stephanie M. Williams

SMW:j
Enclosure

## Stephanie Williams

**To:** MASSLAWYERUSA/jordan lewis ring/ma; attymcarter; powers,esq; rjl; niannuzzi, esq; connolycounsell; cafrattaroli@verizon.net; Attorney John Doonan; attorneydoonan

**Cc:** RICHARD L. BLUMENTHAL

**Subject:** RE: rule 7,1 subsection 2 re 7.1 b 2 14 day response

Jordan-
I must respectfully decline to agree to delay your client's response to Garrett's Motion for Summary Judgment until discovery is completed. Our position is that there are no material issues of fact that need inquiry in order for the court to rule on the narrow issue raised by Garrett's motion.
Sincerely,
Stephanie M. Williams

-----Original Message-----
From: MASSLAWYERUSA/jordan lewis ring/ma [mailto:jordanlewisring@masslawyer.us]
Sent: Tuesday, June 01, 2004 1:04 PM
To: swilliamsesq; attymcarter; powers,esq; rjl; niannuzzi, esq; connolycounsell; cafrattaroli@verizon.net; Attorney John Doonan; ***jordanlewisring; attorneydoonan
Cc: RICHARD L. BLUMENTHAL
Subject: rule 7,1 subsection 2 re 7.1 b 2 14 day response

```
while i believe my e mail to you may 25 04 ... 1:40pm covers
issue of local rule 7.1 /a /2/ neverthless i again ask you
postponed our answer rule 56 under local rule 7.1 b 2 i.e. 14
days until disc complete    if no assent will file motion under
rule 56 f     in good faith ask you agreement to extend to
avoid need of motion    need to hear from u today


RING LAW FIRMS
Admissions:  MA/DC/NY/PA

Boston, USA
4 Longfellow Place,
37th Floor
Boston, MA 02114 USA

Suburban Office:

"The Towers"
250 Hammond Pond Parkway
Penthouse 1701 North Tower
Chestnut Hill, MA   02467.1529 USA

American Affiliated Caribbean Offices
P. O. Box 7, 15 Wellington  Road, Cole Bay
St. Maarten, NA
011 5995 5 77777
On SXM    5 444444
```

6/1/04

EXHIBIT 2

**From:** Law Offices of Carmen A. Frattaroli
**To:** Jordan Lewis Ring/ RING LAW MA
**Sent:** Tuesday, September 14, 2004 9:54 AM
**Subject:** RE: 04 10095 dpw answers of the architectural team, inc to garrett, inc. signed electronically

Dear Jordan-
I reiterate that there is no evidence of price fixing or any other antitrust violation. For the record, please be advised that I do not intend to continue this discourse with you as it is become a circular discussion which only serves to increase litigation costs.
Sincerely,
Stephanie M. Williams

-----Original Message-----
From: Jordan Lewis Ring/ RING LAW MA [mailto:masslawyer@comcast.net]
Sent: Monday, September 13, 2004 3:59 PM
To: Law Offices of Carmen A. Frattaroli
Cc: Dr RICH L.BLUMENTHAL; attyconnors; ***jordanlewisring; Attorney John Doonan; attorneydoonan; attyconnolly; attyconnorspc; attymcarter; cafrattaroli@verizon.net; connolycounsell; mmcapizzi; powers,esq; rjl; swiliams,esq
Subject: Re: 04 10095 dpw answers of the architectural team, inc to garrett, inc. signed electronically

## welcome to the world of anti trust

## i suggest garrett healey has indicated price setting in the industry

## i suggest that his testimony is classic anti trust

## he is entitled to zero

## best

RING LAW FIRMS
Admissions: MA/DC/NY/PA

Boston, USA
4 Longfellow Place,
37th Floor
Boston, MA 02114 USA

Suburban Office:

"The Towers"
250 Hammond Pond Parkway
Penthouse 1701 North Tower
Chestnut Hill, MA  02467.1529 USA

**American Affiliated Caribbean Offices**

9/14/04

Stephanie Williams

From: Jordan Lewis Ring/ RING LAW MA [masslawyer@comcast.net]
Sent: Tuesday, September 14, 2004 9:33 AM
To: Law Offices of Carmen A. Frattaroli
Subject: Re: 04 10095 dpw answers of the architectural team, inc to garrett, inc. signed electronically

# if what was testified too is not violation of sherman act what is?

RING LAW FIRMS
Admissions: MA/DC/NY/PA

Boston, USA
4 Longfellow Place,
37th Floor
Boston, MA 02114 USA

Suburban Office:

"The Towers"
250 Hammond Pond Parkway
Penthouse 1701 North Tower
Chestnut Hill, MA 02467.1529 USA

American Affiliated Caribbean Offices
P. O. Box 7, 15 Wellington Road, Cole Bay
St. Maarten, NA
011 5995 5 77777
On SXM   5 444444

---

jordanlewisring@masslawyer.us
masslawyer@comcast.net
usamasslawyer@comcast.net
masslawyerusa@comcast.net
lawring@comcast.net
lawusa@comcast.net
ringlaw@comcast.net

www.masslawyer.us

---

boston usa  617 558 9800
boston fax.  617 558 9801
usa cell     617 680 4422

9/14/04

**Stephanie Williams**

From: Jordan Lewis Ring/ RING LAW MA [masslawyer@comcast.net]
Sent: Tuesday, September 14, 2004 10:06 AM
To: Law Offices of Carmen A. Frattaroli
Cc: Dr RICH L.BLUMENTHAL; attyconnors; ***jordanlewisring; Attorney John Doonan; attorneydoonan; attyconnolly; attyconnorspc; attymcarter; cafrattaroli@verizon.net; connolycounsell; mmcapizzi; powers,esq; rjl; swiliams,esq
Subject: Re: 04 10095 dpw answers of the architectural team, inc to garrett, inc. signed electronically

atty s williams.. u are terrific at sophistry......

garrett charges by admission $47,859.00 more if bought in by third party as opposed for $6oo to states

i suggest that $600 is the max value of services

garrett testified less acreage in lincoln can increase value as opposed to 6 magnificent acres   than we read duffy dep...sophistry? 

you supply list of names of percentage charged by garrett  since 1991

garrett has private meetings re floors of charges and agrees to floor charges.. see dep

no price fixing?

the list you supplied is most  helpful of those subject to policy of fixing since 1991

maybe i read wrong dep

we need you in Washington  u r terrific...

please sign deposition and return to reporter...

best   have great day


RING LAW FIRMS
Admissions: MA/DC/NY/PA

Boston, USA

9/14/04

## Carmen A. Frattaroli and Associates

**From:** Law Offices of Carmen A. Frattaroli [cafrattaroli@verizon.net]
**Sent:** Wednesday, August 04, 2004 2:30 PM
**To:** Jordan Lewis Ring/ masslawyer/ma; mmcapizzi; Attorney John Doonan; attorneydoonan; attyconnolly; attyconnorspc; attymcarter; cafrattaroli@verizon.net; connolycounsell; powers,esq; rjl
**Cc:** Dr RICH L.BLUMENTHAL
**Subject:** RE: verification of admission by Attorney John Doonan

Attorney Ring-
For the record, I NEVER told you that John Doonan told Garrett Healey to keep the offer from Leonard Florence a "secret". My discussion with you was consistent with Mr. Healey's testimony on the issue: Garrett advised Attorney Doonan of the offer, and Attorney Doonan told Garret to hold on to the deposit, which he did. As Mr. Healey testified, Attorney Doonan did not tell him to not tell anyone about the offer. I advised you that all of Garrett Inc.'s actions were pursuant to instructions from Attorney Doonan. Again, at no time did I state that Attorney Doonan told Garrett to keep the offer a "secret", or for that matter, not to tell anyone. I suggest that you cease with your incendiary and egregiously erroneous emails and accusations. Your behavior toward and threats to the lawyers and parties in this case is serving no purpose but to cause others to spend inordinate amounts of time deciphering your voluminous emails full of acrimony and then responding in order to clarify the record.

I continue to hope that we can proceed with this litigation in a civil and forthright manner. Toward that end, in the future, I will make all communications with you in writing to avoid any misunderstandings.

Sincerely,
Stephanie M. Williams
-----Original Message-----
From: Jordan Lewis Ring/ masslawyer/ma [mailto:masslawyer@comcast.net]
Sent: Wednesday, August 04, 2004 10:28 AM
To: ***comcamasslawyer; mmcapizzi; ***jordanlewisring; Attorney John Doonan; attorneydoonan; attyconnolly; attyconnorspc; attymcarter; cafrattaroli@verizon.net; connolycounsell; powers,esq; rjl; swiliams,esq
Cc: Dr RICH L.BLUMENTHAL
Subject: Re: verification of admission by Attorney John Doonan

> **your reply to the reference to the statement of michael capizzi of yesterday as referenced in the e mail and your reply and again affirmed by mr capizzi, speaks volumes of your view of the law that effects the life of "people" within the community...in time this attitude that reprents a pathology will be dealt with by the law, but in fact i did hear some of the words you uttered to mr capizzi and certainly understand how this tragedy came about and your capacity for truth and veracity.**
>
> **atty williams in a telephone call regarding this case told me that John Doonan told Garrett Healey to keep the matter of the Leonard Florence offer "secret" but that is a matter i too will deal with later in the court.**

8/5/04

**for now it simply reflects upon the counsels.**

RING LAW FIRMS
Admissions: MA/DC/NY/PA

Boston, USA
4 Longfellow Place,
37th Floor
Boston, MA 02114 USA

Suburban Office:

"The Towers"
250 Hammond Pond Parkway
Penthouse 1701 North Tower
Chestnut Hill, MA  02467.1529 USA

American Affiliated Caribbean Offices
P. O. Box 7, 15 Wellington Road, Cole Bay
St. Maarten, NA
011 5995 5 77777
On SXM   5 444444

jordanlewisring@masslawyer.us
masslawyer@comcast.net

www.masslawyer.us

boston usa   617 558 9800
boston fax.  617 558 9801
usa cell        617 680 4422

This message and any attached document(s) contain information which may be confidential, subject to privilege or exempt from disclosure under applicable Federal, State, International Law, United Nations UNCITRAL MODEL LAW ON ELECTRONIC SIGNATURES 2001*. This e-mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Further, this e-mail may be protected by attorney-client privilege and/or work-product doctrine.  Any unauthorized review, use, disclosure, dissemination, copying,

8/5/04

forwarding or distribution is strictly prohibited. If you are not the intended recipient, or received this e-mail in error, please contact the sender by reply e-mail and destroy all copies of the original message. These materials are intended only for the use of the intended recipient and are for discussion purposes only, unless stated expressly otherwise. If you are not the intended recipient of this transmission, you are hereby notified that any distribution, disclosure, printing, copying,storage,modification or the taking of any action in reliance upon this transmission is strictly prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you have received this communication in error, please immediately notify the sender and delete the message from your system.

+This footnote also confirms that this email message and any
attachments have been swept by Commercial Systems for
content and the presence of known computer infections.

**Disclaimer Regarding Electronic Transactions\*:**
If this communication concerns negotiation of a contract or agreement,
any electronic transaction or electronic signature act, including Electronic
<Signatures> in Global and National Commerce Act, 15 U.S.C. § 7001 et. seq.,
does not apply to this communication: contract formation in this matter shall
occur only with manually-affixed original signatures on original documents
unless expressly and specifically stated/waived in a dated witnessed non
electronic writing and the written waiver is affirmed in writing and executed in
a witnessed and dated non electronic writing by each party and witness
thereto.

This message is digitally signed and verified. Y6jjjjX77j782950Sß¥S????S€???-
¦j49933j9595j5b000 399448856h568868992043232385859385944hfj6ye  tj

**Jordan Lewis Ring**


----- Original Message -----
**From:** John A. Doonan
**To:** MASSLAWYERUSA/jordan lewis ring/ma ; attyconnolly ; attyconnorspc ; attymcarter ; powers.esq ; swiliams,esq ; rjl ; connolycounsell ; cafrattaroli@verizon.net ; attorneydoonan
**Cc:** Dr RICH L.BLUMENTHAL
**Sent:** Tuesday, August 03, 2004 6:48 PM
**Subject:** RE: verification of admission by Attorney John Doonan

**Amusing, but inaccurate.**

-----Original Message-----

8/5/04

From: MASSLAWYERUSA/jordan lewis ring/ma
[mailto:jordanlewisring@masslawyer.us]
Sent: Tuesday, August 03, 2004 2:36 PM
To: attyconnolly; attyconnorspc; attymcarter; powers,esq; swiliams,esq; rjl; connolycounsell; cafrattaroli@verizon.net; Attorney John Doonan; ***jordanlewisring; attorneydoonan
Cc: Dr RICH L.BLUMENTHAL
Subject: verification of admission by Attorney John Doonan

it has been reported to me in the last hour that Attorney John Doonan stated to Michael Capizzi during the deposition of yesterday....:"the reason I (John Doonan) did not tell you (Michael Capizzi) of the 2 million dollar offer (of Leonard Florence) was because I thought you (Michael Capizzi) would sue me."

s/ jordan lewis ring


RING LAW FIRMS
Admissions: MA/DC/NY/PA

Boston, USA
4 Longfellow Place,
37th Floor
Boston, MA 02114 USA

Suburban Office:

"The Towers"
250 Hammond Pond Parkway
Penthouse 1701 North Tower
Chestnut Hill, MA  02467.1529 USA

American Affiliated Caribbean Offices
P. O. Box 7, 15 Wellington Road, Cole Bay
St. Maarten, NA
011 5995 5 77777
On SXM   5 444444

jordanlewisring@masslawyer.us
masslawyer@comcast.net

www.masslawyer.us

boston usa  617 558 9800
boston fax.  617 558 9801

8/5/04

**Stephanie Williams**

From: MASSLAWYERUSA/jordan lewis ring/ma [jordanlewisring@masslawyer.us]
Sent: Monday, June 28, 2004 10:38 PM
To: swiliams,esq; Law Offices of Carmen A. Frattaroli

evening stephanie

we got to wind this up tomorrow

i learned today that your client returned check oct 2, 2003 that florence's check cashed into your clients accounts

i need to add that doc to production ie returned check to leonard florence

suggest we talk

i am preparing to add 93a claim as against states

i will hold off re your clients until we explore

best to all


RING LAW FIRMS
Admissions: MA/DC/NY/PA

Boston, USA
4 Longfellow Place,
37th Floor
Boston, MA 02114 USA

Suburban Office:

"The Towers"
250 Hammond Pond Parkway
Penthouse 1701 North Tower
Chestnut Hill, MA 02467.1529 USA

American Affiliated Caribbean Offices
P. O. Box 7, 15 Wellington Road, Cole Bay
St. Maarten, NA

6/30/04

EXHIBIT 3

atty williams

not only did u failed to confer under 7.1.2 as rep in your certification re renewed sj, but the response time may well be delayed by states aka state not commencing the dep requested by tat and not moving on states protective order

perhaps i have overlooked that too...

i will wait to hear from u before further motions


**RING LAW FIRMS**
Admissions: MA/DC/NY/PA

Boston, USA
4 Longfellow Place,
37th Floor
Boston, MA 02114 USA

Suburban Office:

"The Towers"
250 Hammond Pond Parkway
Penthouse 1701 North Tower
Chestnut Hill, MA  02467.1529 USA

American Affiliated Caribbean Offices
P. O. Box 7, 15 Wellington Road, Cole Bay
St. Maarten, NA
011 5995 5 77777
On SXM   5 444444

---

jordanlewisring@masslawyer.us
masslawyer@comcast.net
usamasslawyer@comcast.net
masslawyerusa@comcast.net
lawring@comcast.net
lawusa@comcast.net
ringlaw@comcast.net

www.masslawyer.us

10/7/04

content and the presence of known computer infections.

**Disclaimer Regarding Electronic Transactions\*:**
If this communication concerns negotiation of a contract or agreement, any electronic transaction or electronic signature act, including Electronic <Signatures> in Global and National Commerce Act, 15 U.S.C. § 7001 et. seq., does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents unless expressly and specifically stated/waived in a dated witnessed non electronic writing and the written waiver is affirmed in writing and executed in a witnessed and dated non electronic writing by each party and witness thereto.

This message is digitally signed and verified. Y6jjjjX77j782950S₤¥S????S€???-¦j49933j9595j5b000 399448856h5688689920432323858593859444hfj6ye  tj

**Jordan Lewis Ring**

----- Original Message -----
**From:** Stephanie Williams
**To:** MASSLAWYERUSA/jordan lewis ring/ma
**Sent:** Wednesday, October 06, 2004 10:05 AM
**Subject:** RE: order judge woodlock 04-10095 dpw

Dear Jordan-
As you know, the relief sought in our first motion for summary judgment and second motion for summary judgment are the same. Moreover, you and I have conferred on many occasions since the filing of the first motion for summary judgment regarding the respective positions of our clients. As you know from the voluminous emails that have been exchanged, Garrett's position remains unchanged: it had no duty to notify TAT or anyone else of Mr. Florence's inquiry and is entitled to full payment. It is also clear to me from those emails that your client's position continues to be that Garrett did have a duty to notify TAT and that, according to you, Garrett is entitled to "zero". It is also clear to me that your client believes that Garrett ch. 93A and possibly even the Sherman Act. I have clearly responded to those charges and find them without merit. In light of these detailed communications regarding our respective positions on the issues, I believe that I have complied with Local Rule 7.1. If, however, I have overlooked an area that we can agree on and there is some way that we can narrow the issues raised by Garrett's Renewed Motion, please let me know as I would be happy to eliminate any unnecessary areas of dispute.
Sincerely,

Stephanie M. Williams

> -----Original Message-----
> **From:** MASSLAWYERUSA/jordan lewis ring/ma [mailto:jordanlewisring@masslawyer.us]
> **Sent:** Monday, October 04, 2004 6:32 PM
> **To:** swilliamsesq
> **Cc:** Dr RICH L.BLUMENTHAL; attyconnors; \*\*\*jordanlewisring; Attorney John Doonan; attorneydoonan; attyconnolly; attyconnorspc; attymcarter; cafrattaroli@verizon.net; connolycounsell; mmcapizzi; powers,esq; rjl; swiliams,esq
> **Subject:** order judge woodlock 04-10095 dpw

10/7/04

Stephanie M. Williams

-----Original Message-----
From: Jordan Lewis Ring/ RING LAW MA [mailto:masslawyer@comcast.net]
Sent: Wednesday, October 06, 2004 9:29 AM
To: Stephanie Williams
Cc: Dr RICH L.BLUMENTHAL; attyconnors; ***jordanlewisring; Attorney John Doonan; attorneydoonan; attyconnolly; attyconnorspc; attymcarter; cafrattaroli@verizon.net; connolycounsell; mmcapizzi; powers,esq; rjl; swiliams,esq
Subject: Re: order judge woodlock 04-10095 dpw

## dear atty Williams

## u filed a cert under 7.1

## u simply never conferred or attempted upon the filing as certified

## if the rule meant what you stated, the language would have so provided...if u r correct the drafters were fools...they were not so...

## aside from the total miss on what happened in this case, you decided you knew the real intent of 7.1

## in short u filled a certification that was... inaccurate.... at best......

## in my opinion u violated the rule and your certification is inaccurate, at best

RING LAW FIRMS
Admissions: MA/DC/NY/PA

Boston, USA
4 Longfellow Place,
37th Floor
Boston, MA 02114 USA

Suburban Office:

"The Towers"
250 Hammond Pond Parkway
Penthouse 1701 North Tower
Chestnut Hill, MA  02467.1529 USA

American Affiliated Caribbean Offices

10/7/04

copying, forwarding or distribution is strictly prohibited. If you are not the intended recipient, or received this e-mail in error, please contact the sender by reply e-mail and destroy all copies of the original message. These materials are intended only for the use of the intended recipient and are for discussion purposes only, unless stated expressly otherwise. If you are not the intended recipient of this transmission, you are hereby notified that any distribution, disclosure, printing, copying, storage, modification or the taking of any action in reliance upon this transmission is strictly prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you have received this communication in error, please immediately notify the sender and delete the message from your system.

+This footnote also confirms that this email message and any attachments have been swept by Commercial Systems for content and the presence of known computer infections.

Disclaimer Regarding Electronic Transactions*:
If this communication concerns negotiation of a contract or agreement, any electronic transaction or electronic signature act, including Electronic <Signatures> in Global and National Commerce Act, 15 U.S.C. § 7001 et. seq., does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents unless expressly and specifically stated/waived in a dated witnessed non electronic writing and the written waiver is affirmed in writing and executed in a witnessed and dated non electronic writing by each party and witness thereto.

This message is digitally signed and verified. Y6jjjjX77j782950S₿¥S????S€???-
¦j49933j9595j5b000 399448856h56886899204323238585938594hfj6ye  tj

Jordan Lewis Ring


----- Original Message -----
From: Stephanie Williams
To: Jordan Lewis Ring/ RING LAW MA
Sent: Wednesday, October 06, 2004 1:15 PM
Subject: RE: order judge woodlock 04-10095 dpw

Dear Jordan-
Again, I believe that you and I have been conferring in detail for months over the issues in this case. Our clients' differing views of it have never been greater than they are now. I fully believed based on our communications that your client believes that Garrett is entitled to "zero" payment and that we were both clear that the issues that divide us cannot be narrowed. For the record, please advise as whether or not you believe any further discussions between us would in any way serve to narrow the issues raised by Garrett's Renewed Motion for Summary Judgment. I would be happy to explore with you any suggestions you have that may serve to narrow our dispute.
Best regards,

10/7/04

**From:** Stephanie Williams [swilliams11@verizon.net]
**Sent:** Thursday, October 07, 2004 9:50 AM
**To:** Jordan Lewis Ring/ RING LAW MA
**Subject:** RE: order judge woodlock 04-10095 dpw

Dear Jordan-
Please let me know what, if anything, your client would be willing to agree to. If there are such items, I would be happy to notify the Court and agree to give your client additional time to respond. Based on your responses to my recent emails, my understanding is that, in fact, your client's position remains unchanged and that our differences cannot be narrowed. Again, please advise as to what we can agree on and I will let the Court know and give TAT an extension to respond to Garrett's Motion. If I do not hear from you regarding what issues we can narrow or agree to, I will assume that there continue to be none. I look forward to hearing from you regarding what, if anything, we agree on.
Best regards,
Stephanie M. Williams

-----Original Message-----
From: Jordan Lewis Ring/ RING LAW MA [mailto:masslawyer@comcast.net]
Sent: Wednesday, October 06, 2004 1:04 PM
To: Stephanie Williams
Cc: Dr RICH L.BLUMENTHAL; attyconnors; ***jordanlewisring; Attorney John Doonan; attorneydoonan; attyconnolly; attyconnorspc; attymcarter; cafrattaroli@verizon.net; connolycounsell; mmcapizzi; powers,esq; rjl; swiliams,esq
Subject: Re: order judge woodlock 04-10095 dpw

## the damage is done

## i now have a time clock for memo and concise statement'

## many of those matters could have been agreed to

## i must now asset what if there were a conference would have created far less chargeable x to tat

## u now made that impossible

## you are playing with me...certification was untrue

## a conference would have secured many agreed facts omitted by you

## the missiles were launched in clear violation

## u already cost client dozen hours of unnecessary wk

## it appears u have a set of rules that just do not exist

## maybe this case will set record straight

10/7/04