UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10095-DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION,<br>     Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, JAMES GRUMBACH AND<br>KEVIN DUFFY,<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIRD PARTY DEFENDANT KEVIN DUFFY'S
MOTION FOR SUMMARY JUDGMENT ON MICHAEL CAPIZZI AND
CATHERINE CAPIZZI'S THIRD PARTY COMPLAINT AND STATEMENT OF
MATERIAL FACTS OF RECORD PURSUANT TO LOCAL RULE 56.1**

   NOW COMES THE Third Party Defendant, Kevin Duffy ("Duffy"), and hereby moves that Summary Judgment be entered for Third Party Defendant by this Honorable Court pursuant to Rule 56 of Federal Rules of Civil Procedure. As grounds therefore Duffy states that there is no genuine issue as to any material fact and Duffy is entitled to a judgment as a matter of law. This portion is further supported by Affidavit of Kevin Duffy and the Memorandum of Law in Support which is attached hereto.

1

The Defendant also includes the following statements of material facts of record. Duffy contends that there is no genuine issue of material fact in dispute and this issue may be decided as a matter of law.

## STATEMENT OF MATERIAL FACTS OF RECORD PURSUANT TO LOCAL RULE 56.1

1.  Plaintiffs in the Counterclaim/Third Party Claim are Michael Capizzi and Catherine Capizzi who have a principal place of address at 1725 Wedgewood Common, Concord, Massachusetts 01742.  (See Plaintiff's Verified "Answer, Counterclaims, Cross Claims and Answer to Cross Claims of Defendants Michael Capizzi and Catherine R. Capizzi" and amended version of same hereinafter referred to as "Third Party Complaint", ¶1.)

2.  The Defendant in the Counterclaim is States Resources which is an Iowa corporation.  See Third Party Complaint, ¶2.

3.  The Defendant Kevin Duffy is a resident of Lexington, Massachusetts.  (Third Party Complaint, ¶3.)

4.  The Capizzis are the former owners of property located at 236 Lincoln Road, Lincoln, Massachusetts.  See Third Party Complaint, ¶4.

5.     On October 19, 1988, the Capizzis executed an adjustable note (hereinafter the "Note") and a mortgage when purchasing the property 236 Lincoln Road, Lincoln, Massachusetts.  See ¶5 of Third Party Complaint.

6.     On September 30, 1998, States Resources Corporation acquired the Note.  See Third Party Complaint, ¶16.

7.     In January of 1999, States Resources Corporation declared the Capizzis in default of the Note and began foreclosure proceedings against the property at 236 Lincoln Road, Lincoln, Massachusetts.  See Third Party Complaint, ¶18.

8.     On numerous times, specifically on July 26, 1999, January 7, 2000, May 2000, July 27, 2000, and October 26, 2000, States Resources Corporation began foreclosure proceedings against the Capizzis.  See Third Party Complaint, ¶'s 22, 25, 28, 31 and 34.

9.     On or about June 20, 2001, the Capizzis filed a civil action against States Resources Corporation in the Middlesex Superior Court, C.A. 01-2618, seeking a declaratory judgment, damages for breach of contract and a violation of M.G.L. c.93A.  The case was removed to Federal Court, Case No. 01-CV-11298 DPW.  See Third Party Complaint, ¶39.

10.    The Capizzis' civil action in Federal Court, Case. No. 01-CV-11298 DPW, was dismissed without prejudice in 2002.  See Third Party Complaint, ¶40.

11.     The Capizzis filed a second civil action in Federal Court, Case No. 02-12319 DPW, which again sought a declaratory judgment, damages for breach of contract and a violation of M.G.L. c.93A.  See Third Party Complaint, ¶41.

12.     On June 9, 2003, the Federal Court dismissed, with prejudice, the Capizzis civil action Case No. 02-121319 DPW filed against States Resources Corporation.  See ¶51 of Third Party Complaint.

13.     No appeal was filed by the Capizzis on the court's dismissal of Case No. 02-12319 DPW.  See Docket Sheet of Case No. 02-12319 DPW.

14.     In Case No. 02-12319 DPW, the Court entered a judgment for the Plaintiff in Counterclaim States Resources Corporation in the amount of $875,203.38.  See Third Party Complaint, ¶52.

15.     States Resources Corporation held a foreclosure auction of the property at 236 Lincoln Road, Lincoln, Massachusetts on September 26, 2003.  See Third Party Complaint, ¶54.

16.     Kevin Duffy was the highest bidder at the auction, executed a Memorandum of Sale, and subsequently tendered the full bid price of $1,200,000.00 to States Resources Corporation.  See Third Party Complaint, ¶54.

17.    Duffy filed a summary process action against the Capizzis in the Concord District Court and after trial received a judgment for possession and money damages on December 18, 2003.  See Third Party Complaint, ¶57.

18.    The Capizzis filed a Notice of Appeal on the eviction and were ordered, per the Court, to file an appeal bond to perfect the appeal.  See Third Party Complaint, ¶'s 58 and 59.

19.    The Capizzis failed to post the appeal bond, which rendered their notice of appeal a nullity.   See Third Party Complaint, ¶60.

20.    Pursuant to an Execution issued from the Concord District Court of the Commonwealth of Massachusetts, Duffy had the Capizzis evicted from the property at 236 Lincoln Road, Lincoln, Massachusetts.  See Third Party Complaint, ¶'s 60 and 61.

21.    On March 16, 2004 the Capizzis filed a separate action in the Federal Court, C.A. No. 04-10533 DPW, against Kevin Duffy and States Resources Corporation alleging similar allegations as alleged in the Third Party Complaint.  The Capizzis also requested that the Court issue a temporary restraining order to enjoin Duffy from proceeding with his eviction.  The Court denied the request. See Docket Sheet attached hereto as Exhibit A.

22. On March 17, 2004 the Capizzis filed a civil action in the Middlesex Superior Court, C.A. No. MICV2004-01041 which alleged the same allegations and causes of action as alleged in this case. See copy of Complaint attached hereto as Exhibit B.

23. The Middlesex Superior Court, after a hearing on Capizzis request for a Memorandum of Lis Pendens dismissed the case. See copy of Court Order attached hereto as Exhibit C.

24. The Capizzis have filed an appeal of the dismissal referred to in ¶23 above to the Court of Appeals for the Commonwealth of Massachusetts. See Affidavit of Kevin Duffy. The appeal is still pending.

WHEREFORE, the Defendant respectfully requests that summary judgment be entered in his favor and that the Third Party Plaintiffs, Michael Capizzi and Catherine Capizzi pay the costs and attorneys fees incurred with this action.

Respectfully Submitted
Kevin Duffy,
By his Attorney,

/s/ Joseph M. Connors, Jr.
Joseph M. Connors, Jr.
BBO# 548622
Law Offices of Joseph M. Connors, Jr., P.C.
135 Beaver Street
Waltham, Massachusetts 02452
(781) 893-8200