UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10095-DPW

```
                                        )
STATES RESOURCES CORPORATION,           )
                 Plaintiff              )
                                        )
v.                                      )
                                        )
MICHAEL CAPIZZI, CATHERINE CAPIZZI,     )
THE ARCHITECTURAL TEAM, INC.,           )
GARRETT, INC., JOHN CONNOLLY, JR.,      )
MASSACHUSETTS DEPARTMENT OF             )
REVENUE, JAMES GRUMBACH AND             )
KEVIN DUFFY,                            )
                 Defendants             )
                                        )
```

**AFFIDAVIT OF KEVIN DUFFY**

I, Kevin P. Duffy, do depose and state the following under oath:

1. I was the highest bidder at a foreclosure auction conducted by States Resources Corporation of property at 236 Lincoln Road, Lincoln, Massachusetts on September 26, 2003.

2. I purchased the property at 236 Lincoln Road, Lincoln, Massachusetts on October 22, 2003, by tendering the full bid price and receiving a deed from States Resources Corporation.

1

3	I evicted the Capizzis from the property on March 17 and 18 of 2004. The eviction was conducted by a Constable pursuant to Execution issued by the Concord District Court after a trial on the merits and a judgment issue therefrom.

4.	On March 17, 2004 the Capizzis filed an action in the Middlesex Superior Court in which the same allegations were alleged as in the Third Party Complaint filed in this Court.

5.	The Middlesex Superior Court dismissed the Capizzis case. That dismissal has been appealed by the Capizzis and the appeal is pending in the Court of Appeals.

.

Signed under the pains and penalties of perjury, this __7th__ day of October, 2004.


                                            /s/ Kevin P. Duffy
                                            Kevin P. Duffy