UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

**CIVIL ACTION NO.
04-10095-DPW**

|  |  |
|---|---|
| STATES RESOURCES CORPORATION,<br>　　　　　　　Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, JAMES GRUMBACH AND<br>KEVIN DUFFY,<br>　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

　　　I, Joseph M. Connors, Jr., hereby certify that a true copy of the Kevin P. Duffy's Motion for Summary Judgment and supporting documents were served by first class mail on the following identified below on October __7__, 2004.

John Connolly, Jr.
Law Offices of John Connolly, Jr.
One Common Street
Wakefield, MA 01880

Michael & Catherine Capizzi
1725 Wedgewood Common
Concord, MA  01742

Kevin P. Geaney
Law Offices of John Connolly, Jr.
One Common Street
Wakefield, MA. 01880

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn: Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

                                                  /s/ Joseph M. Connors, Jr.
                                                  Joseph M. Connors, Jr.