UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10095DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION,<br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, JAMES GRUMBACH, AND<br>KEVIN DUFFY<br>　　　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**LOCAL RULE 7.1 (a)(2) CERTIFICATION**

　　　　Counsel for Kevin P. Duffy hereby certifies that all parties were conferred with in an effort to resolve or narrow the issues raided by Kevin P. Duffy's Motion for Summary Judgment.

|  |  |
|---|---|
|  | Respectfully submitted,<br>The Defendant,<br>Kevin P. Duffy,<br>By his Attorney,<br><br><br>/s/ Joseph M. Connors, Jr.<br>Joseph M. Connors, Jr.<br>BBO# 548622<br>Law Offices of Joseph M. Connors, Jr., P.C.<br>135 Beaver Street<br>Waltham, Massachusetts 02452 |
| Dated:  October 7, 2004 | (781) 893-8200 |