UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

**Civil Action No.:  04-10095DPW**

```
_____
                                          )
STATES RESOURCES CORPORATION              )
      Plaintiff                           )
                                          )
v.                                        )
                                          )
MICHAEL CAPIZZI, CATHERINE CAPIZZI,       )
THE ARCHITECTURAL TEAM, INC.,             )
GARRETT, INC., JOHN CONNOLLY, JR.,        )
MASSACHUSETTS DEPARTMENT OF               )
REVENUE, and JAMES GRUMBACH               )
      Defendants                          )
_____ )
```

## CERTIFICATE OF SERVICE

I, Stephanie M. Williams, hereby certify, that I served on the parties identified below copies of the following:

> 1.    **Renewed Motion For Summary Judgment of Garrett, Inc. and all accompanying documents**

by first class mail on October 8, 2004:

Michael and Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA  01742

Massachusetts Department of Revenue
Counsel for the Commissioner
ATTN:  Eileen McAuliffe
100 Cambridge Street
Boston, MA  02114

Joseph M. Connors, Esquire
Law Office of Joseph M. Connors, Jr.
135 Beaver Street
Waltham, MA  02452

Electronically by e-mail on October 4, 2004

John A. Doonan, Esq.
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213 C
Beverly, MA  01915

By First class mail on October 12, 2004:

Law Office of John Connolly, Jr.
Attn:  John Connolly, Jr.
Kevin P. Geaney
545 Salem Street
Wakefield, MA  01880


/s/Stephanie M. Williams
Stephanie M. Williams