UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.
04 10095-DPW

| | |
|---|---|
| STATE RESOURCES CORPORATION, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CAPIZZI, | ) |
| CATHERINE R. CAPIZZI, | ) |
| THE ARCHITECTURAL TEAM, INC., | ) |
| GARRETT, INC., | ) |
| JOHN CONNOLLY, JR., | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE, | ) |
| JAMES GRUMBACH, and KEVIN DUFFY, | ) |
| | ) |
| Defendants | ) |

## MOTION FOR ENLARGEMENT OF TIME PERIOD FOR DEFENDANTS' RESPONSES TO SUMMARY JUDGMENT MOTIONS OF STATES RESOURCES CORPORATION, KEVIN DUFFY AND GARRETT, INC.

Now come the Defendants, Michael Capizzi and Catherine R. Capizzi, in the above-entitled action who hereby move this Honorable Court to grant an enlargement of the time period prescribed for filing of the Defendants' responses to the partial summary judgment motion of Plaintiff States Resources Corporation and the motions for summary judgment of Defendant-in-Counterclaim Kevin Duffy and Defendant Garrett, Inc. from Friday, October 22, 2004, as specified in the Scheduling Order of the Court entered June 3, 2004 (Docket entry # 44) to Monday, November 1, 2004, to allow the Defendants additional time to prepare the responses to the three respective motions that deal with a substantial number of issues. The moving parties will not be prejudiced by the allowance of this motion, nor will any of the other parties to this

action.

The attorneys for Plaintiff States Resources Corp, Garrett, Inc., John Connolly, Jr. and The Architectural Team, Inc. have verbally assented to this motion. The attorney for Kevin Duffy has declined to assent to the enlargement, after consultation with his client.

The responses of Defendants Michael and Catherine Capizzi to the summary judgment motions will be served in ample time prior to the scheduling/status conference scheduled for November 16, 2004 and prior to the due date for filing a Status Report on November 9, 2004.

Dated: October 15, 2004

_____
Michael Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusett 01742
(978) 369-4894

_____
Catherine R. Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusett 01742
(978) 369-4894

2

## LOCAL RULE 7.1 (a)(2) CERTIFICATION

Defendants Michael Capizzi and Catherine R. Capizzi hereby certify that all parties were conferred with in an effort to resolve or narrow the issues raised by this Motion. Counsel for Plaintiff States Resources Corp., Garrett, Inc., John Connolly, Jr. and The Architectural Team, Inc. consented to the enlargement of time for filing Defendants' responses to each of the three motions for summary judgment. Counsel for Kevin Duffy, after consultation with his client, declined to assent to the motion.

Dated: October 15, 2004

                                          Michael Capizzi, pro se
                                          1725 Wedgewood Common
                                          Concord, Massachusett 01742
                                          (978) 369-4894

                                          Catherine R. Capizzi, pro se
                                          1725 Wedgewood Common
                                          Concord, Massachusett 01742
                                          (978) 369-4894

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of above document was served upon the attorney of record for each of the parties hereto by mail on the date set forth below.

Date: October 15, 2004

                                          Michael Capizzi

3