UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| STATES RESOURCES CORPORATION | ) |
|  | ) |
| Plaintiff | ) |
|  | ) Civil Action |
|  | ) No. 04 10095 DPW |
|  | ) |
| v. | ) |
|  | ) |
| MICHAEL CAPIZZI, | ) |
| CATHERINE R. CAPIZZI, | ) |
| THE ARCHITECTURAL TEAM, INC., | ) |
| GARRETT, INC., | ) |
| JOHN CONNOLLY, JR., | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE, | ) |
| JAMES GRUMBACH, | ) |
| KEVIN DUFFY, | ) |
|  | ) |
| Defendants | ) |

**STATES RESOURCES CORPORATION'S MOTION TO STRIKE**

NOW COMES the Plaintiff, States Resources Corporation, ("States"), by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this Honorable Court to strike certain portions of the affidavit of Robert Verrier, the managing officer of The Architectural Team, Inc., (hereinafter "Arch"), filed in support of Arch's Opposition to the Motions for Summary Judgment filed by Garrett, Inc. and States. As grounds therefore, States alleges that portions of Robert Verrier's affidavit do not comply with Federal Rules of Civil Procedure Rule 56(e), which states in pertinent part that affidavits "shall be made on personal knowledge, shall set forth such facts as

would be admissible in evidence and shall show affirmatively that the affiant is competent to testify to the matters therein."

  A Memorandum of Law is filed in support herewith.

Dated: November 8, 2004        /s/ John Doonan
                      John A. Doonan, Esq.
                      (BBO# 547838)
                      Doonan, Graves & Longoria, L.L.C.
                      100 Cummings Center, Suite 213C
                      Beverly, MA 01915
                      (978) 921-2670