UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION** )<br>)<br>**Plaintiff** )<br>)<br>)<br>) **Civil Action No. 04 10095 DPW**<br>)<br>**v.** )<br>)<br>**MICHAEL CAPIZZI,** )<br>**CATHERINE R. CAPIZZI,** )<br>**THE ARCHITECTURAL TEAM, INC.,** )<br>**GARRETT, INC.,** )<br>**JOHN CONNOLLY, JR.,** )<br>**MASSACHUSETTS DEPARTMENT OF REVENUE,** )<br>**JAMES GRUMBACH,** )<br>**KEVIN DUFFY,** )<br>)<br>**Defendants** )<br>) | |

## JOINT STATUS REPORT

The parties submit the following Status Report in preparation for the November 16, 2004 Scheduling/Status conference and pursuant to Judge Woodlock's Order dated June 3, 2004.

### A. Discovery

- Discovery closed on September 7, 2004, pursuant to this Court's Order. However, The Architectural Team's ("TAT") deposition of States Resources Corporation ("States") has not taken place due to States filing a Motion for a Protective Order. At this time, the parties are awaiting this Court's ruling on States' motion, before proceeding with the deposition.

### B. Pending Motions

- The Capizzis' Motion to Set Aside Default Judgment Under Rule 60(b) filed on June 8, 2004 in related civil action 02-cv-12319-DPW

- o Opposed by States

- The Capizzis' Motion to Amend Counterclaims filed on July 1, 2004 and re-filed on July 19, 2004

    - o Opposed by States and Kevin Duffy

- TAT's Second Motion to Amend Answer, Counterclaims and Cross-claim filed on July 8, 2004

    - o Opposed by States and Garrett, Inc.

- The Capizzis' Emergency Motion for Permission to Record a Memorandum of Lis Pendens filed on July 12, 2004

    - o Opposed by States

- States' Motion for a Protective Order filed on August 3, 2004

    - o Opposed by TAT

- Garrett Inc.'s Motion for Summary Judgment filed on October 4, 2004

    - o Opposed by the Capizzis and TAT

- States' Motion for Summary Judgment filed on October 6, 2004

    - o Opposed by the Capizzis and TAT

- Kevin Duffy's Motion for Summary Judgment filed on October 7, 2004

    - o Opposed by the Capizzis

- States' Motion to Strike Portions of Robert Verrier's Affidavit filed on November 8, 2004

**C. Final Pretrial Conference**

Respectfully submitted,

Dated: November 9, 2004

/s/ John A. Doonan
John A. Doonan, Esq.
Attorney for States Resources Corporation

/s/ Stephanie M. Williams  (by permission J.A.D.)
Stephanie M. Williams, Esq.
Attorney for Garrett, Inc.


/s/ Joseph M. Connors, Jr.  (by permission J.A.D.)
Joseph M. Connors, Jr., Esq.
Attorney for Kevin Duffy


/s/ Catherine R. Capizzi   (by permission J.A.D.)
Catherine R. Capizzi, Pro Se


/s/ Michael Capizzi  (by permission J.A.D.)
Michael Capizzi, Pro Se