UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION** )<br>)<br>**Plaintiff** )<br>)<br>) **Civil Action**<br>) **No. 04 10095 DPW**<br>)<br>v. )<br>)<br>**MICHAEL CAPIZZI,** )<br>**CATHERINE R. CAPIZZI,** )<br>**THE ARCHITECTURAL TEAM, INC.,** )<br>**GARRETT, INC.,** )<br>**JOHN CONNOLLY, JR.,** )<br>**MASSACHUSETTS DEPARTMENT OF REVENUE,** )<br>**JAMES GRUMBACH,** )<br>**KEVIN DUFFY,** )<br>)<br>**Defendants** )<br>) | |

## CERTIFICATE OF SERVICE

I, John A. Doonan, hereby certify that true and correct copies of the Joint Status Report have been served by placing same in the United States Mail, postage prepaid, on this the 9th day of November, 2004, to all of the individuals on the following service list. Furthermore, a draft of the Joint Status Report was sent to all parties, via email, on November 8, 2004 and Mr. and Mrs. Capizzi and counsel for Garrett, Inc. and Kevin Duffy assented to the report. Additionally, an email was sent to counsel for TAT on November 5, 2004, regarding the Joint Status Report; however, Attorney Ring filed his own Status Report on November 8, 2004. *See* Exhibit A (a true and correct copy of the email is attached hereto).

/s/ John A. Doonan
John A. Doonan, Esq.

**SERVICE LIST**

Michael Capizzi
1725 Wedgewood Common
Concord, MA 01742

Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA 01742

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn:  Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn:  John Connolly, Jr.
Kevin P. Geaney
545 Salem Street
Wakefield, MA 01880