UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.
04 10095-DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL CAPIZZI,<br>CATHERINE R. CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC.,<br>JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF REVENUE,<br>JAMES GRUMBACH, and KEVIN DUFFY,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO PERMIT THE FILING OF A REVISED CONCISE STATEMENT OF MATERIAL FACTS WITH EXHIBITS

Now come the Defendants and Plaintiffs-in-Counterclaim, Michael Capizzi and Catherine R. Capizzi (the "Capizzis"), in the above-entitled action who hereby move this Honorable Court to permit the filing of a revised concise statement of material facts with exhibits annexed in support of their opposition to the summary judgment motions of Plaintiff and Defendant-in-Counterclaim States Resources Corporation ("States"), Defendant-in-Counterclaim Kevin Duffy ("Duffy") and Defendant Garrett, Inc. ("Garrett").

The Capizzis filed their opposition to the summary judgment motions along with a supporting memorandum and a concise statement of material facts pursuant to LR 56.1 on November 1, 2004, as permitted by the Court. At the time of filing they became aware for the first time that LR 56.1 requires specific reference to affidavits, depositions and other

documentation and that the concise statement should include such references and attached exhibits. Because of the large number of different matters and proceedings included in the Capizzis opposition, it required an extraordinary amount of time and effort to locate all of the required exhibits.

Other than for a couple of minor corrections, the revised concise statement is the same as originally filed with references inserted and exhibits added. Not only will the additions add great clarity to the Capizzis' opposition, but they will aid in the understanding of each party's claim or response. None of the parties will be prejudiced by the allowance of this motion.

Dated: November 15, 2004

Michael Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusett 01742
(978) 369-4894

Catherine R. Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusett 01742
(978) 369-4894

## LOCAL RULE 7.1 (a)(2) CERTIFICATION

Defendants Michael Capizzi and Catherine R. Capizzi hereby certify that all parties were conferred with in an effort to resolve or narrow the issues raised by this Motion. Counsel for The Architectural Team, Inc. has consented to the late filing of the Capizzis' revised concise statement. Others have declined to assent to the motion.

Dated: November 15, 2004

*/s/ Michael Capizzi*
Michael Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusett 01742
(978) 369-4894

*/s/ Catherine R. Capizzi*
Catherine R. Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusett 01742
(978) 369-4894

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of above document was served upon the attorney of record for each of the parties hereto by mail on the date set forth below.

Date: November 15, 2004

*/s/ Michael Capizzi*
Michael Capizzi

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of above document was served upon the attorney of record for each of the parties hereto by hand on the date set forth below.

Date: November 16, 2004

_____
Michael Capizzi