UNITED STATES DISTRICT COURT         FILED
DISTRICT OF MASSACHUSETTS       IN CLERK'S OFFICE

CIVIL ACTION No.
04 10095-DPW                P 4: 08

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STATE RESOURCES CORPORATION, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CAPIZZI, | ) |
| CATHERINE R. CAPIZZI, | ) |
| THE ARCHITECTURAL TEAM, INC., | ) |
| GARRETT, INC., | ) |
| JOHN CONNOLLY, JR., | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE, | ) |
| JAMES GRUMBACH, and KEVIN DUFFY, | ) |
| | ) |
| **Defendants** | ) |
| | ) |

**OPPOSITION OF MICHAEL AND CATHERINE R. CAPIZZI TO MOTION FOR
PARTIAL SUMMARY JUDGMENT OF STATES RESOURCES CORPORATION AND
MOTION FOR SUMMARY JUDGMENT OF KEVIN DUFFY AND RENEWED
MOTION FOR SUMMARY JUDGMENT OF GARRETT, INC.**

Defendants and Plaintiffs-in-Counterclaim Michael Capizzi and Catherine R. Capizzi

(sometimes jointly referred to as the "Capizzis") hereby submit this combined opposition and

supporting memorandum pursuant to Fed. R. Civ. P. 56 to the Motion for Partial Summary

Judgment of States Resources Corporation ("States"), to the Motion for Summary Judgment of

Kevin Duffy ("Duffy") and to the Renewed Motion for Summary Judgment of Garrett, Inc.

("Garrett"). For convenience and in the interest of judicial economy a combined opposition and

supporting memorandum is submitted in response to the three summary judgment motions, all of

which deal with related and overlapping factual circumstances.

The Capizzis oppose any motion for summary judgment by States against their

counterclaim filed in this action against States and request that States motion for partial summary judgment be denied.

The Capizzis also oppose the motion for summary judgment by Kevin Duffy against their counterclaim and request that Kevin Duffy's motion for summary judgment be denied. Pursuant to Fed. R. Civ. P. 13(h), Kevin Duffy was made a party to the Capizzis' counterclaim in accordance with the provisions of Rule 20. Duffy has mistakenly referred to the Capizzis counterclaim as a "Third Party Complaint", apparently alluding to Fed. R. Civ. P. 14, and has referred to himself as a "Third Party Defendant." Duffy was joined in the counterclaim pursuant to Rule 13(h), and Rule 14 is not applicable to this proceeding.

Although the Capizzis did not file a claim against Garrett, they oppose Garrett's renewed motion for summary judgment on the grounds that Garrett acted as agent for States in conducting a wrongful foreclosure auction of the Capizzis property for which the Capizzis are holding States accountable. The Capizzis oppose Garrett's motion for summary judgment for many of the reasons cited by the Architectural Team and endorse their opposition to Garrett's motion for summary judgment.

## REQUEST FOR ORAL ARGUMENT

The Capizzis hereby request a hearing on these motions.

Dated: November 1, 2004

Michael Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusett 01742
(978) 369-4894

Catherine R. Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusett 01742
(978) 369-4894

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of above document was served upon the attorney of record for each of the parties hereto by mail on the date set forth below.

Date: November 2, 2004

Michael Capizzi