UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10095DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION<br>　　Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, and JAMES GRUMBACH<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO WITHDRAW AS COUNSEL FOR GARRETT, INC.**

I, Carmen A. Frattaroli, hereby move to withdraw as counsel for Garrett, Inc. in the above matter. Discovery has been substantially completed and there is no discovery currently scheduled. This matter has not yet been scheduled for trial. Summary Judgment arguments will not be heard until January 19, 2005. As such, my withdrawal at this time will not cause any delay or prejudice. Subsequent to my withdrawal, all notices and orders should be sent to the attention of:

**Mr. Garrett Healey**
**Garrett, Inc.**
**76 High Street**
**Danvers, MA 01923**

**or**

**Email: gara17@aol.com**

                          Respectfully submitted,
                          Counsel for Garrett, Inc.


/s/ Carmen A. Frattaroli
CARMEN A. FRATTAROLI, BBO #177960
Law Office of Carmen A. Frattaroli
76 Lafayette Street
Salem, MA  01970

Dated: December 14, 2004                (978) 740-9501