UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10095DPW

|  |  |
|---|---|
| STATES RESOURCES CORPORATION<br>　　　Plaintiff<br><br>v.<br><br>MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, and JAMES GRUMBACH<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**LOCAL RULE 7.1 (a)(2) CERTIFICATION**

Counsel for Garrett, Inc. hereby certifies that all parties were conferred with in order to resolve or narrow any issues raised by the Motion to Withdraw of Carmen A. Frattaroli and the Motion to Withdraw of Stephanie M. Williams.  Based on the responses received from counsel for States Resources Corporation and The Architectural Team, Inc. and from Mr. and Mrs. Capizzi, it is anticipated that those parties will not be filing any opposition.  Counsel for Third-Party Defendant, Kevin Duffy, and counsel for Defendant, John Connolly, Jr., were notified of my intention to file the Motions and, to date, have not given any indication that they oppose the Motions or that there are even issues to be narrowed.  James Grumbach previously disavowed any interest in the case and the Department of Revenue never answered or filed an appearance in the matter.

2

        Respectfully submitted,
        The Defendant,
        Garrett, Inc.
        By Their Attorney,

        /s/ Stephanie M. Williams    _____
        STEPHANIE M. WILLIAMS, BBO #560149
        CARMEN A. FRATTAROLI, BBO # 177960
        Law Office of Carmen A. Frattaroli
        76 Lafayette Street
        Salem, MA  01970
Date: December 16, 2004        (978) 740-9501