UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

Civil Action No.: 04-10095DPW

|  |  |
|---|---|
| **STATES RESOURCES CORPORATION** <br> Plaintiff <br><br> v. <br><br> **MICHAEL CAPIZZI, CATHERINE CAPIZZI, THE ARCHITECTURAL TEAM, INC., GARRETT, INC., JOHN CONNOLLY, JR., MASSACHUSETTS DEPARTMENT OF REVENUE, and JAMES GRUMBACH** <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Stephanie M. Williams, hereby certify, that I served on the parties identified below copies of the following:

by first class mail on December 16, 2004:

Massachusetts Department of Revenue
Counsel for the Commissioner
ATTN: Eileen McAuliffe
100 Cambridge Street
Boston, MA  02114

Law Office of John Connolly, Jr.
Attn: John Connolly, Jr.
Kevin P. Geaney
545 Salem Street
Wakefield, MA  01880

By electronic mail on December 16, 2004:

Mr. Garrett Healey
Garrett, Inc.
76 High Street
Danvers, MA 01923

|  |  |
|---|---|
|  | Respectfully submitted,<br>Counsel for Garrett, Inc. |
|  |  |
|  | /s/ Stephanie M. Williams<br>STEPHANIE M. WILLIAMS, BBO #560149<br>Law Office of Carmen A. Frattaroli<br>76 Lafayette Street<br>Salem, MA  01970 |
| Dated: December 16, 2004 | (978) 740-9501 |