UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10095DPW

|  |  |
|---|---|
| STATES RESOURCES CORPORATION<br>     Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, and JAMES GRUMBACH<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

REQUEST FOR HEARING ON
MOTION TO WITHDRAW AS COUNSEL FOR GARRETT, INC.

   Counsel for Garrett, Inc. hereby request a hearing on their Motions to Withdraw As Counsel for Garrett, Inc.

                                        Respectfully submitted,
                                        Counsel for Garrett, Inc.


                                        /s/ Stephanie M. Williams
                                        CARMEN A. FRATTAROLI, BBO #177960
                                        STEPHANIE M. WILLIAMS # 560149
                                        Law Office of Carmen A. Frattaroli
                                        76 Lafayette Street
                                        Salem, MA  01970
Dated: December 16, 2004                (978) 740-9501