UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

Civil Action No.: 04-10095DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION<br>      Plaintiff<br><br>v.<br><br>MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, and JAMES GRUMBACH<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Stephanie M. Williams, hereby certify, that I served on the parties identified below copies of the following:

Motion to Withdraw As Counsel for Garrett, Inc. (Carmen Frattaroli)
Motion to Withdraw As Counsel for Garrett, Inc. (Stephanie Williams)
Certificate of Consultation
Request for Hearing

by first class mail on December 16, 2004:

Massachusetts Department of Revenue
Counsel for the Commissioner
ATTN: Eileen McAuliffe
100 Cambridge Street
Boston, MA  02114

Law Office of John Connolly, Jr.
Attn: John Connolly, Jr.
Kevin P. Geaney
545 Salem Street
Wakefield, MA  01880

By electronic mail on December 16, 2004:

Mr. Garrett Healey
Garrett, Inc.
76 High Street
Danvers, MA 01923

                                                Respectfully submitted,
                                                Counsel for Garrett, Inc.


                                                /s/  Stephanie M. Williams
                                                STEPHANIE M. WILLIAMS, BBO #560149
                                                Law Office of Carmen A. Frattaroli
                                                76 Lafayette Street
                                                Salem, MA  01970
Dated: December 16, 2004                       (978) 740-9501