UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL CAPIZZI,<br>CATHERINE R. CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC.,<br>JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF REVENUE,<br>JAMES GRUMBACH,<br>KEVIN DUFFY,<br><br>    Defendants | Civil Action<br>No. 04 10095 DPW |

## CERTIFICATE OF SERVICE

I, John A. Doonan, hereby certify that true and correct copies of Exhibit L of States Resources Corporation's Memorandum in Support of its Motion for Summary Judgment (Document #90) have been served by placing same in the United States Mail, postage prepaid, on this the 13th day of January, 2005, to all of the individuals on the following service list.

/s/ John A. Doonan
John A. Doonan, Esq.

## SERVICE LIST

Michael Capizzi
1725 Wedgewood Common
Concord, MA 01742

Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA 01742

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn: Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn: John Connolly, Jr.
Kevin P. Geaney
545 Salem Street
Wakefield, MA 01880