UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 04 10095 DPW |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CAPIZZI, ET AL. ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |

**STATES RESOURCES CORPORATION'S MOTION
REQUIRING A $50,000.00 BOND TO BE POSTED FOR COSTS ON APPEAL**

NOW COMES the Plaintiff, States Resources Corporation ("States"), by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this Honorable Court, to grant its Motion Requiring a $50,000.00 Bond to be Posted For Costs on Appeal.

In support of its Motion, Plaintiff submits the attached memorandum of law.


Date: January 26, 2005                /s/ John Doonan
                                      John A. Doonan, Esq.  (BBO# 547838)
                                      Reneau J. Longoria, Esq. (BBO# 635118)
                                      Doonan, Graves & Longoria, L.L.C.
                                      100 Cummings Center, Suite 213C
                                      Beverly, MA  01915
                                      (978) 921-2670