UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION,**     ) | |
| )  | |
| Plaintiff    ) | |
| )  | **Civil Action No. 04 10095 DPW** |
| v.    ) | |
| )  | |
| **MICHAEL CAPIZZI, ET AL.**    ) | |
| )  | |
| Defendants    ) | |
| )  | |

**MEMORANDUM IN SUPPORT OF STATES RESOURCES CORPORATION'S MOTION REQUIRING A $50,000.00 BOND TO BE POSTED FOR COSTS ON APPEAL**

In support of States Resources Corporation's ("States") Motion Requiring a $50,000.00 Bond to be Posted for Costs on Appeal, the Plaintiff, by and through its attorneys, Doonan, Graves & Longoria, LLC, hereby submits the following memorandum of law.

**I. STANDARD OF REVIEW**

Pursuant to Fed. R. App. P. 7, the District Court has discretion in determining whether to require a bond or other security for costs on appeal and the amount of such bond, if required.

**II. ARGURMENT**

Plaintiff requests that this Court require a $50,000.00 bond to be filed to ensure payment of all costs on appeal due to the litigious history regarding the property located at 236 Lincoln Road, Lincoln, MA ("the Property") and the vexatious behavior of parties in this action. States believes it is necessary that this Court require a $50,000.00 bond to be filed by any appellant in this action, in order to protect all parties from the unreasonable conduct and frivolous claims of some litigants, as well as, the excessive costs involved in appealing this case.

As noted by this Court, the Capizzis have unsuccessfully been before this Court in three prior civil actions regarding the foreclosure action instituted by States Resources Corporation against the Property.[1]  Furthermore, they have raised the same issues as those in the three federal district court actions, in four separate bankruptcy petitions (three of which have been dismissed by Judge Feeney for cause) and, most recently, in a state superior court action filed in Middlesex Superior Court.  Like the previous actions in federal court, this case was dismissed on April 13, 2004.  In continuing with their litigious behavior, the Capizzis filed a Motion for Reconsideration of Motion to Record Memorandum of Lis Pendens and Dismissal of Case Pursuant to Mass. G.L. c. 84 § 15.  Said motion was denied on April 29, 2004.  The Capizzis appealed the denial of the motion and dismissal to a single justice of the Court of Appeals, who also denied their request.  The Capizzis then appealed to the Massachusetts Appeals Court, who is currently reviewing the parties' briefs.

Not only has States had to face the Capizzis in numerous cases, in which they unsuccessfully raised the same issues they attempted to litigate in this forum, in this case specifically, there has been a complete disregard for the efficient resolution of this action on the part of some litigants by overburdening all parties with their frivolous allegations, voluminous papers and egregious behavior.  Because some litigants in this case have demonstrated an undeniable lack of respect for the judicial process, States requests that the Court require any appellant file a $50,000.00 bond to ensure the payment of all costs on appeal.

**II. CONCLUSION**

The Plaintiff respectfully requests that this Court grant its Motion for Requiring a $50,000.00 Bond to be Posted For Costs on Appeal and for such further relief as this Court deems just.

---

[1] C.A. No. 01-11298-DPW, C.A. No. 02-12319-DPW and C.A. No. 04-10533-DPW

2

3

                Respectfully Submitted,

Date: January 26, 2005          /s/ John A. Doonan
                                      John A. Doonan, Esq. (BBO# 547838)
                                      Reneau J. Longoria, Esq. (BBO#635118)
                                      Doonan, Graves & Longoria, L.L.C.
                                      100 Cummings Center, Suite 213C
                                      Beverly, MA  01915
                                      (978) 921-2670