UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION,**     ) | |
| ) | |
| **Plaintiff**     ) | |
| ) | Civil Action No. 04 10095 DPW |
| ) | |
| **v.**     ) | |
| ) | |
| **MICHAEL CAPIZZI, ET AL.**     ) | |
| ) | |
| ) | |
| **Defendants**     ) | |
| ) | |

**STATES RESOURCES CORPORATION'S MOTION
FOR FINAL JUDGMENT**

NOW COMES the Plaintiff, States Resources Corporation ("States"), by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this Honorable Court, to grant its Motion for Final Judgment.

In support of its Motion for Final Judgment, Plaintiff submits the attached memorandum of law, affidavit of John Doonan and proposed Final Judgment.

Date: January 26, 2005            /s/ John Doonan
                                                    John A. Doonan, Esq. (BBO# 547838)
                                                    Reneau J. Longoria, Esq. (BBO# 635118)
                                                    Doonan, Graves & Longoria, L.L.C.
                                                    100 Cummings Center, Suite 213C
                                                    Beverly, MA 01915
                                                    (978) 921-2670