UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION,** )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>**MICHAEL CAPIZZI, ET AL.** )<br>)<br>Defendants )<br>)<br>) | **Civil Action No. 04 10095 DPW** |

**MEMORANDUM IN SUPPORT OF STATES RESOURCES CORPORATION'S MOTION FOR FINAL JUDGMENT**

In support of States Resources Corporation's ("States") Motion for Final Judgment, the Plaintiff, by and through its attorneys, Doonan, Graves & Longoria, LLC, hereby submits the following memorandum of law.

**I. DISBURSEMENT OF SURPLUS FUNDS**

On January 20, 2005, this Court (1) granted States' Motion for Summary Judgment against The Architectural Team ("TAT") and Michael and Catherine Capizzi ("Capizzis"); (2) granted Garrett, Inc.'s Motion for Summary Judgment; and (3) granted Kevin Duffy's Motion for Summary Judgment against the Capizzis. In accordance with the Memorandum and Order, dated January 20, 2005, States requests that this Court grant final judgment and authorize States to disburse the surplus funds in the following manner.

As stated in the Complaint, Kevin Duffy purchased the property located at 236 Lincoln Road, Lincoln, MA ("the Property") at a foreclosure sale held on September 26, 2003 for $1,200,000.00. The total outstanding debt owed to States as of October 29, 2003 was $932,630.87, made up of a principal balance of $651,277.66, interest in the amount of $181,781.09,

late charges totaling $6,628.66, impound in the amount of $9,434.97, and fees and costs in the amount of $83,508.49.  This amount has been collected by States, but continues to accrue legal fees and costs.  Pursuant to an agreement negotiated between States and TAT, States disbursed $210,096.33 from the surplus funds to TAT on November 11, 2003.  States is currently holding in escrow $5,000.00 from the July 2003 foreclosure sale, in which Linda Micu was the high bidder, plus surplus funds in the amount of $57,272.80 from the September 2003 foreclosure sale.  Accordingly, there is $62,272.80 for distribution.

Pursuant to this Court's January 20, 2005 Memorandum and Order, States requests Final Judgment and disbursement of $48,459.20 to Garrett, Inc., which represents payment in full for services provided in the sale of the Property.  States requests permission to disburse the remaining surplus funds in the amount of $13,813.60 to itself for costs and attorney fees incurred in this action and other related bankruptcy litigation.  To date and since October 29, 2003, States has incurred additional legal fees and costs in the amount of $30,908.03, notwithstanding the fees and costs incurred the civil action currently on appeal before Massachusetts Appeals Court.  *See* John A. Doonan's Affidavit.

## II. CONCLUSION

The Plaintiff respectfully requests that this Court grant its Motion for Final Judgment and authorize the disbursement of $48,459.20 to Garrett, Inc. and $13,813.60 to States.

Respectfully Submitted,

Date: January 26, 2005

/s/ John A. Doonan
John A. Doonan, Esq. (BBO# 547838)
Reneau J. Longoria, Esq. (BBO#635118)
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA  01915
(978) 921-2670

2