UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION,** )<br>)<br>**Plaintiff** )<br>)<br>)<br>)<br>v. )<br>)<br>**MICHAEL CAPIZZI, ET AL.** )<br>)<br>)<br>)<br>**Defendants** )<br>) | **Civil Action No. 04 10095 DPW** |

**FINAL JUDGMENT**

In accordance with 1) the Court granting summary judgment in favor of States Resources Corporation and against The Architectural Team, Inc. and Michael and Catherine Capizzi; 2) the Court granting summary judgment in favor of Garrett, Inc.; 3) the Court granting summary judgment in favor of Kevin Duffy and against Michael and Catherine Capizzi; and 4) upon the application of States Resources Corporation for final judgment, it is hereby ORDERED, ADJUDGED and DECREED:

1. That States Resources Corporation disburse the remaining surplus funds in the amount of $62,272.80 in the following manner:

    a. $48,459.20 to Garrett, Inc. in consideration for auctioneer services rendered in connection with the foreclosure the Property; and

    b. $13,813.60 to States Resources Corporation for costs and attorney fees incurred in this action and related bankruptcy litigation.

2. Judgment enter for States Resources Corporation and against The Architectural Team, Inc. and Michael and Catherine Capizzi.

3. Judgment enter for Garrett, Inc.

    4.   Judgment enter for Kevin Duffy and against Michael and Catherine Capizzi.


Dated: _____     _____
                                                                  Deputy Clerk