UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION,<br><br>**Plaintiff**<br><br>v.<br><br>MICHAEL CAPIZZI, ET AL.<br><br>**Defendants** | Civil Action No. 04 10095 DPW |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I, John A. Doonan, attorney for States Resources Corporation, hereby certify that on January 25, 2005, this office distributed an email to all counsel and parties seeking to, in good faith, resolve or narrow the issues addressed in the Motion for Final Judgment and the Motion Requiring a $50,000.00 Bond to be Posted For Costs on Appeal.

Dated: January 26, 2005

/s/ John A. Doonan
Reneau J. Longoria, Esq. (BBO# 635118)
John A. Doonan, Esq. (BBO# 547838)
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA 01915
(978) 921-2670