## UNITED STATES OF AMERICA
## DISTRICT COURT OF MASSACHUSETTS

**CIVIL ACTION NO. 04-10095 DPW**

|  |  |
|---|---|
| **STATE RESOURCES CORPORATION,** | ) |
| **PLAINTIFF** | ) |
|  | ) |
| **V.** | ) |
|  | ) |
| **MICHAEL CAPIZZI, CATHERINE** | ) |
| **CAPIZZI, THE ARCHITECTURAL TEAM,** | ) |
| **INC., GARRETT, INC., JOHN CONNOLLY,** | ) |
| **JR., MASSACHUSETTS DEPARTMENT** | ) |
| **OF REVENUE, JAMES GRUMBACH,** | ) |
| **DEFENDANTS** | ) |
|  | ) |

## KEVIN P. DUFFY'S RESPONSE TO STATES RESOURCES CORPORATION'S MOTION REQUIRING A $50,000 BOND FOR APPEAL

Now comes Kevin P. Duffy ("Duffy") Third Party Defendant in the above-entitled interpleader action and hereby concurs with States Resources Corporation's ("States") Motion Requiring a $50,000 Bond to be posted for costs on appeal.

Duffy acknowledges that this Motion may be premature, however, it agrees with States that if an appeal is filed, this Court may "require an appellant to file a bond or provide other security in any form and any amount necessary to ensure payment of costs on appeal", pursuant to Fed. R. App. P. 7.

Considering that this Court granted Summary Judgment in this case because among things, several causes of action here were already litigated in other cases, further appellate litigation may be considered unnecessary and frivolous.

All parties to this Interpleader have already expended time and expenses in this case, when all these issues were already litigated in other cases or other courts.

Duffy continues to incur attorneys' fees, and costs associated with this case, and he also continues to accrue carrying costs on the property at 236 Lincoln Road, Lincoln, Massachusetts of up to $240 per day.  Duffy's ability to sell the property is limited due to the Capizzi's claim in this case and in the case now pending in the Court of Appeals for the Commonwealth of Massachusetts.

Duffy moves this Honorable Court to order the posting of a bond for costs incurred by all parties subject to the appeal.

Kevin Duffy,
By his Attorney,


/s/ Joseph M. Connors, Jr.
Joseph M. Connors, Jr.
BBO# 548622
Law Offices of Joseph M. Connors, Jr.
135 Beaver Street
Waltham, Massachusetts  02452
781-893-8200