UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

**CIVIL ACTION NO. 04-10095 DPW**

|  |  |
|---|---|
| STATE RESOURCES CORPORATION, <br> PLAINTIFF <br><br> V. <br><br> MICHAEL CAPIZZI, CATHERINE CAPIZZI, THE ARCHITECTURAL TEAM, INC., GARRETT, INC., JOHN CONNOLLY, JR., MASSACHUSETTS DEPARTMENT OF REVENUE, JAMES GRUMBACH, <br> DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**CERTIFICATE OF SERVICE**

    I, Joseph M. Connors, Jr., certify that I have this ___2nd___ day of February, 2005 served the attached, Kevin P. Duffy's Response to States Resources Corporation Motion Requiring a $50,000 Bond for Appeal, by first class mail, on John Doonan, Attorney for States Resources Corporation, at Doonan, Graves & Longoria, LLC, 100 Cummings Park, Suite 2136, Beverly, MA  01915; Michael Capizzi and Catherine R. Capizzi at 1725 Wedgewood Common, Concord, Massachusetts  01742; Massachusetts Department of Revenue, Counsel for the Commissioner, Attn:  Eileen McAuliffe, 100 Cambridge Street, Boston, MA  02114; and Law Offices of John Connolly, Jr., Attn:  John Connolly, Jr., and Kevin P. Geaney, 545 Salem Street, Wakefield, MA  01880.

    Signed under the pains and penalties of perjury this ___2nd___ day of February, 2005.

                                                   /s/ Joseph M. Connors, Jr.
                                                 Joseph M. Connors, Jr.