UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10095DPW

| | |
|---|---|
| STATES RESOURCES CORPORATION<br>    Plaintiff<br><br>v.<br><br>MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, and JAMES GRUMBACH<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SUBMISSION OF GARRETT, INC. REGARDING
DISPOSITION OF COUNTERCLAIMS

Pursuant to the Court's Order dated January 20, 2005, Garrett Inc. hereby submits the following proposal for the disposition of the five counterclaims it has pending against the plaintiff, States Resources Corporation: Garrett is willing to agree to or stipulate to a dismissal **WITHOUT PREJUDICE** of counts I through V of its Verified Counterclaim.

    Respectfully submitted,
    The Defendant,
    Garrett, Inc.
    By Their Attorney,

    /s/ Stephanie M. Williams
    STEPHANIE M. WILLIAMS, BBO #560149
    CARMEN A. FRATTAROLI, BBO # 177960
    Law Office of Carmen A. Frattaroli
    76 Lafayette Street
    Salem, MA  01970

Date: February 2, 2004    (978) 740-9501

1