UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

Civil Action No.:  04-10095DPW

|  |  |
|---|---|
| STATES RESOURCES CORPORATION<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| MICHAEL CAPIZZI, CATHERINE CAPIZZI,<br>THE ARCHITECTURAL TEAM, INC.,<br>GARRETT, INC., JOHN CONNOLLY, JR.,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, and JAMES GRUMBACH<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Stephanie M. Williams, hereby certify, that I served on the parties identified below copies of the following:

**Submission of Garrett, Inc. Regarding Disposition of Counterclaims**

by first class mail on February 2, 2005:

Massachusetts Department of Revenue
Counsel for the Commissioner
ATTN:  Eileen McAuliffe
100 Cambridge Street
Boston, MA  02114

Law Office of John Connolly, Jr.
Attn:  John Connolly, Jr. and
Kevin P. Geaney
545 Salem Street
Wakefield, MA  01880

Michael and Catherine Capizzi
1725 Wedgewood Commons
Concord, MA  01742

                                                         Respectfully submitted,
                                                         Counsel for Garrett, Inc.

                                                         /s/  Stephanie M. Williams
                                                         STEPHANIE M. WILLIAMS, BBO #560149
                                                         Law Office of Carmen A. Frattaroli
                                                         76 Lafayette Street
                                                         Salem, MA  01970
Dated: February 2, 2005                     (978) 740-9501