UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
STATES RESOURCES CORP.,        )
        Plaintiff,             )
                               )       CIVIL ACTION NO.
        v.                     )       04-10095-DPW
                               )
MICHAEL CAPIZZI et al.,        )
        Defendants.            )
```

JUDGMENT
February 4, 2005

In accordance with (a) the Memorandum and Order entered January 20, 2005: 1) granting summary judgment in favor of States Resources Corporation and against The Architectural Team, Inc. and Michael and Catherine Capizzi on the claims of The Architectural Team, Inc. and Michael and Catherine Capizzi; 2) granting summary judgment in favor of Kevin Duffy and against Michael and Catherine Capizzi on the claims of Michael and Catherine Capizzi; (3) granting summary judgment in favor of Garrett, Inc. establishing entitlement to fees; and (b) the submission of Garrett, Inc. agreeing to dismiss without prejudice its counterclaims against States Resources Corporation upon the application of States Resources Corporation for final judgment in this interpleader action, it is hereby ORDERED, ADJUDGED and DECREED:

1. That States Resources Corporation disburse the remaining surplus funds in the amount of $62,272.80 in the following manner:

   a. $48,459.20 to Garrett, Inc. in consideration for auctioneer services rendered in connection with the foreclosure sale of the Property; and

   b. $13,813.60 to States Resources Corporation for costs and attorney fees incurred in this action and related bankruptcy litigation.

2. Judgment for States Resources Corporation and against The Architectural Team, Inc. and Michael and Catherine Capizzi.

3. Judgment for Kevin Duffy and against Michael and Catherine Capizzi.

4. The counterclaims of Garrett, Inc. against States Resources Corporation be dismissed without prejudice.

5. The crossclaim of John Connolly, Jr. against Michael and Catherine Capizzi be dismissed without prejudice.

6. The crossclaim of The Architectural Team, Inc. against Catherine Capizzi be dismissed without prejudice.


Dated: February 4, 2005          /s/ Michelle Rynne
                                 Deputy Clerk