# United States District Court
# Eastern District of Massachusetts

Civil Action No. 04 10095 DPW

_____

STATES RESOURCES CORPORATION

Plaintiff

v.

MICHAEL CAPIZZI,
CATHERINE R. CAPIZZI,
THE ARCHITECTURAL TEAM, INC.,
JOHN CONNOLLY, JR.,
GARRETT, INC.
MASSACHUSETTS DEPARTMENT OF REVENUE,
JAMES GRUMBACH
KEVIN DUFFY

Defendants

_____

### OPPOSITION AND RESPONSE OF THE ARCHITECTURAL TEAM, INC. TO MOTION(S) FOR APPEAL BOND AND REQUEST FOR ORAL ARGUMENT

The Architectural Team, Inc. (Tat) opposes STATES RESOURCES CORPORATION'S MOTION REQUIRING A $50,000.00 BOND TO BE POSTED FOR COSTS ON APPEAL [joined in by response by other parties] collectively referred to as the "BOND MOTION" as it applies to Tat. This response is filed notwithstanding the premature service of such BOND MOTION(s) by States Resources Corporation (States) et.al, and without *actual* consultation, in derogation of Local

Rule.7.1 (a)(2).

Not a scintilla of evidence before the Court remotely suggests Tat "joined" with the "Capizzis" "in…battle" in any matter, at any time, at any place, upon any issue, for any reason, for any purpose.  Tat seeks adjudication and review of Tat's rights' only.

The claim of the breach of the fiduciary duty owed Tat by States Resources Corporation as matter of law; the admitted non disclosures to Tat; the disproportional engagement fee of the auctioneer by a fiduciary to the detriment of all creditors junior to States; and, other issues set forth in memorandums and in affidavits and the concise statement of fact filed by Tat, present a clear and precise series of good faith issues that may be presented by right to the United States Court of Appeals, without being "joined" with the "Capizzis".  The appeal of Tat will be filed in good faith based upon the applicable law regarding legal issues that are Tat's and not in any conspiracy with any other.

In the litigation Tat has set forth its rights and remedies in good faith and with a basis of reason, logic and law.  A fiduciary duty was owed Tat and the admitted non-disclosure of both voice mail and the binding written offer are admitted on the record.  The appeal by Tat is not

a joining "in battle" with the "Capizzis", but a serious effort at judicial review.  After a decade plus of litigation by Tat as against the "Capizzis" in the Massachusetts Courts, Tat has in each instance before the Superior Court and Massachusetts Court of Appeals, sustained its position as affirmed by each court.  Tat's appeal is not as a conspirator with any other, particularly not with "Capizzis".

The BOND MOTIONS were never delivered for review or comment to Tat or orally discussed by any filing party as mandated by applicable local rule, <u>supra</u> prior to either filing or service.

Tat reserves it rights to appeal final judgment.

Respectfully, Tat request that as to Tat the motion(s) for bond be, denied.

### REQUEST FOR ORAL ARGUMENT

The Architectural Team, Inc. respectfully request oral argument on all issues and motions.

3

4

        **Respectfully submitted,**

        **By its Attorney,**
          **s/Jordan Lewis Ring**
        **Jordan Lewis Ring, Esquire**
        **Attorney for:**
        **The Architectural Team, Inc.**
        **RING LAW FIRM**
        **4 Longfellow Place 37th Floor**
        **Boston, Massachusetts 02114**
        **BBO# 420980**
        **jordanlewisring@masslawyer.us**
**February 9, 2005**        **617-558-9800/fax 617-558-9801**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MASSACHUSETTS
# CIVIL ACTION NO 04-10095DPW

**STATES RESOURCES CORPORATION,**

**Plaintiff**

**v.**

**MICHAEL CAPIZZI,
CATHERINE R. CAPIZZI,
THE ARCHITECTURAL TEAM, INC.,
JOHN CONNOLLY, JR.,
GARRETT, INC.
MASSACHUSETTS DEPARTMENT OF REVENUE,
JAMES GRUMBACH
KEVIN DUFFY**

**Defendants**

### CERTIFICATE OF SERVICE MA R USDCT LR 5.2

### OPPOSITION AND RESPONSE OF THE ARCHITECTURAL TEAM, INC.TO MOTION(S) FOR APPEAL BOND

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by electronic service as provided in the docket
**ELECTRONIC FILING TO ALL E-MAIL ADDRESSES**

**February 9, 2005**

                                  **Respectfully submitted.
By its Attorney,
   s/Jordan Lewis Ring
Jordan Lewis Ring, Esquire
Attorney for:
The Architectural Team, Inc.
RING LAW FIRM
4 Longfellow Place 37th Floor
Boston, Massachusetts 02114
BBO# 420980
jordanlewisring@masslawyer.us
617-558-9800/fax 617-558-9801**

5