UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Civil Action No. 04 10095 DPW |
| ) | |
| v. ) | |
| ) | |
| **MICHAEL CAPIZZI, ET AL.** ) | |
| ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**STATES RESOURCES CORPORATION'S MOTION
REQUESTING PERMISSION TO FILE A REPLY TO THE ARCHITECTURAL TEAM,
INC.'S OPPOSITION TO ITS MOTION REQUIRING A $50,000.00 BOND BE POSTED
FOR COSTS ON APPEAL**

NOW COMES the Plaintiff, States Resources Corporation ("States"), by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby moves this Honorable Court, to grant its motion and allow it to file a reply to The Architectural Team, Inc.'s Opposition.

In support of its motion, Plaintiff submits States' Reply to The Architectural Team's Opposition to its Motion Requiring a $50,000.00 Bond to be Posted for Costs on Appeal.

Date: February 16, 2005          /s/ John Doonan
                                  John A. Doonan, Esq.  (BBO# 547838)
                                  Reneau J. Longoria, Esq. (BBO# 635118)
                                  Doonan, Graves & Longoria, L.L.C.
                                  100 Cummings Center, Suite 213C
                                  Beverly, MA  01915
                                  (978) 921-2670