UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION,** )<br>)<br>Plaintiff )<br>)<br>) | Civil Action No. 04 10095 DPW |
| v. )<br>)<br>**MICHAEL CAPIZZI, ET AL.** )<br>)<br>Defendants ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I, John A. Doonan, attorney for States Resources Corporation, hereby certify that in light of The Architectural Team, Inc.'s counsel's previous behavior and its behavior concerning States' motion for an appeal bond, no attempt was made to confer with counsel to resolve or narrow the issues presented herein.

Dated: February 16, 2005

/s/ John A. Doonan
Reneau J. Longoria, Esq. (BBO# 635118)
John A. Doonan, Esq. (BBO# 547838)
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA  01915
(978) 921-2670