# United States District Court
# Eastern District of Massachusetts

### Civil Action No. 04 10095 DPW

---

**STATES RESOURCES CORPORATION**

**Plaintiff**

**v.**

**MICHAEL CAPIZZI,**
**CATHERINE R. CAPIZZI,**
**THE ARCHITECTURAL TEAM, INC.,**
**JOHN CONNOLLY, JR.,**
**GARRETT, INC.**
**MASSACHUSETTS DEPARTMENT OF REVENUE,**
**JAMES GRUMBACH**
**KEVIN DUFFY**

**Defendants**

---

# NOTICE OF APPEAL
## TO THE FIRST CIRCUIT COURT OF APPEALS FROM THE JUDGMENT AND ORDER OF THE DISTRICT COURT, EASTERN DISTRICT OF MASSACHUSETTS

Notice is hereby given that The Architectural Team, Inc., Defendant and Plaintiff in Counterclaim in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the ORDER and JUDGMENT dated and entered on February 4, 2005, as it relates to the claims and issues and orders and judgments as relate to The Architectural Team, Inc., as entered and contained in the filing of February 4, 2005[ 141] in this action.

March 7, 2005

Respectfully submitted.
By its Attorney,
  s/Jordan Lewis Ring
Jordan Lewis Ring, Esquire
Attorney for:
The Architectural Team, Inc.
RING LAW FIRM
4 Longfellow Place 37th Floor
Boston, Massachusetts 02114
BBO# 420980
jordanlewisring@masslawyer.us
617-558-9800/fax 617-558-9801



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MASSACHUSETTS
# CIVIL ACTION NO 04-10095DPW

**STATES RESOURCES CORPORATION,**

**Plaintiff**

**v.**

**MICHAEL CAPIZZI,**
**CATHERINE R. CAPIZZI,**
**THE ARCHITECTURAL TEAM, INC.,**
**JOHN CONNOLLY, JR.,**
**GARRETT, INC.**
**MASSACHUSETTS DEPARTMENT OF REVENUE,**
**JAMES GRUMBACH**
**KEVIN DUFFY**

**Defendants**

## NOTICE OF APPEAL
## TO THE FIRST CIRCUIT COURT OF APPEALS FROM THE
## JUDGMENT AND ORDER OF THE DISTRICT COURT,
## EASTERN DISTRICT OF MASSACHUSETTS

**I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by electronic service as provided in the docket**
**ELECTRONIC FILING TO ALL E-MAIL ADDRESSES**

**March 7, 2005**

> **Respectfully submitted.**
> **By its Attorney,**
> **s/Jordan Lewis Ring**
> **Jordan Lewis Ring, Esquire**
> **Attorney for:**
> **The Architectural Team, Inc.**
> **RING LAW FIRM**
> **4 Longfellow Place 37th Floor**
> **Boston, Massachusetts 02114**
> **BBO# 420980**
> **jordanlewisring@masslawyer.us**
> **617-558-9800/fax 617-558-9801**