UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.
04 10095-DPW

STATES RESOURCES CORPORATION, )
)
Plaintiff )
)
v. )
)
MICHAEL CAPIZZI, et al., )
)
Defendants )
)

## NOTICE OF APPEAL

Notice is hereby given that Michael Capizzi and Catherine R. Capizzi, defendants and plaintiffs-in-counterclaim in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this action on the 4th day of February, 2005, including without limitation the Memorandum and Order entered in this action on the 20th day of January, 2005.

Respectfully submitted,

MICHAEL CAPIZZI AND
CATHERINE R. CAPIZZI

Michael Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusetts 01742
(978) 369-4894

Catherine R. Capizzi, pro se
1725 Wedgewood Common
Concord, Massachusetts 01742
(978) 369-4894

Dated: March 7, 2005