UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO 04-10095DPW

**STATES RESOURCES CORPORATION,**

**Plaintiff**

**v.**

**MICHAEL CAPIZZI,
CATHERINE R. CAPIZZI,
THE ARCHITECTURAL TEAM, INC.,
JOHN CONNOLLY, JR.,
GARRETT, INC.
MASSACHUSETTS DEPARTMENT OF REVENUE,
JAMES GRUMBACH
KEVIN DUFFY**

**Defendants**

<u>CERTIFICATE OF SERVICE</u> <u>MA R USDCT LR 5.2</u>

TRANSCRIPT ORDER FORM by The Architectural Team, Inc., The Architectural Team, Inc. re [146] Notice of Appeal, (Ring, Jordan)

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by electronic service as provided in the docket
ELECTRONIC FILING TO ALL E-MAIL ADDRESSES

March 15, 2005

        Respectfully submitted.
        By its Attorney,
           s/Jordan Lewis Ring
        Jordan Lewis Ring, Esquire
        Attorney for:
        The Architectural Team, Inc.
        RING LAW FIRM
        4 Longfellow Place 37th Floor
        Boston, Massachusetts 02114
        BBO# 420980
        jordanlewisring@masslawyer.us
        617-558-9800/fax 617-558-9801