UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

_____
STATES RESOURCES CORPORATION           )
                                        )
     **Plaintiff**                            )
                                        )
                                        )      **Civil Action**
                                        )      **No. 04 10095 DPW**
                                        )
     v.                                  )
                                        )
MICHAEL CAPIZZI,                        )
CATHERINE R. CAPIZZI,                   )
THE ARCHITECTURAL TEAM, INC.,           )
GARRETT, INC.,                          )
JOHN CONNOLLY, JR.,                     )
MASSACHUSETTS DEPARTMENT OF REVENUE,    )
JAMES GRUMBACH,                         )
KEVIN DUFFY,                            )
                                        )
     **Defendants**                           )
_____)

## NOTICE OF CROSS-APPEAL

    Notice is hereby given that States Resources Corporation, Plaintiff and Defendant in Counterclaim, hereby appeals from the Judgment entered in the above-entitled action on February 4, 2005, in accordance with the Memorandum and Order entered January 20, 2005.

Date: March 16, 2005                  /s/ John A. Doonan
                                               John A. Doonan, Esq. (BBO# 547838)
                                               Reneau J. Longoria, Esq. (BBO# 635118)
                                               Doonan, Graves & Longoria, L.L.C.
                                             100 Cummings Center, Suite 213C
                                             Beverly, MA 01915
                                             (978) 921-2670