## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10095

State Resources Corporation,

v.

The Architectural Team, Inc.,

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II NOA #146 are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/7/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 15, 2005.

Tony Anastas, Clerk of Court

By: _l authe Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _3/15/05_ .

_D Barchard_

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10095-DPW

State Resources Corp v. Capizzi et al
Assigned to: Judge Douglas P. Woodlock
Cause: JS 44 Sec. IV - no matching citation
currently in database

Date Filed: 01/15/2004
Jury Demand: Both
Nature of Suit: 290 Real
Property: Other
Jurisdiction: Federal Question

## Plaintiff

**State Resources Corp**    represented by    **John A. Doonan**
Doonan, Graves, Longoria, LLC

100 Cummings Center
Suite 213C
Beverly, MA 01915
978-741-2680
Fax: 978-744-8780
Email:
jad@doonanandgraves.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reneau J. Longoria**
Doonan, Graves & Longoria,
LLC
100 Cummings Center
Beverly, MA 01915
978-921-2670
Fax: 978-921-4870
Email: rjl@dgandl.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Capizzi**                represented by **Michael Capizzi**
1725 Wedgewood Commons
Concord, MA 01742
978-369-4894
Email: capizzi@aol.com
PRO SE

**Defendant**

**Catherine R. Capizzi**           represented by **Catherine R. Capizzi**
1725 Wedgewood Commons
Concord, MA 01742
978-369-4894
PRO SE

**Defendant**

**The Architechetural
Team, Inc.**                       represented by **Jordan lewis Ring**
Ring Law Firm
4 Longfellow Place
37th Floor
Boston, MA 02114
usa
617-558-9800
Fax: 617-558-9801
Email:
jordanlewisring@masslawyer.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Garrett, Inc.**                  represented by **Stephanie M. Williams**
Law Offices of Carmen
Frattaroli & Associates
76 Lafayette Street
Salem, MA 01970

978-740-9501
Email:
swilliams11@verizon.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Connolly, Jr.**                represented by **John Connolly, Jr.**
Law Offices of John Connolly,
Jr.
One Common Street
Wakefield, MA 01880
781-245-5490
Fax: 781-246-4114
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph B Harrington**
Law Offices of John Connolly,
Jr.
One Common Street
Wakefield, MA 01880
781-245-5490
Fax: 781-246-4114
Email:
joseph@wakefieldlaw.com
*TERMINATED: 06/18/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin P. Geaney**
Law Office of John Connolly Jr.

One Common Street
Wakefield, MA 01880
781-245-5410
Fax: 781-246-1441
Email:
kevinG@wakefieldlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Massachusetts
Department of Revenue**

**Defendant**

**James Grumbach**                represented by **Nicholas A. Iannuzzi, Jr.**
Rothburg, Estner, Orsi, Arone
& Grumbach, LLP
Suite 245
20 Williams Street
Wellesley, MA 02481
781-239-8900
Email: niannuzzi@reoag.com
*TERMINATED: 06/04/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Kevin Duffy**                represented by **Joseph M. Connors, Jr.**
Law Office of Joseph M.
Connors, Jr., Esq.
135 Beaver Street
Waltham, MA 02452
781-893-8200
Fax: 781-894-6718
Email: jmc@conversent.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Catherine R. Capizzi**                represented by **Catherine R. Capizzi**
236 Lincoln Road
Lincoln, MA 01773
781-259-0918
PRO SE

**Counter Claimant**

**The Architechetural**                    represented by  **Jordan lewis Ring**
**Team, Inc.**                                              (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**State Resources Corp**                   represented by  **Reneau J. Longoria**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


V.

**Cross Claimant**

**John Connolly, Jr.**


V.

**Cross Defendant**

**Catherine R. Capizzi**                   represented by  **Catherine R. Capizzi**
                                                           (See above for address)
                                                           PRO SE

**Cross Defendant**

**Michael Capizzi**                        represented by  **Michael Capizzi**
                                                           236 Lincoln Road
                                                           Lincoln, MA 01773
                                                           781-259-0918
                                                           PRO SE

**Counter Claimant**

**Garrett, Inc.**                          represented by  **Carmen A. Frattaroli**
                                                           Carmen A. Frattaroli &
                                                           Associates
                                                           76 Lafayette Street
                                                           Salem, MA 01970

978-740-9501
Email: cafrattaroli@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie M. Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**State Resources Corp**

V.

**Cross Defendant**

**State Resources Corp**

**Counter Claimant**

**The Architechetural Team, Inc.**

V.

**Counter Defendant**

**Michael Capizzi**     represented by **Michael Capizzi**
(See above for address)
PRO SE

V.

**Cross Claimant**

**Catherine R. Capizzi**     represented by **Catherine R. Capizzi**
(See above for address)
PRO SE

**Cross Claimant**

**Michael Capizzi**            represented by **Michael Capizzi**
                                              (See above for address)
                                              PRO SE


V.

**Cross Defendant**

**The Architechetural
Team, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2004 | 1 | COMPLAINT against Catherine R. Capizzi, Michael Capizzi, John Connolly Jr., Garrett, Inc., James Grumbach, Massachusetts Department of Revenue, The Architechetural Team, Inc. Filing fee: $ 150, receipt number 53170, filed by State Resources Corp. (Rynne, Michelle) (Entered: 01/16/2004) |
| 01/15/2004 | | Summons Issued as to Catherine R. Capizzi, Michael Capizzi, John Connolly Jr., Garrett, Inc., James Grumbach, Massachusetts Department of Revenue, The Architechetural Team, Inc. (Rynne, Michelle) (Entered: 01/16/2004) |
| 01/15/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Rynne, Michelle) (Entered: 01/16/2004) |
| 02/18/2004 | 2 | NOTICE of Appearance by Nicholas A. Iannuzzi Jr. on behalf of James Grumbach. (Attachments: # 1 Certificate of service)(Rynne, Michelle) (Entered: 02/20/2004) |
| 03/15/2004 | 3 | MOTION for Extension of Time to 3/29/04 to File Answer re 1 Complaint, by Catherine R. Capizzi, |

| | | |
|---|---|---|
| | | Michael Capizzi.(Rynne, Michelle) (Entered: 03/16/2004) |
| 03/16/2004 | ❍ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 3 MOTION for Extension of Time to 3/29/04 to File Answer re 1 Complaint, by Catherine R. Capizzi, Michael Capizzi. (Greenberg, Rebecca) (Entered: 03/16/2004) |
| 03/17/2004 | 4 | ANSWER to Complaint with Jury Demand, CROSSCLAIM against Catherine R. Capizzi, COUNTERCLAIM against State Resources Corp by The Architechetural Team, Inc..(Ring, Jordan) (Entered: 03/17/2004) |
| 03/18/2004 | 5 | NOTICE of Appearance by Joseph B Harrington on behalf of John Connolly Jr. (Rynne, Michelle) (Entered: 03/19/2004) |
| 03/18/2004 | 6 | ANSWER to Complaint, CROSSCLAIM against Catherine R. Capizzi, Michael Capizzi by John Connolly Jr.(Rynne, Michelle) (Entered: 03/19/2004) |
| 03/29/2004 | 7 | SUGGESTION OF BANKRUPTCY Upon the Record by Catherine R. Capizzi. (Rynne, Michelle) (Entered: 03/31/2004) |
| 04/07/2004 | 8 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against State Resources Corp by Garrett, Inc. (Rynne, Michelle) (Entered: 04/12/2004) |
| 04/07/2004 | 9 | MOTION for Extension of Time to 5/7/04 to File responsive pleading re 1 Complaint, by Catherine R. Capizzi, Michael Capizzi.(Rynne, Michelle) (Entered: 04/12/2004) |
| 04/12/2004 | ❍ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 9 MOTION for Extension of Time to 5/7/04 to File responsive pleading re 1 Complaint, by Catherine R. Capizzi, Michael Capizzi. The motion is allowed, however, no further extensions will be |

| | | |
|---|---|---|
| | | permitted, notwithstanding defendants' attempts to secure counsel in this action. The defendants will be deemed to have had a sufficient opportunity to arrange for legal representation by May 7, 2004, and shall either secure counsel who shall enter an Appearance in this action, or the Defendants Michael and Catherine Capizzi may elect to appear Pro Se, and no further delay will be permitted because of their Pro Se status. (Greenberg, Rebecca) (Entered: 04/12/2004) |
| 04/20/2004 | 10 | MOTION to Amend by The Architechetural Team, Inc..(Ring, Jordan) (Entered: 04/20/2004) |
| 04/20/2004 | 11 | AMENDED ANSWER to *COMPLAINT*, CROSSCLAIM against State Resources Corp, COUNTERCLAIM against Michael Capizzi by The Architechetural Team, Inc.. (Ring, Jordan) (Entered: 04/20/2004) |
| 04/20/2004 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered granting 10 MOTION to Amend by The Architechetural Team, Inc (Greenberg, Rebecca) (Entered: 04/20/2004) |
| 04/30/2004 | 16 | ANSWER to Counterclaim of Garrett, Inc. by State Resources Corp. (Attachments: # 1 Certificate of Service)(Rynne, Michelle) (Entered: 05/05/2004) |
| 05/04/2004 | 12 | NOTICE of Scheduling Conference. An Initial Scheduling Conference set for 6/3/2004 at 2:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. The Plaintiff is directed to take steps to ensure that Michael and Catherine Capizzi have notice of this conference. (Greenberg, Rebecca) (Entered: 05/04/2004) |
| 05/05/2004 | 13 | MOTION for Extension of Time to 05/05/2004 to File Answer re 11 Amended Answer to Complaint, Crossclaim, Counterclaim *with Certificate of Service* by State Resources Corp.(Longoria, Reneau) (Entered: 05/05/2004) |
| | | |

| 05/05/2004 | 14 | Response by State Resources Corp to 11 Amended Answer to Complaint, Crossclaim, Counterclaim *with Certificate of Service*. (Longoria, Reneau) (Entered: 05/05/2004) |
| 05/05/2004 | 15 | CERTIFICATE OF SERVICE by State Resources Corp *for Notice of Scheduling Conference, Order for Joint Statement and Certifications, and Order for Electronic Filing*. (Longoria, Reneau) (Entered: 05/05/2004) |
| 05/05/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 13 MOTION for Extension of Time to 05/05/2004 to File Answer re 11 Amended Answer to Complaint, Crossclaim, Counterclaim with Certificate of Service by State Resources Corp. (Greenberg, Rebecca) (Entered: 05/05/2004) |
| 05/07/2004 | 17 | ANSWER to Crossclaim, ANSWER to Crossclaim, ANSWER to Counterclaim, CROSSCLAIM against The Architechetural Team, Inc. by Catherine R. Capizzi, Michael Capizzi. (Attachments: # 1 Part 2) (Rynne, Michelle) (Entered: 05/10/2004) |
| 05/07/2004 | 18 | SUMMONS Returned Executed The Architechetural Team, Inc. served on 3/1/2004, answer due 3/22/2004. (Rynne, Michelle) (Entered: 05/14/2004) |
| 05/07/2004 | 19 | SUMMONS Returned Executed Michael Capizzi served on 2/9/2004, answer due 3/1/2004. (Rynne, Michelle) (Entered: 05/14/2004) |
| 05/07/2004 | 20 | SUMMONS Returned Executed Catherine R. Capizzi served on 2/9/2004, answer due 3/1/2004. (Rynne, Michelle) (Entered: 05/14/2004) |
| 05/07/2004 | 21 | SUMMONS Returned Executed John Connolly Jr. served on 2/5/2004, answer due 2/25/2004. (Rynne, Michelle) (Entered: 05/14/2004) |
| 05/07/2004 | 22 | SUMMONS Returned Executed James Grumbach |

| | | |
|---|---|---|
| | | served on 2/9/2004, answer due 3/1/2004. (Rynne, Michelle) (Entered: 05/14/2004) |
| 05/07/2004 | ⊘23 | SUMMONS Returned Executed Massachusetts Department of Revenue served on 2/27/2004, answer due 3/18/2004. (Rynne, Michelle) (Entered: 05/14/2004) |
| 05/07/2004 | ⊘24 | SUMMONS Returned Executed Garrett, Inc. served on 2/7/2004, answer due 2/27/2004. (Rynne, Michelle) (Entered: 05/14/2004) |
| 05/11/2004 | ⊙ | Judge Douglas P. Woodlock : Electronic PROCEDURAL ORDER entered regarding attendance at the Scheduling Conference. In the absence of a showing of a medical incapacity (medical records may be filed under seal), the Defendant Catherine Capizzi is ORDERED to appear in person at the Scheduling Conference, previously set for June 3, 2004 at 2:30 p.m. (Greenberg, Rebecca) (Entered: 05/11/2004) |
| 05/13/2004 | ⊘25 | Letter/request (non-motion) from James E. Grumbach. (Rynne, Michelle) (Entered: 05/18/2004) |
| 05/13/2004 | ⊙26 | Letter/request (non-motion) from Joseph B. Harrington. (Rynne, Michelle) (Entered: 05/18/2004) |
| 05/17/2004 | ⊙ | Judge Douglas P. Woodlock : Electronic ORDER entered re: continuance of the scheduling conference. It is ORDERED that any party who wishes to continue the scheduling conference previously set for June 3, 2004, must file a written motion for a continuance pursuant to the Local Rules, after consultation as required by the Local Rules, and shall be ELECTRONICALLY FILED unless permission to file otherwise has been granted. The motion shall propose mutually convenient dates for rescheduling, and the grounds for the motion. No letter request shall be entertained.(Greenberg, Rebecca) Modified on |

| | | |
|---|---|---|
| | | 5/17/2004 to correct typo(Greenberg, Rebecca). (Entered: 05/17/2004) |
| 05/20/2004 | 27 | Assented to MOTION to Continue Scheduling Conference to 7/14/04 or 7/21/04 by State Resources Corp.(Longoria, Reneau) (Entered: 05/20/2004) |
| 05/20/2004 | 28 | CERTIFICATE OF CONSULTATION re 27 Assented to MOTION to Continue Scheduling Conference to 7/14/04 or 7/21/04 by Reneau J. Longoria on behalf of State Resources Corp. (Longoria, Reneau) (Entered: 05/20/2004) |
| 05/20/2004 | 29 | CERTIFICATE OF SERVICE by State Resources Corp re 27 Assented to MOTION to Continue Scheduling Conference to 7/14/04 or 7/21/04, 28 Certificate of Consultation. (Longoria, Reneau) (Entered: 05/20/2004) |
| 05/20/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered denying 27 Assented to MOTION to Continue Scheduling Conference to 7/14/04 or 7/21/04 by State Resources Corp. The motion is opposed by the Capizzi's and the Conference will go forward as previously set. If the Meeting of the Creditors cannot be rescheduled, the Court will permit the Meeting of the Creditors to take place in this Courthouse, if the parties are able to make the appropriate arrangements with the Bankruptcy Court. (Greenberg, Rebecca) (Entered: 05/20/2004) |
| 05/27/2004 | 37 | MOTION for Summary Judgment by Garrett, Inc. (Rynne, Michelle) (Entered: 06/01/2004) |
| 05/27/2004 | 38 | MEMORANDUM in Support re 37 MOTION for Summary Judgment filed by Garrett, Inc. (Attachments: # 1 Part 2# 2 Part 3)(Rynne, Michelle) (Entered: 06/01/2004) |
| 05/27/2004 | 39 | STATEMENT of facts re 37 MOTION for Summary Judgment. (Rynne, Michelle) (Entered: 06/01/2004) |

| | | |
|---|---|---|
| 05/27/2004 | 40 | CERTIFICATE OF CONSULTATION re 37 MOTION for Summary Judgment by Stephanie M. Williams on behalf of Garrett, Inc. (Rynne, Michelle) (Entered: 06/01/2004) |
| 05/28/2004 | 30 | JOINT STATEMENT re scheduling conference. (Longoria, Reneau) (Entered: 05/28/2004) |
| 05/28/2004 | 31 | CERTIFICATE OF SERVICE by State Resources Corp. (Longoria, Reneau) (Entered: 05/28/2004) |
| 05/28/2004 | 32 | Response by State Resources Corp to 17 Answer to Crossclaim,, Answer to Counterclaim,. (Attachments: # 1 Exhibit Exhibits to States Resources Corporation's Reply)(Longoria, Reneau) (Entered: 05/28/2004) |
| 05/28/2004 | 33 | CORPORATE DISCLOSURE STATEMENT by State Resources Corp. (Longoria, Reneau) (Entered: 05/28/2004) |
| 05/28/2004 | 34 | CERTIFICATE OF SERVICE by State Resources Corp re 33 Corporate Disclosure Statement, 32 Response. (Longoria, Reneau) (Entered: 05/28/2004) |
| 05/29/2004 | 35 | CORPORATE DISCLOSURE STATEMENT by The Architechetural Team, Inc.. (Ring, Jordan) (Entered: 05/29/2004) |
| 05/29/2004 | 36 | CERTIFICATE OF SERVICE by The Architechetural Team, Inc. *statement 7.3 (a) local rule.* (Ring, Jordan) (Entered: 05/29/2004) |
| 06/02/2004 | 41 | First MOTION for Extension of Time to to complete discovery to File Response/Reply *Garrett, Inc Motion for Summary Judgment* by The Architechetural Team, Inc..(Ring, Jordan) (Entered: 06/02/2004) |
| 06/02/2004 | 42 | MEMORANDUM in Support re 41 First MOTION for Extension of Time to to complete discovery to File Response/Reply *Garrett, Inc Motion for Summary Judgment under 56 (f)* filed by The Architechetural Team, Inc.. (Ring, Jordan) (Entered: 06/02/2004) |

| | | |
|---|---|---|
| 06/02/2004 | 43 | CERTIFICATE OF SERVICE by The Architechetural Team, Inc. re 41 First MOTION for Extension of Time to to complete discovery to File Response/Reply *Garrett, Inc Motion for Summary Judgment*, 42 Memorandum in Support of Motion *under 56 (f)*. (Ring, Jordan) (Entered: 06/02/2004) |
| 06/03/2004 | ◖ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 6/3/2004. Schedule set. See Scheduling Order for further details. The pending motions for summary judgment are denied without prejudice to renew after the close of discovery in accordance with the Scheduling Order set. The motion to extend time to complete discovery is terminated as moot in view of the schedule set. Motions terminated: 41 First MOTION for Extension of Time to to complete discovery to File Response/Reply *Garrett, Inc Motion for Summary Judgment* filed by The Architechetural Team, Inc., 37 MOTION for Summary Judgment filed by Garrett, Inc.. (Court Reporter Pam Owens.) (Greenberg, Rebecca) (Entered: 06/03/2004) |
| 06/03/2004 | 44 | Judge Douglas P. Woodlock : ORDER entered SCHEDULING ORDER: with respect to the related case, C.A. 04-10533-DPW, the Capizzi's shall serve the defendants within the time period prescribed by the Rules. If no service is timely made, defendants shall forthwith file a motion to dismiss or summary judgment; the pending motions are terminated at this time. The motion for summary judgment is denied without prejudice to renew after the completion of discovery in accordance with this Order; discovery is to be completed by SEPTEMBER 7, 2004, unless shortened or enlarged by Order of this Court;motions for summary judgment are to be filed by OCTOBER 8, 2004, after completion of the necessary discovery and responses are to be filed within fourteen (14) |

| | | |
|---|---|---|
| | | calendar days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;ELECTRONIC FILING: All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, counsel shall also file all submissions relating to dispositive matters with the Court in hard copy, clearly marked "Courtesy Copy - Do Not Scan" on the cover page of each pleading/submission. Notices, orders and memoranda of the Court will only be filed and served electronically.The Capizzis shall provide this Court, in writing, with current contact information (address, phone number) at all times during this litigation; the Capizzi's shall provide the other parties in this litigation with a current mailing address; A further scheduling/status conference is set for NOVEMBER 16, 2004 AT 2:30 P.M. in Courtroom 1 on the 3rd floor before Hon. Douglas P. Woodlock, U.S.D.J. By NOVEMBER 9, 2004, the parties shall file a STATUS REPORT.(Greenberg, Rebecca) (Entered: 06/03/2004) |
| 06/04/2004 | 45 | NOTICE of Withdrawal of Appearance: Attorney Nicholas A. Iannuzzi terminated. (Rynne, Michelle) (Entered: 06/07/2004) |
| 06/15/2004 | 46 | NOTICE of Appearance by Kevin P. Geaney on behalf of John Connolly Jr. (Rynne, Michelle) Additional attachment(s) added on 6/18/2004 (Rynne, Michelle). (Entered: 06/18/2004) |
| 06/15/2004 | 47 | NOTICE of Appearance by John Connolly Jr. on behalf of John Connolly Jr. (Attachments: # 1 Certificate of service)(Rynne, Michelle) (Entered: 06/18/2004) |
| 06/18/2004 | 48 | NOTICE of Withdrawal of Appearance: Attorney |

| | | Joseph B Harrington terminated. (Attachments: # 1 Certificate of Service)(Rynne, Michelle) (Entered: 06/28/2004) |
|---|---|---|
| 06/21/2004 | 49 | ANSWER to Third Party Complaint with Jury Demand by Kevin Duffy.(Rynne, Michelle) (Entered: 06/28/2004) |
| 06/24/2004 | 50 | SUMMONS Returned Executed: Kevin Duffy served on 6/3/2004, answer due 6/23/2004. (Rynne, Michelle) (Entered: 06/28/2004) |
| 07/01/2004 | 51 | MOTION to Amend 17 Counterclaims, by Catherine R. Capizzi, Michael Capizzi. (Attachments: # 1 Amended Counterclaim)(Rynne, Michelle) (Entered: 07/06/2004) |
| 07/08/2004 | 52 | Second MOTION to Amend *ANSWER, COUNTERCLAIM,CROSSCLAIM* by The Architechetural Team, Inc..(Ring, Jordan) (Entered: 07/08/2004) |
| 07/08/2004 | 53 | CERTIFICATE OF SERVICE by The Architechetural Team, Inc. *OF MOTION TO AMEND*. (Ring, Jordan) (Entered: 07/08/2004) |
| 07/08/2004 | 54 | Proposed *AMENDMENT ADDING COUNTERCLAIM FIVE* by The Architechetural Team, Inc.(Ring, Jordan) Modified on 7/9/2004 (Rynne, Michelle). (Entered: 07/08/2004) |
| 07/08/2004 | 55 | First MEMORANDUM in Support re 52 Second MOTION to Amend *ANSWER, COUNTERCLAIM,CROSSCLAIM*, 54 Second MOTION to Amend *AMENDMENT ADDING COUNTERCLAIM FIVE* filed by The Architechetural Team, Inc.. (Ring, Jordan) (Entered: 07/08/2004) |
| 07/09/2004 | | Notice of correction to docket made by Court staff. Correction: 54 corrected because: should have been docketed as a proposed amendment (until leave is |

| | | |
|---|---|---|
| | | granted) instead of an additional motion. (Rynne, Michelle) (Entered: 07/09/2004) |
| 07/12/2004 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered: Any opposition/response to the Capizzi's Emergency Motion for Lis Pendens (filed 7/12/04) shall be filed electronically by 12:00 noon on 7/16/04. (Greenberg, Rebecca) (Entered: 07/12/2004) |
| 07/12/2004 | 56 | Opposition re 51 MOTION to Amend 17 Answer to Crossclaim,, Answer to Counterclaim, filed by State Resources Corp. (Longoria, Reneau) (Entered: 07/12/2004) |
| 07/12/2004 | 57 | MEMORANDUM in Opposition re 51 MOTION to Amend 17 Answer to Crossclaim,, Answer to Counterclaim, filed by State Resources Corp. (Longoria, Reneau) (Entered: 07/12/2004) |
| 07/12/2004 | 58 | CERTIFICATE OF SERVICE by State Resources Corp re 56 Opposition to Motion, 57 Memorandum in Opposition to Motion. (Longoria, Reneau) (Entered: 07/12/2004) |
| 07/12/2004 | 59 | EMERGENCY MOTION for permission to record memorandum of Lis Pendens by Catherine R. Capizzi, Michael Capizzi. (Attachments: # 1 Affidavit of Michael Capizzi #(2) Proposed documents)(Rynne, Michelle) (Entered: 07/13/2004) |
| 07/14/2004 | 60 | MOTION for Leave to File opposition to emergency motion for lis pendens in paper form by Kevin Duffy. (Rynne, Michelle) (Entered: 07/16/2004) |
| 07/14/2004 | 61 | MEMORANDUM in Opposition re 59 EMERGENCY MOTION for permission to record memorandum of Lis Pendens filed by Kevin Duffy. (Rynne, Michelle) Additional attachment(s) added on 7/23/2004 (Smith3, Dianne). (Entered: 07/16/2004) |
| 07/16/2004 | 62 | Opposition re 59 MOTION for permission to record |

| | | |
|---|---|---|
| | | memorandum of Lis Pendens filed by State Resources Corp. (Longoria, Reneau) (Entered: 07/16/2004) |
| 07/16/2004 | 63 | MEMORANDUM in Opposition re 59 MOTION for permission to record memorandum of Lis Pendens filed by State Resources Corp. (Longoria, Reneau) (Entered: 07/16/2004) |
| 07/16/2004 | 64 | CERTIFICATE OF SERVICE by State Resources Corp re 62 Opposition to Motion, 63 Memorandum in Opposition to Motion. (Longoria, Reneau) (Entered: 07/16/2004) |
| 07/16/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 60 Motion for Leave to File (Greenberg, Rebecca) (Entered: 07/16/2004) |
| 07/19/2004 | 65 | Opposition re 52 Second MOTION to Amend *ANSWER, COUNTERCLAIM, CROSSCLAIM* filed by Garrett, Inc.. (Attachments: # 1)(Williams, Stephanie) (Entered: 07/19/2004) |
| 07/19/2004 | 66 | Opposition re 52 Second MOTION to Amend *ANSWER, COUNTERCLAIM, CROSSCLAIM*, 54 Second MOTION to Amend *AMENDMENT ADDING COUNTERCLAIM FIVE* filed by State Resources Corp. (Longoria, Reneau) (Entered: 07/19/2004) |
| 07/19/2004 | 67 | MEMORANDUM in Opposition re 52 Second MOTION to Amend *ANSWER, COUNTERCLAIM, CROSSCLAIM*, 54 Second MOTION to Amend *AMENDMENT ADDING COUNTERCLAIM FIVE* filed by State Resources Corp. (Longoria, Reneau) (Entered: 07/19/2004) |
| 07/19/2004 | 68 | CERTIFICATE OF SERVICE by State Resources Corp re 66 Opposition to Motion, 67 Memorandum in Opposition to Motion. (Longoria, Reneau) (Entered: 07/19/2004) |
| 07/19/2004 | 71 | NOTICE of Change of Address by Catherine R. |

| | | Capizzi, Michael Capizzi. (Rynne, Michelle) (Entered: 07/21/2004) |
|---|---|---|
| 07/19/2004 | 73 | MOTION to Amend 11 Counterclaims by Catherine R. Capizzi, Michael Capizzi. (Attachments: # 1 Amended Verified Counterclaims)(Rynne, Michelle) (Entered: 08/03/2004) |
| 07/21/2004 | 69 | Amended MEMORANDUM in Opposition re 52 Second MOTION to Amend *ANSWER, COUNTERCLAIM,CROSSCLAIM* filed by State Resources Corp. (Longoria, Reneau) (Entered: 07/21/2004) |
| 07/21/2004 | 70 | CERTIFICATE OF SERVICE by State Resources Corp re 69 Memorandum in Opposition to Motion. (Longoria, Reneau) (Entered: 07/21/2004) |
| 07/21/2004 | | Mail Returned as Undeliverable. Mail sent to Joseph M. Connors. (Rynne, Michelle) (Entered: 07/21/2004) |
| 07/28/2004 | 72 | Response by Catherine R. Capizzi, Michael Capizzi to special motions to dismiss counterclaims and special motion to dismiss complaint ( Motions to dismiss were included as part of 61 Memorandum in Opposition to Motion, and 62 Opposition to Motion re 59 MOTION for permission to record memorandum of Lis Pendens.) (Rynne, Michelle) (Entered: 07/30/2004) |
| 08/03/2004 | 74 | MOTION for Protective Order by State Resources Corp.(Longoria, Reneau) (Entered: 08/03/2004) |
| 08/03/2004 | 75 | MEMORANDUM in Support re 74 MOTION for Protective Order filed by State Resources Corp. (Longoria, Reneau) (Entered: 08/03/2004) |
| 08/03/2004 | 76 | AFFIDAVIT in Support re 74 MOTION for Protective Order, 75 Memorandum in Support of Motion. (Longoria, Reneau) (Entered: 08/03/2004) |
| 08/03/2004 | 77 | CERTIFICATE OF CONSULTATION re 74 MOTION for Protective Order by Reneau J. Longoria |

| | | |
|---|---|---|
| | | on behalf of State Resources Corp. (Longoria, Reneau) (Entered: 08/03/2004) |
| 08/03/2004 | 78 | CERTIFICATE OF SERVICE by State Resources Corp re 74 MOTION for Protective Order. (Longoria, Reneau) (Entered: 08/03/2004) |
| 08/04/2004 | 79 | CERTIFICATE OF SERVICE by Garrett, Inc. *Re: Opposition to Motion to Amend By Architectural Team.* (Williams, Stephanie) (Entered: 08/04/2004) |
| 08/04/2004 | 80 | Opposition re 73 MOTION to Amend 11 Counterclaims filed by State Resources Corp. (Doonan, John) Modified on 8/6/2004 (Rynne, Michelle). (Entered: 08/04/2004) |
| 08/04/2004 | 81 | CERTIFICATE OF SERVICE by State Resources Corp re 80 Opposition to Motion. (Doonan, John) (Entered: 08/04/2004) |
| 08/10/2004 | 82 | First Opposition re 74 MOTION for Protective Order *AND RELIEF* filed by The Architechetural Team, Inc.. (Ring, Jordan) (Entered: 08/10/2004) |
| 08/17/2004 | 83 | First Opposition re 51 MOTION to Amend 17 Answer to Crossclaim,, Answer to Counterclaim, filed by Kevin Duffy. (Connors, Joseph) (Entered: 08/17/2004) |
| 08/17/2004 | 84 | First MEMORANDUM in Opposition re 51 MOTION to Amend 17 Answer to Crossclaim,, Answer to Counterclaim, filed by Kevin Duffy. (Connors, Joseph) (Entered: 08/17/2004) |
| 10/04/2004 | 85 | Second MOTION for Summary Judgment by Garrett, Inc..(Williams, Stephanie) (Entered: 10/04/2004) |
| 10/04/2004 | 86 | MEMORANDUM in Support re 85 Second MOTION for Summary Judgment filed by Garrett, Inc.. (Attachments: # 1 Exhibit Exs. 1-4# 2 Exhibit exs. 5 thru 8# 3)(Williams, Stephanie) (Entered: 10/04/2004) |
| 10/04/2004 | 87 | STATEMENT OF COUNSEL of Stephanie M. |

| | | |
|---|---|---|
| | | Williams re 85 Second MOTION for Summary Judgment, 86 Memorandum in Support of Motion *Local Rule 7 Certification* by Garrett, Inc.. (Williams, Stephanie) (Entered: 10/04/2004) |
| 10/06/2004 | 88 | Statement of Facts re 85 Second MOTION for Summary Judgment *Local Rule 56.1 Statement* filed by Garrett, Inc. (Williams, Stephanie) Text Modified on 10/15/2004 (Rynne, Michelle). (Entered: 10/06/2004) |
| 10/06/2004 | 89 | MOTION for Summary Judgment by State Resources Corp.(Doonan, John) (Entered: 10/06/2004) |
| 10/06/2004 | 90 | MEMORANDUM in Support re 89 MOTION for Summary Judgment filed by State Resources Corp. (Doonan, John) (Entered: 10/06/2004) |
| 10/06/2004 | 91 | CERTIFICATE OF CONSULTATION re 89 MOTION for Summary Judgment by John A. Doonan on behalf of State Resources Corp. (Doonan, John) (Entered: 10/06/2004) |
| 10/06/2004 | 92 | CERTIFICATE OF SERVICE by State Resources Corp re 89 MOTION for Summary Judgment. (Doonan, John) (Entered: 10/06/2004) |
| 10/06/2004 | 93 | STATEMENT of facts re 89 MOTION for Summary Judgment. (Doonan, John) (Entered: 10/06/2004) |
| 10/07/2004 | 94 | Supplemental *Local Rule 7.1 Certification* of Stephanie M. Williams re 85 Second MOTION for Summary Judgment, 87 Statement of counsel by Garrett, Inc. (Attachments: # 1)(Williams, Stephanie) Text Modified on 10/15/2004 (Rynne, Michelle). (Entered: 10/07/2004) |
| 10/07/2004 | 95 | MOTION for Summary Judgment by Kevin Duffy. (Attachments: # 1 Exhibit)(Connors, Joseph) (Entered: 10/07/2004) |
| 10/07/2004 | 96 | First MEMORANDUM in Support re 95 MOTION for |

| | | Summary Judgment filed by Kevin Duffy. (Connors, Joseph) (Entered: 10/07/2004) |
|---|---|---|
| 10/07/2004 | 97 | AFFIDAVIT of Kevin Duffy in Support re 95 *Motion for Summary Judgment*. (Connors, Joseph) (Text Modified on 10/15/2004 to add link to motion.) (Rynne, Michelle). (Entered: 10/07/2004) |
| 10/07/2004 | 98 | CERTIFICATE OF SERVICE by Kevin Duffy re 95 MOTION for Summary Judgment. (Connors, Joseph) (Entered: 10/07/2004) |
| 10/07/2004 | 99 | CERTIFICATE OF CONSULTATION re 95 MOTION for Summary Judgment *LR 7.1(A) (2) Certification* by Joseph M. Connors Jr. on behalf of Kevin Duffy. (Connors, Joseph) (Entered: 10/07/2004) |
| 10/14/2004 | 100 | CERTIFICATE OF SERVICE by Garrett, Inc. re 85 Second MOTION for Summary Judgment. (Williams, Stephanie) (Entered: 10/14/2004) |
| 10/15/2004 | 104 | MOTION for Extension of Time to 11/1/04 to File Response as to 89 MOTION for Summary Judgment, 95 MOTION for Summary Judgment, 85 Second MOTION for Summary Judgment by Catherine R. Capizzi, Michael Capizzi.(Rynne, Michelle) (Entered: 10/18/2004) |
| 10/18/2004 | 101 | MEMORANDUM in Opposition re 89 MOTION for Summary Judgment, 85 Second MOTION for Summary Judgment filed by The Architechetural Team, Inc.. (Ring, Jordan) (Entered: 10/18/2004) |
| 10/18/2004 | 102 | ADDENDUM re 89 MOTION for Summary Judgment, 85 Second MOTION for Summary Judgment *concise statement filed with opposition* filed by The Architechetural Team, Inc.. (Ring, Jordan) (Entered: 10/18/2004) |
| 10/18/2004 | 103 | AFFIDAVIT in Opposition re 89 MOTION for Summary Judgment, 85 Second MOTION for |

| | | |
|---|---|---|
| | | Summary Judgment *affidavit in opposition to summary judgments by garrett, inc and states resources corp* filed by The Architechetural Team, Inc.. (Ring, Jordan) (Entered: 10/18/2004) |
| 10/18/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 104 MOTION for Extension of Time to 11/1/04 to File Response as to 89 MOTION for Summary Judgment, 95 MOTION for Summary Judgment, 85 Second MOTION for Summary Judgment by Catherine R. Capizzi, Michael Capizzi (Greenberg, Rebecca) (Entered: 10/18/2004) |
| 11/01/2004 | 117 | STATEMENT of facts filed by Michael Capizzi and Catherine Capizzi. (Rynne, Michelle) (Entered: 11/16/2004) |
| 11/01/2004 | 18 | Opposition re 89 MOTION for Summary Judgment, 95 MOTION for Summary Judgment, 85 Second MOTION for Summary Judgment filed by Catherine R. Capizzi, Michael Capizzi. (Rynne, Michelle) (Entered: 11/16/2004) |
| 11/01/2004 | 119 | MEMORANDUM in Opposition re 89 MOTION for Summary Judgment, 95 MOTION for Summary Judgment, 85 Second MOTION for Summary Judgment filed by Catherine R. Capizzi, Michael Capizzi. (Rynne, Michelle) (Entered: 11/16/2004) |
| 11/08/2004 | 105 | STATUS REPORT by The Architechetural Team, Inc.. (Ring, Jordan) (Entered: 11/08/2004) |
| 11/08/2004 | 106 | MOTION to Strike 103 Affidavit in Opposition to Motion, by State Resources Corp.(Doonan, John) (Entered: 11/08/2004) |
| 11/08/2004 | 107 | CERTIFICATE OF SERVICE by State Resources Corp re 106 MOTION to Strike 103 Affidavit in Opposition to Motion,. (Doonan, John) (Entered: 11/08/2004) |
| | | |

| 11/08/2004 | 🔵108 | MEMORANDUM in Support re 106 MOTION to Strike 103 Affidavit in Opposition to Motion, filed by State Resources Corp. (Doonan, John) (Entered: 11/08/2004) |
| 11/08/2004 | 🔵109 | CERTIFICATE OF CONSULTATION re 106 MOTION to Strike 103 Affidavit in Opposition to Motion, by John A. Doonan on behalf of State Resources Corp. (Doonan, John) (Entered: 11/08/2004) |
| 11/09/2004 | 🔵110 | STATUS REPORT by State Resources Corp. (Doonan, John) (Entered: 11/09/2004) |
| 11/09/2004 | 🔵111 | CERTIFICATE OF SERVICE by State Resources Corp re 110 Status Report. (Doonan, John) (Entered: 11/09/2004) |
| 11/12/2004 | 🔵112 | REPLY to Response to Motion re 89 MOTION for Summary Judgment filed by State Resources Corp. (Doonan, John) (Entered: 11/12/2004) |
| 11/12/2004 | 🔵113 | CERTIFICATE OF SERVICE by State Resources Corp re 112 Reply to Response to Motion. (Doonan, John) (Entered: 11/12/2004) |
| 11/12/2004 | 🔵114 | REPLY to Response to Motion re 89 MOTION for Summary Judgment filed by State Resources Corp. (Doonan, John) (Entered: 11/12/2004) |
| 11/12/2004 | 🔵115 | CERTIFICATE OF SERVICE by State Resources Corp re 114 Reply to Response to Motion. (Doonan, John) (Entered: 11/12/2004) |
| 11/15/2004 | 🔵116 | MOTION for Leave to File Revised Concise statement of material facts by Catherine R. Capizzi, Michael Capizzi. (Attachments: # 1 Concise Statement of Material Facts)(Rynne, Michelle) (Entered: 11/16/2004) |
| 11/16/2004 | 🔵 | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Set Deadlines/Hearing |

| | | |
|---|---|---|
| | | as to 95 MOTION for Summary Judgment, 85 Second MOTION for Summary Judgment, 89 MOTION for Summary Judgment:. Motion Hearing set for 1/19/2004 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Motion for protective order is Denied - no further discovery until after summary judgment hearing; motion for lis pendens is denied. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 11/16/2004) |
| 11/16/2004 | ❏ | Judge Douglas P. Woodlock : Electronic ORDER entered denying 59 Motion for lis pendens, denying 74 Motion for Protective Order. Denied at hearing this date. (Rynne, Michelle) (Entered: 11/16/2004) |
| 11/19/2004 | ❏ | ELECTRONIC NOTICE of Hearing on Motion 95 MOTION for Summary Judgment, 85 Second MOTION for Summary Judgment, 89 MOTION for Summary Judgment: Motion Hearing set for 1/19/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 11/19/2004) |
| 12/08/2004 | ❏ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 116 Motion for Leave to File Revised Concise statement of material facts. (Rynne, Michelle) (Entered: 12/08/2004) |
| 12/16/2004 | ❏ 120 | MOTION to Withdraw as Attorney *Carmen Frattaroli* by Garrett, Inc..(Williams, Stephanie) (Entered: 12/16/2004) |
| 12/16/2004 | ❏ 121 | MOTION to Withdraw as Attorney by Garrett, Inc.. (Williams, Stephanie) (Entered: 12/16/2004) |
| 12/16/2004 | ❏ 122 | CERTIFICATE OF SERVICE by Garrett, Inc. re 120 MOTION to Withdraw as Attorney *Carmen Frattaroli*, 121 MOTION to Withdraw as Attorney. (Williams, Stephanie) (Entered: 12/16/2004) |
| 12/16/2004 | ❏ 123 | CERTIFICATE OF CONSULTATION re 120 |

| | | |
|---|---|---|
| | | MOTION to Withdraw as Attorney *Carmen Frattaroli*, 121 MOTION to Withdraw as Attorney by Stephanie M. Williams on behalf of Garrett, Inc.. (Williams, Stephanie) (Entered: 12/16/2004) |
| 12/16/2004 | 124 | CERTIFICATE OF SERVICE by Garrett, Inc. re 120 MOTION to Withdraw as Attorney *Carmen Frattaroli*, 121 MOTION to Withdraw as Attorney. (Williams, Stephanie) (Entered: 12/16/2004) |
| 12/16/2004 | 125 | Letter/request (non-motion) from counsel for Garrett *re: Request for Hearing*. (Williams, Stephanie) (Entered: 12/16/2004) |
| 12/16/2004 | 126 | AMENDED DOCUMENT by Garrett, Inc.. Amendment to 124 Certificate of Service, 122 Certificate of Service. (Williams, Stephanie) (Entered: 12/16/2004) |
| 01/13/2005 | 127 | EXHIBIT re 90 Memorandum in Support of Motion by State Resources Corp. (Attachments: # 1 Certificate of Service)(Doonan, John) (Entered: 01/13/2005) |
| 01/19/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 1/19/2005: granting the three motions for summary judgment, denying the motions to amend and to strike, and also denying the related motion for relief from judgment in 02-CV-12319. Court will issue written decision. Plaintiff SRC is to submit a proposed order to the court within the next week re disbursement of all remaining funds. Other parties are to file responses to the proposed order within seven days.(Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/31/2005) |
| 01/20/2005 | 128 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered denying 51 Motion to Amend, denying 52 Motion to Amend, denying 73 Motion to Amend, granting 85 Motion for Summary Judgment, |

| | | |
|---|---|---|
| | | granting 89 Motion for Summary Judgment, granting 95 Motion for Summary Judgment, denying 106 Motion to Strike; SRC shall file on or before January 26, 2005 a proposal for final judgment resolving any remaining issues, including proper disposition of the interpled fund. The remaining parties may file responsive submissions on or before February 2, 2005. (Woodlock, Douglas) (Entered: 01/20/2005) |
| 01/20/2005 | ● | Judge Douglas P. Woodlock : ElectronicORDER entered denying 120 Motion to Withdraw as Attorney., denying 121 Motion to Withdraw as Attorney. In the absence of successor counsel to attend to bringing this case to judgment, for which further submissions are due, see Local Rule 83.5.2(c), I decline to allow withdrawal of counsel of record. (Entered: 01/20/2005) |
| 01/26/2005 | 129 | MOTION for Bond by State Resources Corp.(Doonan, John) (Entered: 01/26/2005) |
| 01/26/2005 | 130 | MEMORANDUM in Support re 129 MOTION for Bond filed by State Resources Corp. (Doonan, John) (Entered: 01/26/2005) |
| 01/26/2005 | 131 | MOTION Final Judgment re 128 Order on Motion to Amend,,,,,,,,,, Order on Motion for Summary Judgment,,,,,,,,,, Order on Motion to Strike,, by State Resources Corp.(Doonan, John) (Entered: 01/26/2005) |
| 01/26/2005 | 132 | MEMORANDUM in Support re 131 MOTION Final Judgment re 128 Order on Motion to Amend,,,,,,,,,, Order on Motion for Summary Judgment,,,,,,,,,, Order on Motion to Strike,, filed by State Resources Corp. (Doonan, John) (Entered: 01/26/2005) |
| 01/26/2005 | 133 | AFFIDAVIT re 131 MOTION Final Judgment re 128 Order on Motion to Amend,,,,,,,,,, Order on Motion for Summary Judgment,,,,,,,,,, Order on Motion to Strike,, by State Resources Corp. (Doonan, John) (Entered: |

| | | 01/26/2005) |
|---|---|---|
| 01/26/2005 | 134 | Proposed Document(s) submitted by State Resources Corp. Document received: Proposed Final Judgment. (Doonan, John) (Entered: 01/26/2005) |
| 01/26/2005 | 135 | CERTIFICATE OF SERVICE by State Resources Corp re 131 MOTION Final Judgment re 128 Order on Motion to Amend,,,,,,,,, Order on Motion for Summary Judgment,,,,,,,,,, Order on Motion to Strike,,, 129 MOTION for Bond. (Doonan, John) (Entered: 01/26/2005) |
| 01/26/2005 | 136 | CERTIFICATE OF CONSULTATION re 131 MOTION Final Judgment re 128 Order on Motion to Amend,,,,,,,,, Order on Motion for Summary Judgment,,,,,,,,,, Order on Motion to Strike,,, 129 MOTION for Bond by John A. Doonan on behalf of State Resources Corp. (Doonan, John) (Entered: 01/26/2005) |
| 02/02/2005 | 137 | First RESPONSE to Motion re 129 MOTION for Bond filed by Kevin Duffy. (Connors, Joseph) (Entered: 02/02/2005) |
| 02/02/2005 | 138 | CERTIFICATE OF SERVICE by Kevin Duffy re 137 Response to Motion. (Connors, Joseph) (Entered: 02/02/2005) |
| 02/02/2005 | 139 | RESPONSE to Motion re 131 MOTION Final Judgment re 128 Order on Motion to Amend,,,,,,,,, Order on Motion for Summary Judgment,,,,,,,,,, Order on Motion to Strike,, *Submission* filed by Garrett, Inc.. (Williams, Stephanie) (Entered: 02/02/2005) |
| 02/02/2005 | 140 | CERTIFICATE OF SERVICE by Garrett, Inc. re 139 Response to Motion. (Williams, Stephanie) (Entered: 02/02/2005) |
| 02/04/2005 | 141 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT : That States Resources Corporation |

| | | |
|---|---|---|
| | | disburse the remaining surplus funds in the amount of $62,272.80 in the following manner: a. $48,459.20 to Garrett, Inc. in consideration for auctioneer services rendered in connection with the foreclosure sale of the Property; and b. $13,813.60 to States Resources Corporation for costs and attorney fees incurred in this action and related bankruptcy litigation. 2. Judgment for States Resources Corporation and against The Architectural Team, Inc. and Michael and Catherine Capizzi. 3. Judgment for Kevin Duffy and against Michael and Catherine Capizzi. 4. The counterclaims of Garrett, Inc. against States Resources Corporation be dismissed without prejudice. 5. The crossclaim of John Connolly, Jr. against Michael and Catherine Capizzi be dismissed without prejudice. 6. The crossclaim of The Architectural Team, Inc. against Catherine Capizzi be dismissed without prejudice (Rynne, Michelle) (Entered: 02/04/2005) |
| 02/09/2005 | 142 | Opposition re 129 MOTION for Bond *and certificate of service* filed by The Architechetural Team, Inc.. (Ring, Jordan) (Entered: 02/09/2005) |
| 02/09/2005 | | Mail Returned as Undeliverable. Mail sent to John Connolly, Jr. Mailed to new address of 545 Salem Street in Wakefield. (Nici, Richard) (Entered: 02/15/2005) |
| 02/09/2005 | | Mail Returned as Undeliverable. Mail sent to Kevin P. Geaney. Resent to new address of 545 Salem Street in Wakefield. (Nici, Richard) (Entered: 02/15/2005) |
| 02/16/2005 | 143 | MOTION for Leave to File *Reply* by State Resources Corp. (Attachments: # 1)(Doonan, John) (Entered: 02/16/2005) |
| 02/16/2005 | 144 | CERTIFICATE OF SERVICE by State Resources Corp re 143 MOTION for Leave to File *Reply*. (Doonan, John) (Entered: 02/16/2005) |
| | | |



| 02/16/2005 | 145 | CERTIFICATE OF CONSULTATION re 143 MOTION for Leave to File *Reply* by John A. Doonan on behalf of State Resources Corp. (Doonan, John) (Entered: 02/16/2005) |
|---|---|---|
| 03/07/2005 | 146 | NOTICE OF APPEAL by The Architechetural Team, Inc., The Architechetural Team, Inc.. $ 255 Reason fee is not required: delivered to clerk NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/28/2005. (Ring, Jordan) (Entered: 03/07/2005) |
| 03/07/2005 |  | Filing fee: $ 255, receipt number 62537 regarding Notice of Appeal (Nici, Richard) (Entered: 03/08/2005) |
| 03/07/2005 | 147 | NOTICE OF APPEAL as to 141 Judgment,,,, by Michael Capizzi, Catherine R. Capizzi. $ 255, receipt number 62522 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/28/2005. (Nici, Richard) (Entered: 03/09/2005) |