UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10095 DPW

| | |
|---|---|
| STATE RESOURCES CORPORATION, PLAINTIFF | ) ) ) ) |
| V. | ) ) |
| MICHAEL CAPIZZI, CATHERINE CAPIZZI, THE ARCHITECTURAL TEAM, INC., GARRETT, INC., JOHN CONNOLLY, JR., MASSACHUSETTS DEPARTMENT OF REVENUE, JAMES GRUMBACH, DEFENDANTS | ) ) ) ) ) ) ) |

### KEVIN P. DUFFY'S MOTION REQUIRING A BOND TO BE POSTED FOR COSTS ON APPEAL

Now comes the Third Party Defendant, Kevin Duffy ("Duffy") by and through his counsel, and hereby moves this Honorable Court to require a bond be posted by Appellants Michael Capizzi and Catherine Capizzi for costs on appeal.

In support of this Motion, Duffy submits the attached Memorandum of Law.

Kevin Duffy,
By his Attorney,

Date:  March 21, 2005

/s/ Joseph M. Connors, Jr.
Joseph M. Connors, Jr.
BBO# 548622
Law Offices of Joseph M. Connors, Jr., P.C.
135 Beaver Street
Waltham, Massachusetts  02452
781-893-8200

1