UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10095 DPW

|  |  |
|---|---|
| STATE RESOURCES CORPORATION,<br>PLAINTIFF<br><br>V.<br><br>MICHAEL CAPIZZI, CATHERINE CAPIZZI, THE ARCHITECTURAL TEAM, INC., GARRETT, INC., JOHN CONNOLLY, JR., MASSACHUSETTS DEPARTMENT OF REVENUE, JAMES GRUMBACH,<br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## KEVIN P. DUFFY'S MEMORANDUM IN SUPPORT OF HIS MOTION TO POST A BOND FOR APPEAL

Now comes Kevin P. Duffy ("Duffy") Third Party Defendant in the above-entitled interpleader action and hereby moves this Honorable Court to require Appellants to post a Bond for costs on appeal.

This Court may "require an appellant to file a bond or provide other security in any form and any amount necessary to ensure payment of costs on appeal", pursuant to Fed. R. App. P. 7.

Considering that this Court granted Summary Judgment in this case because among things, several causes of action here were already litigated in other cases, further appellate litigation may be considered unnecessary and frivolous.

1

All parties to this Interpleader have already expended time and expenses in this case, when all these issues were already litigated in other cases and/or other courts.

Duffy continues to incur attorneys' fees, and costs associated with this case, and he also continues to accrue carrying costs on the property at 236 Lincoln Road, Lincoln, Massachusetts of up to $240 per day which is the subject matter of this litigation

Duffy moves this Honorable Court to order the posting of a bond for costs incurred by all parties subject to the appeal.

    Kevin Duffy,
    By his Attorney,

    /s/ Joseph M. Connors, Jr.
    Joseph M. Connors, Jr.
    BBO# 548622
    Law Offices of Joseph M. Connors, Jr., P.C.
    135 Beaver Street
    Waltham, Massachusetts  02452
    781-893-8200