UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

**CIVIL ACTION NO.
04-10095-DPW**

|  |  |
|---|---|
| STATES RESOURCES CORPORATION, | ) |
| Plaintiff | ) |
| v. | ) |
| MICHAEL CAPIZZI, CATHERINE CAPIZZI, THE ARCHITECTURAL TEAM, INC., GARRETT, INC., JOHN CONNOLLY, JR., MASSACHUSETTS DEPARTMENT OF REVENUE, JAMES GRUMBACH AND KEVIN DUFFY, | ) |
| Defendants | ) |

## **CERTIFICATE OF SERVICE**

I, Joseph M. Connors, Jr., hereby certify that a true copy of the Kevin P. Duffy's Motion Requiring a Bond to be Posted for Costs on Appeal and Memorandum in Support Thereof were served by first class mail on the following identified below on March  21 , 2005.

John Connolly, Jr.
Law Offices of John Connolly, Jr.
One Common Street
Wakefield, MA 01880

Michael & Catherine Capizzi
1725 Wedgewood Common
Concord, MA  01742

Kevin P. Geaney
Law Offices of John Connolly, Jr.
One Common Street
Wakefield, MA. 01880

1

2

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn:  Eileen McAuliffe
100 Cambridge Street
Boston, MA  02114

                                        /s/ Joseph M. Connors, Jr.
                                        Joseph M. Connors, Jr.