UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | **Civil Action No. 04 10095 DPW** |
| ) | |
| **v.** ) | |
| ) | |
| **MICHAEL CAPIZZI, ET AL.** ) | |
| ) | |
| ) | |
| **Defendants** ) | |
| ) | |

## CERTIFICATE OF SERVICE

    I, John A. Doonan, hereby certify that a true and correct copy of States Resources Corporation's Reply to The Architectural Team, Inc.'s Opposition to its Motion Requiring a $50,000.00 Bond to be Posted For Costs on Appeal has been served by placing same in the United States Mail, postage prepaid, on this the 1st day of April, 2005, to all of the individuals on the following service list.

                                                          /s/ John A. Doonan
                                                          John A. Doonan, Esq.

## SERVICE LIST

Michael Capizzi
1725 Wedgewood Common
Concord, MA 01742

Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA 01742

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn: Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn: John Connolly, Jr.
Kevin P. Geaney
545 Salem Street
Wakefield, MA 01880