UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| STATES RESOURCES CORPORATION, )<br>)<br>Plaintiff )<br>)<br>) | Civil Action No. 04 10095 DPW |
| v. )<br>)<br>MICHAEL CAPIZZI, ET AL. )<br>)<br>)<br>Defendants ) | |

**STATES RESOURCES CORPORATION'S REPLY TO THE ARCHITECTURAL TEAM, INC.'S OPPOSITION TO ITS MOTION REQUIRING A $50,000.00 BOND BE POSTED FOR COSTS ON APPEAL**

NOW COMES States Resources Corporation ("States"), by and through its attorneys, Doonan, Graves & Longoria, LLC, and respectfully replies to The Architectural Team, Inc.'s ("TAT") Opposition to its Motion Requiring a $50,000.00 Bond be Posted for Costs on Appeal.

As previously stated in States' Memorandum in Support of its Motion Requiring a $50,000.00 Bond to be Posted For Costs on Appeal, States requests the $50,000.00 bond in order to protect all parties from the litigious behavior and frivolous allegations of some parties to this action. In response to the exorbitant fees and costs that have been incurred in the numerous actions, including this particular action, surrounding the property at located at 236 Lincoln Road, Lincoln, MA, it is only reasonable to request that a $50,000.00 bond be required to ensure the payment of all costs on appeal.

TAT's Opposition clearly illustrates the type of behavior States is requesting protection from through the requirement of an appeal bond. TAT's Opposition is no more than an attempt

to obfuscate the litigation process and purposely mislead the Court. In response to TAT's allegations that States did not comply with Local Rule 7.1(a)(2) in filing its motion, States submits a copy of the email sent to all parties, in which it sought, in good faith, to resolve or narrow the issue addressed in its motion. *See* Exhibit A (a true and correct copy of the email is attached hereto). States further attaches TAT's replies to the above-mentioned email (two of over 100 emails of this nature sent by TAT's counsel (States will provide copies of other emails if requested by the Court)). *See* Exhibit B and C (true and correct copies of the emails are attached hereto).

In light of the further issue of States being entitled to additional monies under the terms of the Note and Mortgage and TAT's Indemnification Agreement, an appeal bond is particularly warranted.

WHEREFORE, States respectfully requests that this Court grant its Motion for Requiring a $50,000.00 Bond to be Posted For Costs on Appeal and for such further relief as this Court deems just.

Date: March 31, 2005

/s/John A. Doonan
John A. Doonan, Esq. (BBO# 547838)
Doonan, Graves & Longoria, L.L.C.
100 Cummings Center, Suite 213C
Beverly, MA 01915
(978) 921-2670

**Erin Powers**

| | |
|---|---|
| **From:** | Erin Powers [ep@dgandl.com] |
| **Sent:** | Tuesday, January 25, 2005 3:37 PM |
| **To:** | Stephanie Williams; m&c capizzi; Joseph M. Connors, Jr.; Jordan Ring; John Doonan |
| **Cc:** | Carmen Frattaroli |
| **Subject:** | Civil Action 04-10095 |

Pursuant to the Court's Orders I will be filing a Motion for Final Judgment. I will also be filing a Motion for the Court to Order a Bond to be posted for Costs on Appeal. This is being done due to the prior history in this and prior cases. Please advise by e-mail if you have any significant issues to raise which might narrow or resolve either of the Motions.
Sincerely,
John Doonan

1

## Erin Powers

| | |
|---|---|
| **From:** | Jordan Lewis Ring/ RING LAW MA [masslawyer@comcast.net] |
| **Sent:** | Tuesday, January 25, 2005 5:09 PM |
| **To:** | Erin Powers; garrett,inc; swiliams,esq; rjl; officefrattariliesq; mmcapizzi; kevingeaneyesq; connolycounsell; attymcarter; attyconnorspc; attorneydoonan; Attorney John Doonan; \*\*\*jordanlewisring; attyconnors |
| **Cc:** | Dr RICH L.BLUMENTHAL |
| **Subject:** | Re: Civil Action 04-10095 |

the answer is yes, i have issues and cannot define them until proposed docs
are reviewed /since none were provided i cannot rationally participate in
the mandate process provided by local rules    .s/jordan lewis ring


RING LAW FIRMS
Admissions:  MA/DC/NY/PA

Boston, USA
4 Longfellow Place,
37th Floor
Boston, MA 02114 USA

Suburban Office:

"The Towers"
250 Hammond Pond Parkway
Penthouse 1701 North Tower
Chestnut Hill, MA  02467.1529 USA

American Affiliated Caribbean Offices
P. O. Box 7, 15 Wellington  Road, Cole Bay
St. Maarten, NA
011 5995 5 77777
On SXM    5 444444

jordanlewisring@masslawyer.us
masslawyer@comcast.net
usalawyer@comcast.net
masslawyerusa@comcast.net
lawring@comcast.net
lawusa@comcast.net
ringlaw@comcast.net

www.masslawyer.us

boston usa   617 558 9800
boston fax.  617 558 9801
usa cell       617 680 4422

This message and any attached document(s) contain information which may be
confidential, subject to privilege or exempt from disclosure under
applicable Federal, State, International Law, United Nations UNCITRAL MODEL
LAW ON ELECTRONIC SIGNATURES 2001*. This e-mail message (including
attachments) is covered by the Electronic Communications Privacy Act, 18
U.S.C. §§ 2510-2521, and is intended only for the person or entity to which
it is addressed and may contain confidential and/or privileged material.
Further, this e-mail may be protected by attorney-client privilege and/or
work-product doctrine.  Any unauthorized review, use, disclosure,
dissemination, copying, forwarding or distribution is strictly prohibited.
If you are not the intended recipient, or received this e-mail in error,
please contact the sender by reply e-mail and destroy all copies of the
original message. These materials are intended only for the use of the
intended recipient and are for discussion purposes only, unless stated

1

**Erin Powers**
___

| | |
|---|---|
| From: | Jordan Lewis Ring/ RING LAW MA [masslawyer@comcast.net] |
| Sent: | Friday, January 28, 2005 6:02 PM |
| To: | garrett,inc; swiliams,esq; rjl; powers,esq; officefrattariliesq; mmcapizzi; kevingeaneyesq; connolycounsell; attymcarter; attyconnorspc; attorneydoonan; Attorney John Doonan; ***jordanlewisring; attyconnors |
| Cc: | Dr RICH L.BLUMENTHAL |
| Subject: | Re: Civil Action 04-10095 |

attorney john doonan, counsel for states resources corporation

we have forwarded an e mail received from you on behalf of states resources corporation this date being drafted, signed and published by you as counsel for states resources corporation presumably under the local rules of civil procedure and the applicable federal rules in issue.

the client will review the same as will this counsel and others.

it is my opinion that the implications and status of the pleadings now require a carefully review of a possible attempt
to interfere with the sacred and protected rights of appeal in the federal system granted to litigants and citizens and
protected by many applicable laws protecting those rights.

after review we will decide just what the matter warrants.

the attempt to distract the review by a federal court of appeals is a matter of fundamental concern regarding the federal rules and civil rights.
i dare say i would consider it a privilege to bring such implications to the federal bench in the appeals court setting

in any case such conduct in my opinion demeans the system and requires careful reflection of the rights protected in the federal system
that may well be reviewed by such threats as implied clearly by your e mail.

the professional view aside, we will carefully review all implications.

unproofed  s/jordan lewis ring, counsel


RING LAW FIRMS
Admissions:  MA/DC/NY/PA

Boston, USA
4 Longfellow Place,
37th Floor
Boston, MA 02114 USA

Suburban Office:

"The Towers"
250 Hammond Pond Parkway
Penthouse 1701 North Tower
Chestnut Hill, MA  02467.1529 USA

American Affiliated Caribbean Offices
P. O. Box 7, 15 Wellington  Road, Cole Bay
St. Maarten, NA
011 5995 5 77777
On SXM    5 444444
___

jordanlewisring@masslawyer.us



1

```
masslawyer@comcast.net
usalawyer@comcast.net
masslawyerusa@comcast.net
lawring@comcast.net
lawusa@comcast.net
ringlaw@comcast.net

www.masslawyer.us
```

| | |
|---|---|
| boston usa | 617 558 9800 |
| boston fax. | 617 558 9801 |
| usa cell | 617 680 4422 |

This message and any attached document(s) contain information which may be confidential, subject to privilege or exempt from disclosure under applicable Federal, State, International Law, United Nations UNCITRAL MODEL LAW ON ELECTRONIC SIGNATURES 2001*. This e-mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Further, this e-mail may be protected by attorney-client privilege and/or work-product doctrine.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is strictly prohibited. If you are not the intended recipient, or received this e-mail in error, please contact the sender by reply e-mail and destroy all copies of the original message. These materials are intended only for the use of the intended recipient and are for discussion purposes only, unless stated expressly otherwise. If you are not the intended recipient of this transmission, you are hereby notified that any distribution, disclosure, printing, copying,storage,modification or the taking of any action in reliance upon this transmission is strictly prohibited. Delivery of this message to any person other than the intended recipient shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you have received this communication in error, please immediately notify the sender and delete the message from your system.

+This footnote also confirms that this email message and any attachments have been swept by Commercial Systems for content and the presence of known computer infections.

Disclaimer Regarding Electronic Transactions*:
If this communication concerns negotiation of a contract or agreement, any electronic transaction or electronic signature act, including Electronic <Signatures> in Global and National Commerce Act, 15 U.S.C. § 7001 et. seq., does not apply to this communication: contract formation in this matter shall occur only with manually-affixed original signatures on original documents unless expressly and specifically stated/waived in a dated witnessed non electronic writing and the written waiver is affirmed in writing and executed in a witnessed and dated non electronic writing by each party and witness thereto.

This message is digitally signed and verified.
Y6jjjjX77j782950Sß¥S????S€???-¦j49933j9595j5b000
399448856h56886899204323238585 9385944hfj6ye   tj

Jordan Lewis Ring


----- Original Message -----
From: "John A. Doonan" <jad@dgandl.com>
To: "Jordan Lewis Ring/ RING LAW MA" <jordanlewisring@masslawyer.us>; "Erin Powers" <ep@dgandl.com>; "garrett,inc" <gara17@aol.com>; "swiliams,esq" <swilliams11@verizon.net>; "rjl" <rjl@dgandl.com>; "officefrattariliesq" <cafrattaroli@verizon.net>; "mmcapizzi" <ccapizzi@aol.com>; "kevingeaneyesq" <jconnolly@wakefieldlaw.com>; "connolycounsell" <joseph@wakefieldlaw.com>; "attymcarter" <whmccarter@comcast.net>; "attyconnorspc" <connorslawoffice@cs.com>; "attorneydoonan" <jad@doonanandgraves.com>;

2

```
"attyconnors" <jmc@conversent.net>
Cc: "Dr RICH L.BLUMENTHAL" <rblumenthal@silvermankudisch.com>
Sent: Friday, January 28, 2005 4:56 PM
Subject: RE: Civil Action 04-10095


> Just so that we are all clear. Our motion does not seek the return of any
> funds previously forwarded to TAT. If, however, our motions are opposed,
> we
> will advise our client to authorize us to file a motion for a reply brief
> seeking the return of funds from TAT (under a number of straightforward
> theories (ie loan docs and indem)) to cover our client's costs and in line
> with the sentiment clearly expressed by Judge Woodlock both in Court and
> in
> his decisions.
> Thank You
> John Doonan
>
> -----Original Message-----
> From: Jordan Lewis Ring/ RING LAW MA [mailto:masslawyer@comcast.net]
> Sent: Tuesday, January 25, 2005 5:09 PM
> To: Erin Powers; garrett,inc; swiliams,esq; rjl; officefrattariliesq;
> mmcapizzi; kevingeaneyesq; connolycounsell; attymcarter; attyconnorspc;
> attorneydoonan; Attorney John Doonan; ***jordanlewisring; attyconnors
> Cc: Dr RICH L.BLUMENTHAL
> Subject: Re: Civil Action 04-10095
>
>
> the answer is yes, i have issues and cannot define them until proposed
> docs
> are reviewed /since none  were provided i cannot rationally  participate
> in
> the mandate process provided by local rules    .s/jordan lewis ring
>
>
> RING LAW FIRMS
> Admissions:  MA/DC/NY/PA
>
> Boston, USA
> 4 Longfellow Place,
> 37th Floor
> Boston, MA 02114 USA
>
> Suburban Office:
>
> "The Towers"
> 250 Hammond Pond Parkway
> Penthouse 1701 North Tower
> Chestnut Hill, MA  02467.1529 USA
>
> American Affiliated Caribbean Offices
> P. O. Box 7, 15 Wellington  Road, Cole Bay
> St. Maarten, NA
> 011 5995 5 77777
> On SXM    5 444444
> _____
> jordanlewisring@masslawyer.us
> masslawyer@comcast.net
> usalawyer@comcast.net
> masslawyerusa@comcast.net
> lawring@comcast.net
> lawusa@comcast.net
> ringlaw@comcast.net
>
> www.masslawyer.us
>
> _____
> boston usa   617 558 9800
```

3

```
> boston fax.   617 558 9801
> usa cell      617 680 4422
>
> This message and any attached document(s) contain information which may be
> confidential, subject to privilege or exempt from disclosure under
> applicable Federal, State, International Law, United Nations UNCITRAL
> MODEL
> LAW ON ELECTRONIC SIGNATURES 2001*. This e-mail message (including
> attachments) is covered by the Electronic Communications Privacy Act, 18
> U.S.C. §§ 2510-2521, and is intended only for the person or entity to
> which
> it is addressed and may contain confidential and/or privileged material.
> Further, this e-mail may be protected by attorney-client privilege and/or
> work-product doctrine.  Any unauthorized review, use, disclosure,
> dissemination, copying, forwarding or distribution is strictly prohibited.
> If you are not the intended recipient, or received this e-mail in error,
> please contact the sender by reply e-mail and destroy all copies of the
> original message. These materials are intended only for the use of the
> intended recipient and are for discussion purposes only, unless stated
> expressly otherwise. If you are not the intended recipient of this
> transmission, you are hereby notified that any distribution, disclosure,
> printing, copying,storage,modification or the taking of any action in
> reliance upon this transmission is strictly prohibited. Delivery of this
> message to any person other than the intended recipient shall not
> compromise
> or waive such confidentiality, privilege or exemption from disclosure as
> to
> this communication. If you have received this communication in error,
> please
> immediately notify the sender and delete the message from your system.
>
> +This footnote also confirms that this email message and any
> attachments have been swept by Commercial Systems for
> content and the presence of known computer infections.
>
> Disclaimer Regarding Electronic Transactions*:
> If this communication concerns negotiation of a contract or agreement,
> any electronic transaction or electronic signature act, including
> Electronic <Signatures> in Global and National Commerce Act, 15 U.S.C. §
> 7001 et. seq., does not apply to this communication: contract formation in
> this matter shall occur only with manually-affixed original signatures on
> original documents unless expressly and specifically stated/waived in a
> dated witnessed non electronic writing and the written waiver is affirmed
> in
> writing and executed in a witnessed and dated non electronic writing by
> each
> party and witness thereto.
>
> This message is digitally signed and verified.
> Y6jjjjX77j782950Sß¥S????S€???-¦j49933j9595j5b000
> 399448856h568868992043232385859385944hfj6ye   tj
>
> Jordan Lewis Ring
>
>
> ----- Original Message -----
> From: "Erin Powers" <ep@dgandl.com>
> To: "Stephanie Williams" <swilliams11@verizon.net>; "m&c capizzi"
> <ccapizzi@aol.com>; "Joseph M. Connors, Jr." <jmc@conversent.net>; "Jordan
> Ring" <masslawyer@comcast.net>; "John Doonan" <jad@dgandl.com>
> Cc: "Carmen Frattaroli" <cafrattaroli@verizon.net>
> Sent: Tuesday, January 25, 2005 3:36 PM
> Subject: Civil Action 04-10095
>
>
>> Pursuant to the Court's Orders I will be filing a Motion for Final
>> Judgment.
```

4

```
>> I will also be filing a Motion for the Court to Order a Bond to be posted
>> for Costs on Appeal. This is being done due to the prior history in this
>> and
>> prior cases. Please advise by e-mail if you have any significant issues
>> to
>> raise which might narrow or resolve either of the Motions.
>> Sincerely,
>> John Doonan
>>
>>
>>
>>
>>
>
>
>


>
```