UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| **STATES RESOURCES CORPORATION** )<br> )<br> **Plaintiff** )<br> )<br> )<br> **v.** )<br> )<br> **MICHAEL CAPIZZI, ET AL.** )<br> )<br> )<br> **Defendants** )<br> ) | **Civil Action No. 04 10095 DPW** |

**CERTIFICATE OF SERVICE**

I, John A. Doonan, hereby certify that true and correct copies of States Resources Corporation's SECOND MEMORANDUM IN SUPPORT OF STATES RESOURCES CORPORATION'S MOTION REQUIRING A $50,000.00 BOND TO BE POSTED FOR COSTS ON APPEAL has been served by placing same in the United States Mail, postage prepaid, on this the 7th day of April, 2005, to all of the individuals on the following service list.

/s/ John A. Doonan
John A. Doonan, Esq.

**SERVICE LIST**

Michael Capizzi
1725 Wedgewood Common
Concord, MA 01742

Catherine R. Capizzi
1725 Wedgewood Common
Concord, MA 01742

Massachusetts Department of Revenue
Counsel for the Commissioner
Attn: Eileen McAuliffe
100 Cambridge Street
Boston, MA 02114

Law Offices of John Connolly, Jr.
Attn: John Connolly, Jr.
Kevin P. Geaney
545 Salem Street
Wakefield, MA 01880