# United States District Court
# Eastern District of Massachusetts

Civil Action No. 04 10095 DPW

_____

STATES RESOURCES CORPORATION,

Plaintiff

v.

MICHAEL CAPIZZI,
CATHERINE R. CAPIZZI,
THE ARCHITECTURAL TEAM, INC.,
JOHN CONNOLLY, JR.,
GARRETT, INC.
MASSACHUSETTS DEPARTMENT OF REVENUE,
JAMES GRUMBACH
KEVIN DUFFY,

Defendants

**DEPOSIT OF SECURITY IN LIEU OF APPEAL BOND BY THE ARCHITECTURAL TEAM, INC.**

Pursuant to Rule 7 of the Federal Rules of Appellate Procedure, The Architectural Team, Inc., the defendant and plaintiff in counterclaim above named and the appellant in 05-1381[1st CIRCUIT], will cause to be deposited with the Clerk of the United States District Court of Massachusetts two Sovereign Bank checks each one in the sum of $1,000.00, being Sovereign Bank checks both dated April 28. 2005, and

numbered respectively 4535615 and 4535616, issued by the Sovereign Bank [drawer], both checks payable to the "Clerk United States District Court of Mass" [payee] as security for the obligation of The Architectural Team, Inc. for the costs of the appeal under Fed. R. App. P. 7 in this proceeding as to the appeal No. 05-1381, First Circuit, all as is more particular set forth in the MEMORANDUM AND ORDER dated April 26, 2005 [docket item numbered 161] and particularly set out on page 4, (B) (2) and page 4, (C) (2) of said MEMORANDUM AND ORDER.

The Sovereign Bank checks, <u>supra</u> are each to secure the obligations of The Architectural Team, Inc. pursuant to the said MEMORANDUM AND ORDER [161] dated April 26, 2005 that the court may direct and to be returned to The Architectural Team, Inc. if the Court of Appeals so directs.

I certify that on April 27 2005, an email was sent to all counsels and pro se parties to comply with conference under L.R. 7.1.(a) (2).

Because such MEMORANDUM AND ORDER dated April 26, 2005, [docket numbered 161] required filing by May 2, 2005, the pleading and document is filed electronically [as is required by the

outstanding order for filing in this case] and that the two checks referenced herein will be delivered in hand to the Clerk of the United States District Court of MA on April 28, 2005.

                                                  Respectfully submitted,

                                                  By its Attorney,
                                                    s/Jordan Lewis Ring
                                                Jordan Lewis Ring, Esquire
                                                Attorney for:
                                                The Architectural Team, Inc.
                                                RING LAW FIRM
                                                4 Longfellow Place 37th Floor
                                                Boston, Massachusetts 02114
                                                BBO# 420980
                                                jordanlewisring@masslawyer.us
                                                617-558-9800/fax 617-558-9801

April 28, 2005

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MASSACHUSETTS
# CIVIL ACTION NO. 04-10095 DPW

**STATES RESOURCES CORPORATION,**

**Plaintiff**

**v.**

**MICHAEL CAPIZZI,**
**CATHERINE R. CAPIZZI,**
**THE ARCHITECTURAL TEAM, INC.,**
**JOHN CONNOLLY, JR.,**
**GARRETT, INC.,**
**MASSACHUSETTS DEPARTMENT OF REVENUE,**
**JAMES GRUMBACH,**
**KEVIN DUFFY,**

**Defendants**

<u>**CERTIFICATE OF SERVICE MA. R. USDCT LR 5.2**</u>

**DEPOSIT OF SECURITY IN LIEU OF APPEAL BOND BY THE ARCHITECTURAL TEAM, INC.**

**I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by electronic service as provided in the docket.**
**ELECTRONIC FILING TO ALL E-MAIL ADDRESSES.**

April 28, 2005

                                              Respectfully submitted.
                                              By its Attorney,
                                                  s/Jordan Lewis Ring
                                              Jordan Lewis Ring, Esquire
                                              Attorney for:
                                              The Architectural Team, Inc.
                                              RING LAW FIRM
                                              4 Longfellow Place 37th Floor
                                              Boston, Massachusetts 02114
                                              BBO# 420980
                                              jordanlewisring@masslawyer.us
                                              617.558.9800