# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 05-1382

STATES RESOURCES CORP.

Plaintiff - Appellee

v.

MICHAEL J. CAPIZZI; CATHERINE R. CAPIZZI

Defendants - Appellants

THE ARCHITECHETURAL TEAM, INC.;
KEVIN DUFFY

Defendants - Appellees

GARRETT, INC.; JOHN CONNOLLY, JR.;
MASSACHUSETTS DEPARTMENT OF REVENUE; JAMES
GRUMBACH

Defendants

---

### JUDGMENT
Entered: June 27, 2005

By notice issued on May 18, 2005, appellants were notified that they were in default for failure to file an opening brief. Appellants were warned that unless they filed a brief by June 1, 2005, their appeal would be dismissed for lack of diligent prosecution.

Appellants having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/18/05

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:_____
Chief Deputy Clerk

[cc: John A. Doonan, Esq., Reneau Longoria, Esq., Michael J. Capizzi, Catherine R. Capizzi, Jordan Lewis Ring, Esq., Eileen Ryan McAuliffe, Esq., Nicholas A. Iannuzzi, Esq., Joseph M. Connors, Esq.]