UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE RESOURCES ET AL
          Plaintiff

V.

MICHAEL CAPIZZI ET AL
          Defendant

CIVIL ACTION

NO. 04cv10095-DPW

## ORDER FOR DEPOSIT OF FUNDS

WOODLOCK, D. J.

Pursuant to Local Rule 67.2 as amended, effective October 3, 2005, it is hereby ORDERED that the funds which have been deposited in the registry of the court in a non-interest bearing account in the above entitled action be transferred to interest bearing instruments in the Court Registry Investment System (CRIS) administered through the United States District Court for the Southern District of Texas. The transfer of funds in the amount of $2,000.00 will take place forthwith.

Questions concerning the deposit of funds with the court may be directed to Christine Kaj, Financial Administrator at 617-748-9134.

October 6, 2005
Date

*/s/ Douglas P. Woodlock*
United States District Judge