# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

04-10095

MANDATE

No. 05-1381

STATES RESOURCES CORP.

Plaintiff - Appellee

v.

THE ARCHITECTURAL TEAM, INC.

Defendant - Appellant

MICHAEL CAPIZZI; CATHERINE R. CAPIZZI; GARRETT, INC.

Defendants - Appellees

JOHN CONNOLLY, JR.; MASSACHUSETTS DEPARTMENT OF REVENUE; JAMES GRUMBACH; KEVIN DUFFY

Defendants

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2005 JUN 21 P 12: 42

---

### ORDER OF COURT

Entered: 6/21/05

On 5/6/05 the clerk of this Court notified you that the defendants/appellees' brief was due to be filed on 6/6/05. To date the brief for these appellees has not been received.

The defendants/appellees are presently in default as to this filing. Since these appellees have failed to file their brief, they will not be heard at oral argument except by permission of the Court. See Fed. R. App. P. Rule 31(c).

By the Court:

Richard Cushing Donovan, Clerk

By _____
Operations Manager

cc:   John A. Doonan

    Reneau Longoria
    Michael J. Capizzi
    Catherine R. Capizzi
    Jordan Lewis Ring
    Eileen Ryan McAuliffe
    Nicholas A. Iannuzzi Jr.
    Joseph M. Connors Jr.

Direct Recipients:
    John A. Doonan, Esq.
    Reneau Longoria, Esq.
    Michael J. Capizzi
    Catherine R. Capizzi
    Jordan Lewis Ring, Esq.
    Eileen Ryan McAuliffe, Esq.
    Nicholas A. Iannuzzi, Jr., Esq.
    Joseph M. Connors, Jr., Esq.
    John A. Doonan, Esq.
    Reneau Longoria, Esq.
    Michael J. Capizzi
    Catherine R. Capizzi
    Jordan Lewis Ring, Esq.
    Eileen Ryan McAuliffe, Esq.
    Nicholas A. Iannuzzi, Jr., Esq.
    Joseph M. Connors, Jr., Esq.