# United States Court of Appeals
## For the First Circuit

No. 05-1381



STATES RESOURCES CORP.,

Plaintiff, Appellee,

v.

THE ARCHITECTURAL TEAM, INC.,

Defendant, Appellant,

MICHAEL CAPIZZI; CATHERINE CAPIZZI; GARRETT, INC.,

Defendants, Appellees,

JOHN CONNOLLY, JR.; MASSACHUSETTS DEPARTMENT OF REVENUE;
JAMES GRUMBACH; KEVIN DUFFY,

Defendants.

---

No. 05-1473

STATES RESOURCES CORP.,

Plaintiff, Appellant,

v.

MICHAEL J. CAPIZZI; CATHERINE R. CAPIZZI;
THE ARCHITECTURAL TEAM, INC.;
GARRETT, INC.; JOHN CONNOLLY JR.;
MASSACHUSETTS DEPARTMENT OF REVENUE; KEVIN DUFFY,

Defendants, Appellees,

JAMES GRUMBACH,
Defendant.

---

### JUDGMENT

Entered:  December 20, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed. Each party shall bear its own costs.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/20/06

**By the Court:**

RICHARD CUSHING DONOVAN

_____
Richard Cushing Donovan, Clerk

[cc: Mr. Doonan, Ms. Longoria, Mr. Capizzi, Ms. Capizzi, Mr. Ring, Ms. McAuliffe, Mr. Iannuzzi, Mr. Connors, Mr. Connolly, Mr. Harrington, & Mr. Geaney.]