UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO 04-10095DPW

STATES RESOURCES CORPORATION,

Plaintiff

v.

MICHAEL CAPIZZI,
CATHERINE R. CAPIZZI,
THE ARCHITECTURAL TEAM, INC.,
JOHN CONNOLLY, JR.,
GARRETT, INC.
MASSACHUSETTS DEPARTMENT OF REVENUE,
JAMES GRUMBACH

Defendants

<u>MOTION OF THE ARCHITECTURAL TEAM, INC. [TAT]
FOR THE RETURN TO TAT OF ITS SECURITY DEPOSITS
HELD BY THE COURT OR DESIGNEE IN LIEU OF APPEAL
BONDS</u>

TAT seeks the return of all funds paid by it into the

Court to allow TAT to pursue all appeals and as the

security for any Court costs that may be assessed against

TAT as a result of the appeals. The appeals are now complete and no costs assessed.

    1. The holding of the United States Court of Appeals in this proceeding is docketed herein:

> *Each party shall bear its own costs.*
> *(01/20/2006)* [167]

    2. The Architectural Team, Inc. [TAT] moves for the return to TAT of *all* the security deposits made by TAT [$2,000.00] or the proceeds thereof, however held by the Court herein under order of this Court in this proceeding related to the appeals of TAT made hereunder. See docket 162 and entry 163, incorporated herein. See order of court docket entry entered for deposit of Funds. Entry 165, (10/07/2005)

    3. It is certified that counsel complied with LR 7 (a) (2), with no response excepting States counsel stating:

> I have no position.
> John Doonan.

        Respectfully submitted,

        By its Attorney,
         s/Jordan Lewis Ring
        Jordan Lewis Ring, Esquire
        Attorney for:
        The Architectural Team, Inc.
        **RING LAW FIRM**
        4 Longfellow Place 37th Floor 3703
        Boston, Massachusetts 02114
        BBO# 420980
        jordanlewisring@masslawyer.us
        617-558-9800
        fax 617-558-9801

April 27, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-10095 DPW

STATES RESOURCES CORPORATION,

Plaintiff

v.

MICHAEL CAPIZZI,
CATHERINE R. CAPIZZI,
THE ARCHITECTURAL TEAM, INC.,
JOHN CONNOLLY, JR.,
GARRETT, INC.,
MASSACHUSETTS DEPARTMENT OF REVENUE,
JAMES GRUMBACH,
KEVIN DUFFY,

Defendants

CERTIFICATE OF SERVICE MA. R. USDCT LR 5.2
MOTION OF THE ARCHITECTURAL TEAM, INC. [TAT] FOR THE RETURN TO TAT OF ITS SECURITY DEPOSITS HELD BY THE COURT OR DESIGNEE IN LIEU OF APPEAL BONDS

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by electronic service as provided in the docket.
ELECTRONIC FILING TO ALL E-MAIL ADDRESSES.
April 27, 2006

Respectfully submitted.
By its Attorney,
    s/Jordan Lewis Ring
Jordan Lewis Ring, Esquire
Attorney for:
The Architectural Team, Inc.
RING LAW FIRM
4 Longfellow Place 37th Floor 3703
Boston, Massachusetts 02114
BBO# 420980
jordanlewisring@masslawyer.us
617.558.9800